UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY SHUMACHER, Plaintiff, | CA 05 500 T |
| v. | C.A. No. 05- |
| FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing business in RI; and A,B,C: Unknown, Defendants. | |

**PETITION FOR REMOVAL**

Defendant, Fairfield Resorts, Inc., for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, state:

**1.** **State Court Action.** This is an action filed on or about September 19, 2005 in the Superior Court, County of Providence, State of Rhode Island, being numbered C.A. No. PC05-4871, on the docket of said Court and being a suit by Shirley Shumacher against Defendant.

**2.** **Federal Jurisdiction.** As alleged in paragraph 5 of the Complaint, Shirley Shumacher is a resident of the State of Rhode Island. Fairfield Resorts, Inc. is not incorporated under the laws of Rhode Island, and has its principal place of business in a state or states other than Rhode Island. Upon information and belief, CORE, Inc. is not incorporated under laws of Rhode Island, and has its principal place of business in a state or states other than Rhode Island. Furthermore, the amount in controversy exceeds $75,000, exclusive of interest and costs. Accordingly, this Court has original jurisdiction

original jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a) and the above-described civil action is one which may be removed pursuant to 28 U.S.C. § 1441.

**3.** **Timeliness of Removal Petition.** Defendant was served with a copy of the Complaint on or about November 3, 2005. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

**4.** **Relief Requested.** Defendant respectfully request that the United States District Court for the District of Rhode Island accept this Petition for Removal, and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

FAIRFIELD RESORTS, INC.,

By Its Attorney,

John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 1st day of December, 2005, I caused a true copy of the within Petition for Removal to be served by first class mail, postage prepaid, to the following counsel of record:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903