STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2005-4871 SHIRLEY SHUMACHER V FAIRFIELD RESORTS INC

Filing Date: 09-19-2005
Case Status: CLOSED DURING DISCOVERY

Case Type: CIVIL RIGHTS/JOB DISCRIMIN
Status Date: 12-01-2005

Plaintiff: SHIRLEY SHUMACHER
ID: @10642164

Attorney: LEO ATTILLI
Attorney: KEVEN MCKENNA

Defendant: FAIRFIELD RESORTS INC
ID: @10642165

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-19-2005 | COMPLAINT FILED | |
| 09-19-2005 | INITIAL FILING FEE | |
| 09-19-2005 | Payment Applied | A Payment of -$160.00 was made on receipt SCP211803. |
| 11-04-2005 | ENTRY OF APPEARANCE | BY ATTORNEY KEVEN A MCKENNA.<br>Affiliated: SHUMACHER, SHIRLEY |
| 11-04-2005 | COMPLAINT FILED | Affiliated: SHUMACHER, SHIRLEY |
| 11-07-2005 | SUMMONS,PROOF OF SERVICE FILED | |
| 12-01-2005 | NOTICE OF REMOVAL | |
| 12-01-2005 | OTH DOC FILED DURING DISCOV | |
| 12-01-2005 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island