UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER
Plaintiff(s)

v. C.A. No. 05-500T

FAIRFIELD RESORTS, INC., et al
Defendant(s)

**MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE**

Defendant, Fairfield Resorts, Inc., hereby moves that Martin W. Aron be admitted PRO HAC VICE in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

☒ The case involves the following complex area of the law, employment law, in which Mr. Aron specializes and Mr. Aron is familiar with the matters at issue in this litigation.

☒ Counsel's long-standing representation of the client: Cendant Corporation, the corporate parent of Fairfield Resorts, Inc.

☐ The local trial bar lacks experience in the field of: ____________________.

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which: ________________________________counsel is familiar, specifically: ________________________________.

☐ The case requires extensive discovery in a foreign jurisdiction convenient to ________________________ counsel as follows:__________________________.

☒ Other: Defendant specifically hired Mr. Aron for his experience in defending employers in suits of the kind brought by the Plaintiff.

FAIRFIELD RESORTS, INC.

By their attorney,

_______________________

John D. Doran (#6415)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

Date: December 6, 2005

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I certify that I am a member in good standing of the bar of the State of New Jersey, the United States District Court for District of New Jersey, the Supreme Court of the United States, the United States Court of Appeals for the Third Circuit, the United States District Court for Southern District of New York, the United States District Court for the Eastern District of New York, the United States Court of Appeals for the Second Circuit, the Commonwealth of Massachusetts, and the United States District Court for the Commonwealth of Massachusetts and that my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys and there are no disciplinary proceedings pending against me at this time.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) During the past 24 months I have not been admitted in any cases in this district.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

Martin W. Aron
Edwards Angell Palmer & Dodge, LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5066
Tel: (973) 376-7700
Fax: (973) 376-3380

John D. Doran (R.I. Bar No. 6415)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903-2499
Tel: (401) 274-9200
Fax: (401) 276-6625

**ORDER**

This motion is hereby ________________________

________________________
U.S. District Judge

Date:____________________

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 6th day of December, 2005, I caused a true copy of the within Motion For Entry of Appearance *Pro Hac Vice* to be served by first class mail, postage prepaid, to the following counsel of record:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903