UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SHUMACHER, Plaintiff | ) | P.C. No. 05-0500/T |
| | ) | |
| v. | ) | |
| | ) | |
| FAIRFIELD RESORTS, INC., et al., Defendants | ) | |

## CONSENT TO REMOVAL

Defendant Core, Inc. consents to the Petition for Removal filed on or about December 1, 2005.

Core, Inc. was served with process on November 14, 2005. Plaintiff is alleged to be a resident of Rhode Island. Defendant Fairfield Resorts, Inc. alleges that it is incorporated and maintains its principal place of business outside of Rhode Island. Core, Inc. is alleged in the complaint to be a foreign corporation with its principal place of business in Westbrook, Maine. The amount in dispute, on information and belief, exceeds the sum of $75,000 exclusive of interest and costs. Jurisdiction over the matter is therefore vested with this Court pursuant to 28 U.S.C. §1332(a).

Moreover, the complaint purports to allege federal causes of action. See Counts 1-3. Jurisdiction is therefore also vested with this Court pursuant to 28 U.S.C. §1331.

Core, Inc. joins in the petition of co-defendant Fairfield Resorts, Inc. that this matter stand removed from the Providence County Superior Court.

Brooks R. Magratten, Esq., No. 3585
VETTER & WHITE
Attorneys for Defendant Core, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: December 7, 2005

CERTIFICATE OF SERVICE

To:

Kevin A. McKenna, Esq.
23 Acorn Street
Providence, RI 02903

John D. Doran, Esq.
Edwards Angell Palmer Dodge
2800 Financial Plaza
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Consent to Removal by mailing first class mail, postage prepaid, on the 8th day of December, 2005.

/Melaine Gretti