UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED

MAR 14 2006

Property of U.S. District Court
District of Rhode Island

SHIRLEY SHUMACHER, Plaintiff

v.

FAIRFIELD RESORTS, INC., a foreign Corporation doing business in RI; and CORE INC., a foreign Corporation doing Business in RI; and A, B, C: Unknown, Defendants

C.A. No. 05-500T

ENLARGEMENT STIPULATION

Plaintiff and defendant Core, Inc. hereby agree that defendant Core, Inc.'s time to respond to plaintiff's first set of interrogatories and first request for production of documents is enlarged up to and including March 29, 2006.

Keven A. McKenna, Esq., No. 0662
Attorney for Plaintiff
23 Acorn Street
Providence, Rhode Island 02903
(401) 273-8200
(401) 521-5820 FAX
KevenM@McKennalaw.com

Timothy M. Bliss, Esq., No. 6228
VETTER & WHITE
Attorneys for Defendant Core, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
tbliss@vetterandwhite.com

Michael L. Solitro, Esq., *Pro Hac Vice*
Attorney for Plaintiff
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-7914
(401) 946-0877 FAX

Dated: March 7, 2006