UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-500-T |
| FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing business in RI; and A,B,C: Unknown, | : | |
| Defendants. | : | |

**DEFENDANT FAIRFIELD RESORTS INC.'S MOTION TO EXCEED PAGE LIMITATIONS**

Pursuant to Local Rule 7, Defendant Fairfield Resorts Inc. ("Fairfield") hereby moves to exceed the twenty page limit applicable to the filing of a motion for summary judgment. In support of this motion, Fairfield submits that the Complaint in this action involves numerous claims in ten (10) counts. In order to adequately address each count, Fairfield must exceed the twenty page limit set forth in the Court's Scheduling Order. In order to address each of these legal issues to the fullest extent, Fairfield requests a ten (10) page extension.

FAIRFIELD RESORTS, INC.

By its Attorneys,

John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

Martin W. Aron (*Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER & DODGE, LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel. 973- 376-7700
Telecopy 973-376-3380

**Certificate of Service**

I hereby certify that on the 19th day of June 2006 a copy of the foregoing Motion to Exceed Page was served by first class mail, postage prepaid to:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

Brooks Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903



PRV_815011_1/CFTURCOTTE