UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 05-500-T |
| FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing business in RI; and A,B,C: Unknown, | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

I, Raymond Ripple, of the law firm of Edwards Angell Palmer & Dodge LLP, hereby enter my appearance on behalf of defendant Fairfield Resorts, Inc., in the above-captioned matter.

Raymond Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

**Certificate of Service**

I hereby certify that on the 29th day of June 2006 a copy of the foregoing Entry of Appearance was served by first class mail, postage prepaid to:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

Brooks Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903