**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY SCHUMACHER,

Plaintiff,

v. C.A. No. 05-500T

FAIRFIELD RESORTS, INC., a foreign corporation doing business in Rhode Island, and CORE, INC., a foreign corporation doing business in Rhode Island,

Defendants.

**ORDER**

At a summary judgment conference that took place on June 29, 2006, counsel for Plaintiff Shirley Schumacher ("Schumacher") and counsel for Defendant Fairfield Resorts, Inc. ("Fairfield") repeatedly referred to a motion to amend Schumacher's Complaint that had, apparently, never been filed in this Court. Upon looking into the matter, the Court determined that:

(1) on February 13, 2006, Schumacher filed a motion for leave to amend her Complaint to add a tenth count, alleging that Fairfield had terminated her employment in retaliation for actions protected by federal law;

(2) on March 10, 2006, having received no objection to Schumacher's motion, the Court directed that the motion be granted in the absence of objection; and

(3) for reasons unknown to the Court, that order was not entered nor docketed.

In order to correct this oversight, the Court hereby directs the Clerk to enter the attached Order, granting Schumacher's motion in the absence of objection.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 6/30/06