UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER | } | CIVIL ACTION NO. 05-500T |
| Plaintiff, | } | |
| v. | } | |
| FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and | } | |
| CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown, | } | |
| Defendants. | } | |

<u>Motion For Leave To File Amended Complaint</u>

Plaintiff by counsel, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, moves the court to enter its order granting Plaintiff leave to file a first amended complaint in the above action.

Plaintiff Shirley Schumacher
By her Attorneys

Keven A McKenna

Keven A. McKenna #662
McKenna Law, PC
23 Acorn Street
Providence, Rhode Island 02903
(401) 273-8200

And

Michael L. Solitro *(Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877

GRANTED
Ernest C. Torres
Ernest C. Torres
Chief, US District Judge
3/10/2006