**Exhibit A**

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

AGENCY: [X] FEPA [ ] EEOC

CHARGE NUMBER: 05EAG 044-25/50 16JA400291

R I Commission For Human Rights and EEOC
State or local Agency, if any

NAME (Indicate Mr., Ms., Mrs.): Ms. Shirley N. Schumacher

HOME TELEPHONE (Include Area Code): (401) 841-0618

STREET ADDRESS / CITY, STATE AND ZIP CODE: 478 Purgatory Road, Middletown, RI 02852

DATE OF BIRTH: 12/12/1939

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

NAME: Fairfield Resorts, Inc.

NUMBER OF EMPLOYEES, MEMBERS: Cat C (201-500)

TELEPHONE (Include Area Code):

STREET ADDRESS / CITY, STATE AND ZIP CODE: 8427 South Park Circle, Orlando, FL 32819

COUNTY: 095

NAME:

TELEPHONE NUMBER (Include Area Code):

STREET ADDRESS / CITY, STATE AND ZIP CODE:

COUNTY:

CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)):
[ ] RACE [ ] COLOR [X] SEX [ ] RELIGION [ ] NATIONAL ORIGIN
[ ] RETALIATION [X] AGE [X] DISABILITY [ ] OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST: 04/03/2002 LATEST: 03/30/2004
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

1. I was subjected to discriminatory terms and conditions of employment, including sexual harassment, by my former employer, Fairfield Resorts, Inc. I was employed as a Sales Manager until my termination on or about March 30, 2004.

2. Respondent stated no reason for the discriminatory treatment I was forced to endure.

3. I believe I have been discriminated against on the basis of my sex (female), age (64) (date of birth December 12, 1939), and mental disability (work-related stress) in that my employer allowed my co-workers to subject me to sexual harassment which I neither wanted nor encouraged. In the normal course of work duties I was subjected to a constant barrage of explicitly sexual comments by my younger male co-workers. This hostile work environment became so intolerable that I was forced to go on Temporary Disability Insurance on February 3, 2004 for work-related stress. On or about April 21, 2004, I received notification from my employer that I was terminated as of March 30, 2004. These actions are in violation of Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, the Americans with Disabilties Act and applicable state laws.

SEP 22 2004
R.I.C.H.R.

MARY B. MANUEL
Notary Public ID#: 48621
My Commission Expires 8/27/2005

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY - (When necessary for State and Local Requirements)

I declare under penalty of perjury that the foregoing is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT: Shirley Schumacher

Date: 9/21/04 Charging Party (Signature): Shirley Schumacher

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Month, day and year): 9/21/04
Mary Beth Manuel

EEOC FORM 5 (Rev. 07/99)