Before the
STATE OF RHODE ISLAND
COMMISSION FOR HUMAN RIGHTS

**Exhibit B**

RICHR NO. 05 EAG 044

EEOC NO. 16JA400291

In the matter of

Shirley N. Schumacher
Complainant

Against

**NOTICE OF RIGHT TO SUE**

Fairfield Resorts, Inc.
Respondent

This NOTICE OF RIGHT TO SUE is issued to the above cited complainant pursuant to Section 28-5-24.1(a) of the General Laws of Rhode Island because more than one hundred and twenty (120) days and less than two (2) years have elapsed since the charge was filed, the Commission is unable to secure a settlement or conciliation agreement, the Commission has not commenced hearings on a complaint and the complainant has requested a Right To Sue. With the issuance of the NOTICE OF RIGHT TO SUE, the Commission is terminating any further processing of this charge.

An information copy of this NOTICE OF RIGHT TO SUE has been sent to the persons indicated on the next page.

This NOTICE OF RIGHT TO SUE is issued at your request. If you intend to sue, YOU MUST DO SO WITHIN NINETY(90) DAYS FROM THE DATE OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

On Behalf of the Commission

10/24/05
Date

[signature]
Michael D. Évora
Executive Director

********************************************************************************

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 12th day July, 2006 I caused a true copy of the within Amended Complaint to be served by first class mail, postage prepaid, to the following counsel of record:

Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

John D. Doran, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Michael S. Salitra