IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY SHUMACHER<br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESORTS, INC., a foreign Corp. doing business in R.I., Core, Inc. a foreign corp. doing business in R.I., and A, B, C. unknown and unascertained defendants whose identities may or shall become known, each as their interest may or shall appear,<br>Defendants. | C.A. No. 05-500T |

**MOTION OF DEFENDANT CORE, INC. TO EXCEED PAGE LIMITATIONS FOR THE FILING OF AN AFFIDAVIT IN SUPPORT OF A MOTION FOR SUMMARY JUDGMENT**

Defendant CORE, Inc. ("CORE") moves to exceed the page limitations with respect to summary judgment papers it has filed. Specifically, CORE seeks to submit an exhibit of 51 pages in length, which is attached to the affidavit of Andrew J. Bernstein in support of CORE's motion for summary judgment.

Defendant files herewith a supporting memorandum.

Timothy M. Bliss

Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendant CORE, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: July 17, 2006

**CERTIFICATE OF SERVICE**

To:

Kevin A. McKenna, Esq.
Kevin A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

John D. Doran, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Martin W. Aron, Esq.
Edwards Angell Palmer & Dodge LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5066

I hereby certify that I served on the above-named counsel of record a copy of the within Motion by mailing first class mail, postage prepaid, on the 17th day of July, 2006.

Lisa A Lariviere

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY SHUMACHER<br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESORTS, INC., a foreign Corp. doing business in R.I., Core, Inc. a foreign corp. doing business in R.I., and A, B, C. unknown and unascertained defendants whose identities may or shall become known, each as their interest may or shall appear,<br>Defendants. | C.A. No. 05-500T |

**MEMORANDUM IN SUPPORT OF CORE, INC.'S MOTION TO EXCEED PAGE LIMITATIONS**

Defendant CORE, Inc. ("CORE") moves for leave to exceed page limitations with respect to summary judgment papers it has filed.

CORE has submitted the affidavit of Andrew J. Bernstein, its Vice President, General Counsel, in support of its motion for summary judgment. Mr. Bernstein reviewed CORE's file pertaining to the plaintiff's claim prior to executing his affidavit. Mr. Bernstein attached a copy of that file, which is 51 pages in length, to his affidavit as Exhibit A.

For these reasons, CORE requests that the Court grant leave for it to exceed page limitations as set forth above.

Timothy M. Bliss

Brooks R. Magratten, Esq., #3585
Timothy M. Bliss, Esq., #6228
VETTER & WHITE
Attorneys for Defendant CORE, Inc.
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Dated: July 17, 2006

**CERTIFICATE OF SERVICE**

To:

Kevin A. McKenna, Esq.
Kevin A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

John D. Doran, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Martin W. Aron, Esq.
Edwards Angell Palmer & Dodge LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5066

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum by mailing first class mail, postage prepaid, on the 17th day of July, 2006.

Lisa A. Larivee