UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing business in RI; and A,B,C: Unknown,<br><br>Defendants. | : | C.A. No. 05-500-T |

**DEFENDANT FAIRFIELD RESORTS INC.'S MOTION TO EXCEED PAGE LIMITATIONS**

Pursuant to Local Rule 7, Defendant Fairfield Resorts Inc. ("Fairfield") hereby moves to exceed the twenty-page limit applicable to the statement of undisputed material facts filed in support of its motion for summary judgment.

Fairfield has submitted a statement of undisputed material facts numbering one hundred forty five (145) pages in the aggregate. The documentary evidence submitted by Fairfield was necessitated by the fact that plaintiff has made numerous claims in ten (10) counts. Among other things, Fairfield has submitted a number of pages from plaintiff's deposition transcript and business records, including excerpts from its employee handbook. Fairfield requests the Court accept these submissions as the documentary evidence is vital to a complete understanding of Fairfield's arguments in support of its motion for summary judgment.

FAIRFIELD RESORTS, INC.

By its Attorneys,

John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

Martin W. Aron (*Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER & DODGE, LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel. 973- 376-7700
Telecopy 973-376-3380

**Certificate of Service**

I hereby certify that on the 18th day of July 2006 a copy of the foregoing Motion to Exceed Page was served by first class mail, postage prepaid to:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

Brooks Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903