IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY SHUMACHER<br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESORTS, INC., a foreign Corp. doing business in R.I., Core, Inc. a foreign corp. doing business in R.I., and A, B, C. unknown and unascertained defendants whose identities may or shall become known, each as their interest may or shall appear,<br>Defendants. | C.A. No. 05-500T |

STATE OF MAINE )
) ss:
COUNTY OF CUMBERLAND )

**AFFIDAVIT OF ANDREW J. BERNSTEIN**

Andrew J. Bernstein, being duly sworn, states:

1. I am over the age of 18 years and am a resident of Cape Elizabeth, Maine. I have personal knowledge of the matters stated in this affidavit and, if called as a witness, could and would competently testify thereto.

2. I have been employed by CORE since 2001. I am currently employed as its Vice President, General Counsel.

3. CORE was a third-party administrator retained by Fairfield Resorts, Inc. ("Fairfield") to evaluate requests by employees for benefits under the Family and Medical Leave Act and the Rhode Island Parental and Family Medical Leave Act ("Leave"). Apart from determining requests for Leave benefits, CORE had no control over the terms and conditions of Fairfield's employees. CORE had no authority to discipline or terminate Fairfield's employees.

4. I am familiar with a claim by Shirley Shumacher, an employee of Fairfield, which was reviewed by CORE for eligibility for Leave. A true copy of CORE's file ("File") pertaining to Shumacher's claim is appended hereto as Exhibit A.

5. According to notepad entries in the File, on or about February 19, 2004, CORE was notified that Shumacher had requested a leave of absence from Fairfield.

6. CORE reviewed Fairfield's employment records for Shumacher to determine whether she was eligible for Leave. CORE determined that she had worked 1,224 hours for Fairfield in the twelve-months preceding the first day of her absence from work, which was less than the minimum number of hours required by the FMLA.

7. CORE notified Fairfield of its determination and requested that it confirm Shumacher's hours. CORE advised Fairfield that if CORE did not receive the requested information within two business days, Shumacher would be deemed eligible to receive Leave.

8. CORE received no response from Fairfield to its request to verify the hours Shumacher worked. Therefore, CORE deemed Shumacher eligible to receive Leave benefits.

9. On February 25, 2004, CORE informed Shumacher that she was eligible for Leave benefits. That letter also stated, "You are under no further obligation to provide clinical documentation for FMLA as long as your absence is being reviewed for or is approved for short term disability benefits. If your short-term disability is not approved for the full length of your absence, the attached certification form must be completed by your physician and returned to CORE within 7 business days of the STD decision." A Family and Medical Leave Act Certification form was enclosed with the February 25th correspondence to be completed by Shumacher and her health care provider and returned to CORE.

10. According to the electronic event log in the File, on February 26, 2004, Shumacher called a CORE representative. She advised that she had been approved to receive disability benefits from the State of Rhode Island and that she did not want CORE to process her claim for short-term disability benefits.

11. According to the notepad entries in the File, on March 8, 2004, Shumacher's short-term disability claim was closed. Pursuant to CORE's policy, explained in its February 25th letter, Shumacher was then required to submit the completed Family and Medical Leave Act Certification form to CORE within seven business days.

12. Shumacher did not complete or return the Family and Medical Leave Act Certification form to CORE as required. Consequently, CORE denied Shumacher's request for Leave, effective March 30, 2004.

13. On April 20, 2004, CORE advised both Shumacher and Fairfield that Shumacher's request for Leave had been denied. The April 20th letter to Shumacher also stated, "You may request administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information. Our office must receive the request via fax or mail on or before 4/26/2004" (emphasis in original).

14. On May 14, 2004, CORE received, via facsimile, an appeal by Shumacher from the denial of her request for Leave. Included with the appeal were a copy of a Family and Medical Leave Act Certification form, signed by James D. Gloor, M.D., and a document entitled, Physician's Statement of Fitness-for-Duty Release ("Release"). The Release, signed by Dr. Gloor, stated that Shumacher was not "physically and mentally fit to return to work."

15. On May 25, 2004, CORE wrote Shumacher advising her that the denial of her leave was being upheld because her "appeal request was received after the allowable time frame."

16. After the May 25th letter, CORE had no further contact with Shumacher until CORE was served with the complaint in this case.

I declare under penalty of perjury that the foregoing is true and correct.

________________________

Subscribed and sworn to before me this
30 day of June, 2006.

________________________
NOTARY PUBLIC
My Commission Expires ____________

**Donna L. Karkos, Notary Public**
**State of Maine**
**My Commission Expires 9/1/2008**

**CERTIFICATE OF SERVICE**

To:

Kevin A. McKenna, Esq.
Kevin A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

John D. Doran, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Martin W. Aron, Esq.
Edwards Angell Palmer & Dodge LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5066

I hereby certify that on the 17th day of July, 2006, I served on the above-named counsel of record a copy of the within Affidavit via first class mail, postage prepaid.

Lisa A. Lariviere

# EXHIBIT A

5/25/2004 01:08 P.M. created by CHERYL SIKORA

Received Ee's appeal for the dates of 2/8-5/11/2004. Absences remain denied, Ee was sent a letter on 4/20/2004 informing her the dates were denied and she had until 4/26/2004 to appeal. We did not receive appeal untl 5/14/2004, absences remain denied.

5/18/2004 10:26 A.M. created by SHARYN CASSELL

Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF. Task to CO, fwd to FML inbox.

5/3/2004 12:38 P.M. created by BROOKE ANTON

501.0 letter dated 4/22 returned to CORE via US mail due to undeliverable address.

4/30/2004 01:19 P.M. created by SHARYN CASSELL

The eligibility of the absence 1/31/2004 9:00:00 AM - 3/30/2004 5:00:00 PM was inherited from an FML case which has since been adjudicated. The resulting eligibility check has determined that this absence is ineligible; therefore, new absences will not be allowed to inherit their eligibility from this absence.

4/30/2004 01:19 P.M. created by SHARYN CASSELL

The eligibility of the absence 1/31/2004 9:00:00 AM - 3/30/2004 5:00:00 PM was inherited from an FML case which has since been adjudicated. The resulting eligibility check has determined that this absence is ineligible; therefore, new absences will not be allowed to inherit their eligibility from this absence.

4/20/2004 11:17 A.M. created by SHARYN CASSELL

TCF Bill Sprocker in HR checking on EE's FMLA absence. Advised of denial for FMLA as of today.

4/19/2004 04:51 P.M. created by KELLY MORRISON

TCF Bill Spocco-HR to check status of FMLA. Advised CF was due on 3/30/04. Advised I will send message to FMLA team to deny as should have been received.

3/8/2004 08:43 A.M. created by

On 3/8/2004 8:43:15 AM a Fineos Disability update was received which resulted in a WKAB status change from Pend / / Incomplete / Transfer to STD CORE managed to Pend / / Review / Transfer from STD. The STD status has been updated to: Resolved by Fineos and updated by concurrent FML mgt process.

3/8/2004 08:43 A.M. created by

On 3/8/2004 8:43:14 AM a Fineos Disability update was received which resulted in a WKAB status change from Pend / / Incomplete / Transfer to STD CORE managed to Pend / / Review / Transfer from STD. The STD status has been updated to: Resolved by Fineos and updated by concurrent FML mgt process.

2/25/2004 06:04 A.M. created by SHARYN CASSELL

Due to no response from HR within 48 hours, eligibility updated. Email to HR, letter sent to EE.

2/25/2004 06:04 A.M. created by SHARYN CASSELL

-----Original Message----- From: Hemeon, Matt Sent: Thursday, February 19, 2004 2:18 PM To: Karen Haskew (E-mail) Cc: Cendant_Inbox; CendantFMLChecks (E-mail) Subject: EE: Shirley Schumacher - Please verify eligibility within 2 business days Importance: High Good afternoon, Karen! Please verify the hours worked for EE#204914, Shirley Schumacher, for an absence beginning 2/1/04. Our system shows the employee has onlv

worked 1224 hours in the past 12 months. Please note this information is needed to determine the employee's eligibility for federal and state FMLA entitlements. In accordance with FMLA law, the employee will be deemed eligible for this absence if CORE does not receive due reply within two business days from the date of this request. Thanks & Regards,

2/19/2004 01:25 P.M. created by MATT HEMEON

EE works T-Th, Sa-Su: 9-5p

2/19/2004 11:20 A.M. created by KELLY MORRISON

TCF EE to advise her address has been changed to 478 Pergatory Rd Middleton, RI 02824.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant_inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 201.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 202.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 204.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 204.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 202.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant_inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 201.0 has been sent to cendant_inbox@coreinc.com.

* Note - EE's call in absence via TAP center, so no support for date called in. Assumption is 2/19, which generated the letter

Cendant

02/19/2004

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

Dear SHIRLEY SCHUMACHER:

CORE, INC. has reviewed your request for workplace absence beginning 01/31/2004 for possible job protection under all available family and medical leave entitlement(s). The following determination has been made:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

| | | | | |
|---|---|---|---|---|
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

Because you are denied, job protections under these entitlements do not apply.

You or you manager may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information.

Our office must receive the request via fax or mail on or before 02/25/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the request and proof of faxing/mailing for your records.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626 or log onto our Web site at www.coreworkability.com if you have access.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
901 Washington Ave. Suite 103
Portland, ME 04103
Phone: 1-866-537-7626
Fax: 1-207-228-2947

E 201.0

## What you Should Know About Your Leave of Absence

- Cendant Corporation provides a generous program to assist employees who are unable to work for a period of time. However, as open-ended leaves of absences are not an option, it is your responsibility to coordinate a reasonable return to work date.

- Federal leave entitlement is limited to twelve (12) weeks in a rolling twelve-month period looking back from the date leave commences. In states that offer additional benefits, the state law will apply.

- Employees seeking FMLA job protection must return the requested documentation completed no later than the days requested. Otherwise, the company will have no choice but to terminate your employment for excessive absenteeism.

- If your LOA does not meet FMLA criteria, then the protected leave of absence may be denied. However, your disqualificat for FMLA does not affect your eligibility status for short-term (STD) or long-term disability (LTD), or worker's compensation benefits to the extent you may otherwise qualify. You may continue your health benefits for the period of time for which you qualify for STD or for the first six months of worker's compensation eligibility. Thereafter, you will be eligible to continue benefits in accordance with COBRA regulations.

- If the leave is less than the amount of FMLA remaining, you are entitled to restoration to the same or equivalent position up returning from leave provided. However, if you are a key employee, Cendant Corporation will notify you that it may deny reinstatement if substantial and grievous economic injury to the Company would result therefrom. You will be notified if you are a key employee at the time of your absence request.

- If you are out more than thirty (30) days, you will not accrue PTO days during the leave.

- You must contact your manager and Human Resources no less than every thirty days during your leave to advise of your status and intention to return to work.

- If you take a continuous leave because of your own serious health condition, you will be required to present a Physician's Statement of Fitness For Duty Release before you may be restored to employment.

- If you take an intermittent leave, Cendant may temporarily transfer to a position that more suits the needs of your leave, an may temporarily reduce your compensation to a pro rata amount that comports to your time actually worked. Further, you w be expected to attempt to schedule your absences in a manner least disruptive to company operations.

- If you require an accommodation that qualifies under the Americans with Disabilities Act, please notify Cendant and we wil work with you to determine such accommodations as may be necessary to enable you to perform the essential functions of your job.

- If you do not return to work the day following the end of your approved absence, your employment will be administratively terminated on that date for failure to return from leave and treated as a voluntary termination.

- If your employment is administratively terminated, you will receive pay for any unused accrued vacation days, but not for unused sick days.

- Re: Medical LOA Only: Administrative terminations will not affect your eligibility for disability benefits. You will remain eligib to be covered under Cendant's group health coverage through the entire period that you qualify to receive short-term disab benefits, or up to six months if receiving workers compensation. Upon your release from disability, you may re-apply for employment with Cendant Corporation and you will be considered for any available position that suits your background and experience in accordance with business needs.

- While on leave, if you elect to continue health insurance coverage, you will be required to continue to contribute your share the health insurance premiums. Payments will be based on your normal payroll deduction schedule, and will be deducted from your weekly/biweekly disability benefit payment, unless otherwise agreed with employer.

## What you Should Know About Your Disability Benefits

- Short Term Disability (STD) benefits are based on your length of service.

BRO 0005

- Eligibility for STD benefit payments will begin after a seven (7) day elimination period. Benefit payments may continue for to twenty-six (26) weeks (including the elimination period). Accrued sick days must be used during the elimination period. I the absence of available sick days, you may use your accrued vacation, personal or floating holidays, if any. If you do not

have any accrued time available, the elimination period will be unpaid.

- Your STD benefit payment will begin when your health care provider has certified that your disability prevents you from performing the duties required of your position with Cendant. CORE may require that your health care practitioner re-certif your disability from time to time.
- Your STD benefit payment will be paid through Cendant payroll. Assuming you are approved, your benefit amount will be based on your current plan design
- You will receive disability benefit payments for any paid holidays that occur during your leave of absence.
- Your premium payments for your elected health and welfare benefits will be deducted from your biweekly benefit payment.
- If you currently have an outstanding loan from the Cendant Employee Savings Plan, you are required to continue to make your loan repayments, as stated in your amortization schedule.

## If the LOA is related to pregnancy:

- CT, CA and TN employees only: Leaves of absence due to a pregnancy related disability will run concurrently with time available under both state and federal law. However, in the event you exhaust or otherwise do not have time available unde state or federal law, such absences will remain protected until the date upon which your physician releases you to return to work. If you have not otherwise exhausted your protected leave and you plan to remain on leave to bond with your child yo must advise the company as soon as possible and complete a separate Family Leave of Absence request form.
- You must contact Cendant Benefits at 1-877-236-2366 within thirty-one (31) days following the birth of your child to arrang for additional coverage under the Cendant Health Benefits Plan.

BRO 0006

Cendant

02/25/2004

EE

SHIRLEY SCHUMACHER
478 PURGATORY ROAD
MIDDLETON, RI 02824

Dear SHIRLEY SCHUMACHER:

Your reported absence beginning 01/31/2004 is being reviewed for short-term disability benefit(s). CORE, INC. has reviewed these dates for possible job protection under your available family and medical leave entitlements(s).

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

BRO 0007

| | | | | |
|---|---|---|---|---|
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

If you have been found ineligible for any entitlement, you or your manager may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information.

Our office must receive the request via fax or mail, on or before 03/02/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the request and proof of mailing/faxing for your records.

If you are eligible, the family and medical leave entitlement will run concurrently with any approved disability absence. The enclosed document describes your rights and responsibilities under the family and medical leave entitlement(s) to which you are entitled. You have no further obligation to provide clinical documentation for FMLA as long as your absence is being reviewed for or is approved for short term disability benefits. If your short-term disability is not approved for the full length of your absence, the attached certification form must be completed by your physician and returned to CORE within 7 business days of the STD decision.

You are responsible for communicating with your manager throughout any absence, especially if there is a cancellation, extension or change to any approved period of absence.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626 or log onto our Web site at www.coreworkability.com if you have access.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
901 Washington Ave. Suite 103
Portland, ME 04103
Phone: 1-866-537-7626
Fax: 1-207-228-2947

Enc. Family and medical leave certification form
Rights and responsibilities

E 501.0

BRO 0008

## What you Should Know About Your Leave of Absence

- Cendant Corporation provides a generous program to assist employees who are unable to work for a period of time. However, as open-ended leaves of absences are not an option, it is your responsibility to coordinate a reasonable return to work date.
- Federal leave entitlement is limited to twelve (12) weeks in a rolling twelve-month period looking back from the date leave commences. In states that offer additional benefits, the state law will apply.
- Employees seeking FMLA job protection must return the requested documentation completed no later than the days requested. Otherwise, the company will have no choice but to terminate your employment for excessive absenteeism.
- If your LOA does not meet FMLA criteria, then the protected leave of absence may be denied. However, your disqualificat for FMLA does not affect your eligibility status for short-term (STD) or long-term disability (LTD), or worker's compensation benefits to the extent you may otherwise qualify. You may continue your health benefits for the period of time for which you qualify for STD or for the first six months of worker's compensation eligibility. Thereafter, you will be eligible to continue benefits in accordance with COBRA regulations.
- If the leave is less than the amount of FMLA remaining, you are entitled to restoration to the same or equivalent position up returning from leave provided. However, if you are a key employee, Cendant Corporation will notify you that it may deny reinstatement if substantial and grievous economic injury to the Company would result therefrom. You will be notified if you are a key employee at the time of your absence request.
- If you are out more than thirty (30) days, you will not accrue PTO days during the leave.
- You must contact your manager and Human Resources no less than every thirty days during your leave to advise of your status and intention to return to work.
- If you take a continuous leave because of your own serious health condition, you will be required to present a Physician's Statement of Fitness For Duty Release before you may be restored to employment.
- If you take an intermittent leave, Cendant may temporarily transfer to a position that more suits the needs of your leave, an may temporarily reduce your compensation to a pro rata amount that comports to your time actually worked. Further, you w be expected to attempt to schedule your absences in a manner least disruptive to company operations.
- If you require an accommodation that qualifies under the Americans with Disabilities Act, please notify Cendant and we wil work with you to determine such accommodations as may be necessary to enable you to perform the essential functions of your job.
- If you do not return to work the day following the end of your approved absence, your employment will be administratively terminated on that date for failure to return from leave and treated as a voluntary termination.
- If your employment is administratively terminated, you will receive pay for any unused accrued vacation days, but not for unused sick days.
- Re: Medical LOA Only: Administrative terminations will not affect your eligibility for disability benefits. You will remain eligib to be covered under Cendant's group health coverage through the entire period that you qualify to receive short-term disab benefits, or up to six months if receiving workers compensation. Upon your release from disability, you may re-apply for employment with Cendant Corporation and you will be considered for any available position that suits your background and experience in accordance with business needs.
- While on leave, if you elect to continue health insurance coverage, you will be required to continue to contribute your share the health insurance premiums. Payments will be based on your normal payroll deduction schedule, and will be deducted from your weekly/biweekly disability benefit payment, unless otherwise agreed with employer.

## What you Should Know About Your Disability Benefits

- Short Term Disability (STD) benefits are based on your length of service.

BRO 0009

- Eligibility for STD benefit payments will begin after a seven (7) day elimination period. Benefit payments may continue for to twenty-six (26) weeks (including the elimination period). Accrued sick days must be used during the elimination period. I the absence of available sick days, you may use your accrued vacation, personal or floating holidays, if any. If you do not

h b e b e e e e c f e h f e

have any accrued time available, the elimination period will be unpaid.

- Your STD benefit payment will begin when your health care provider has certified that your disability prevents you from performing the duties required of your position with Cendant. CORE may require that your health care practitioner re-certif your disability from time to time.
- Your STD benefit payment will be paid through Cendant payroll. Assuming you are approved, your benefit amount will be based on your current plan design
- You will receive disability benefit payments for any paid holidays that occur during your leave of absence.
- Your premium payments for your elected health and welfare benefits will be deducted from your biweekly benefit payment.
- If you currently have an outstanding loan from the Cendant Employee Savings Plan, you are required to continue to make your loan repayments, as stated in your amortization schedule.

**If the LOA is related to pregnancy:**

- CT, CA and TN employees only: Leaves of absence due to a pregnancy related disability will run concurrently with time available under both state and federal law. However, in the event you exhaust or otherwise do not have time available unde state or federal law, such absences will remain protected until the date upon which your physician releases you to return to work. If you have not otherwise exhausted your protected leave and you plan to remain on leave to bond with your child yo must advise the company as soon as possible and complete a separate Family Leave of Absence request form.
- You must contact Cendant Benefits at 1-877-236-2366 within thirty-one (31) days following the birth of your child to arrang for additional coverage under the Cendant Health Benefits Plan.

CORE Inc. 178 Middle St., Suite 200, Portland, ME 04101 PHONE: 866-537-7626 FAX:207-228-2947

**Family and Medical Leave Act(FMLA) Medical Certification Form**

PLEASE PRINT CLEARLY

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| | | |

**Reason for Leave:**

- ❑ A serious health condition that makes you unable to perform the essential functions of your job.
- ❑ A serious health condition affecting your family member for which you are needed to provide care.

______________________ / ______________________ / ______________________

Full Name of Relative Relationship to Employee If child, Date of Birth

- ❑ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___.

I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.

- ❑ Does this employer also employ your spouse? ☐ yes ☐ no

If YES, then: Name of Spouse ______________________ Spouse's SS# or ID # ______________________

- ❑ Pregnancy Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: ___/___/___ through ___/___/___ Expected (actual if known) return to work on ___/___/___

**OR**

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ___/___/___

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member (if absence is to care for the family member over 18)** ______________________ **Date** ___/___/___

**Signature of Employee** ______________________ **Date** ___/___/___

**HEALTHCARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as:** The inability to perform one or more job functions OR perform regular daily activities due to a serious health condit treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

**1.** Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving **one** of the following that prevents the employee from performing an essential function of their job

- ❑ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequen such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.

- ❑ **Pregnancy:** Any period of **incapacity** due to pregnancy or for prenatal care. EDC___/___/___

- ❑ **Absence Plus Treatment(Acute)** The period of **incapacity** exceeds three(3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatm Prescription drugs,PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye,or dental examinations.)

- ❑ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues ov an extended period of time, and the condition may cause episodic rather than a continuing period of **incapacity** .

- ❑ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)

- ❑ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **incapacity** of more than 3 consecu calendar days without medical treatment of intervention)

BRO 00011

☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentatio required. Please sign the form and return to CORE or the employee.

**2. Patient was last seen on** ___/___/___ **Next scheduled appointment** ___/___/___

**3. Treatment:**

Follow-up treatments are scheduled to commence on___/___/___ through ___/___/___.

The treatment is _____ times per _____ (day,week, month). Each treatment lasts approximately _____ (minutes, hours).

Must the employee be absent from work for the treatment? _______(Yes/No)

**4. Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**

__________________________________________

__________________________________________

__________________________________________

**5. Provide the medical facts that support the identification of this illness as a serious health condition as defined on Page 1.**

__________________________________________

__________________________________________

__________________________________________

**Choose One:**

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
  yes ☐ no ☐
- If leave is to care for a child over the age of 18, is the child **incapable** of self-care in three or more of the activities of daily living?
  yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical o Personal Needs, Safety, Transportation or Psychological Comfort?
  yes ☐ no ☐

**6. You are providing medical certification for: Choose One**

☐ **The current absence only:** Starting ___/___/___ and Ending ___/___/___. May return to work on: ___/___/___.

☐ **The current absencefrom** ___/___/___ **to** ___/___/___ **AND future intermittent absences:**
The **likely** frequency of episodes of incapacity is ______ times every ________ (7days, 30 days or 6 months), each absence lasting approximately _______ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

☐ **Future intermittent absences only:**
The **likely** frequency of episodes of incapacity is ______ times every ________ (7days, 30 days or 6 months), each absence lasting approximately _______ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

---

I (Health Care Provider's Signature)________________________**certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or at the expec frequency I have entered above.** Date Signed ____/____/____

HealthCare Provider's Printed Name______________________ Specialty____________

HealthCare Provider's Address________________________________

HealthCare Provider's Phone Number ( ) _____-______ Health Care Provider's Fax Number ( ) _____-______

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. **INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE.** This may resu

h b e b e e e e c f e h f e

BRO 00012

delay of FMLA approval or a denial of the employee's job protection under FMLA. You may return this form to your patient or mail/fax to CORE.

Employee Name ______________________________ Employee SS/ID# ____________________________

**Employer: Cendant**

**Rights and Responsibilities Under Family Medical Leave Act (FMLA)**

Your primary responsibility is to ensure that CORE has the information needed to determine if your absence qualifies for FMLA. Job protection is guarante only if an absence is approved under FMLA. FMLA job protection ensures that your employer returns you to the same or equivalent job upon your return f an approved FMLA leave. Per the FMLA, you are required to give your employer as much advance notice of an absence as reasonable and possible.

When reporting an absence, you must inform CORE if the same employer employs both you and your spouse.

CORE must be notified of any potential FMLA absence. Please call CORE at 866 537-7626 to report an absence or to check the status of a previously reported absence

All absences will be reviewed for both Federal FMLA and any applicable State benefits.

***In order for your absence to qualify under FMLA, the enclosed certification form must be completed and returned to CORE promptly.*** If this abse is for your own serious health condition, your health care provider will need to complete the form. If this absence is to care for a family member with a serio health condition, then his or her health care provider will need to complete the form. If the absence is to bond with a newborn less than 12 months of age o with a child who has been placed with you through adoption or foster care within the past 12 months, please complete the form and attach documentation (Birth certificate or adoption/foster placement documentation).

***You must return the completed form to CORE within 15 days from the date on the letter.*** If CORE does not receive the necessary information timely your absence may not be approved under FMLA. ***It is your responsibility to return the completed form within the time frame noted above; do not re on your health care provider to return the completed form.***

You must sign the medical release portion of the FMLA certification form so that, if necessary, CORE may contact your provider to clarify the medical information. If you do not sign the medical release, CORE cannot contact the health care provider. This may result in the absence not being approved as FMLA.

Once CORE receives the completed certification form, you will be sent a letter informing you whether or not the information provided meets the FMLA crite to support your request. Any incomplete forms will be returned to you. ***It is your responsibility to ensure your health care provider supplies the missin information.***

If you have already submitted a FMLA certification for the same serious health condition, CORE will require re-certification when medically appropriate. Th will not exceed what is legally permissible. CORE will inform you when re-certification is necessary.

All FML time is unpaid. However, you may substitute other paid leave such as personal time or vacation time or disabilty paid for unpaid days.

If you are eligible and have time available, any approved Disability and/or Worker's Comp leave will run concurrently with FMLA and will be counted agains your FMLA entitlement. Call your local Human Resources representative for complete information. If your absence is approved under FMLA, it will be coun against your FMLA entitlement.

If you have health insurance through your employer you will be required to pay the associate premium contribution while on unpaid leave beginning on day your absence. Call Human Resources representative for complete information regarding Cendant's policies and to make payment arrangements.

You are responsible for communicating with Human Resources representative during your absence and for updating your supervisor with your expected return-to-work date during your absence. In addition, CORE must be informed if you do not return to work on the expected date.

**You will be required to provide your employer with a written notice from your health care provider stating that you are "fit for duty".**

If you have any questions please contact CORE by calling 866 537-7626

BRO 00013

h b e b e e e e c f e h f e

Cendant

02/25/2004

KAREN HASKEW ER
, FL

Regarding: SHIRLEY SCHUMACHER
Employee ID: 204914

Dear KAREN HASKEW:

We have been notified of a reported absence for the above-named employee beginning 01/31/2004, which is being managed under Cendant disability process. We have also reviewed these dates for possible job protection under available family and medical leave entiltement(s), and have determined the following:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

BRO 00015

| | | | | |
|---|---|---|---|---|
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date the employee will become eligible if he/she continues to work a normal work schedule: 2/17/2004.

If the employee has been found ineligible for any entitlement, you or your employee may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information. Our office must receive the request via fax or mail, on or before 03/02/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the request and proof of mailing/faxing for your records.

If eligible, the family and medical leave entitlement(s) will run concurrently with any approved disability absence.

The employee has been advised to communicate with you throughout any absence, especially if there is a cancellation, extension or change to any approved period of absence.

If you have any questions about this FMLA request or would like to report changes in the employee's absence, please call 1-866-537-7626 or log onto our Web site at www.coreworkability.com if you have access.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
901 Washington Ave. Suite 103
Portland, ME 04103
Phone: 1-866-537-7626
Fax: 1-207-228-2947

C 501.0

BRO 00016

Cendant

04/20/2004

EE

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

Dear SHIRLEY SCHUMACHER:

CORE, INC. has reviewed the documentation relating to the following dates of absence. After careful review, and based on the FMLA entitlement guidelines, the following determination has been made:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The request has been denied because CORE did not receive the family and medical leave certification form from the employee's provider.

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

BRO 00017

| | | | | |
|---|---|---|---|---|
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The request has been denied because CORE did not receive the family and medical leave certification form from the employee's provider.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

Because you are denied, job protection under these entitlements does not apply.

You may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information.

Our office must receive the request via fax or mail on or before 04/26/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the document and proof of faxing/mailing for your records.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

E 202.0

Cendant

04/22/2004

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

EE

Dear SHIRLEY SCHUMACHER:

Your reported absence beginning 01/31/2004 is being reviewed for short-term disability benefit(s). CORE, INC. has reviewed these dates for job protection under your available family and medical leave entitlements(s).

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

BRO 00019

| | | | | |
|---|---|---|---|---|
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

If you are ineligible for any entitlement, you may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any additional information. Our office must receive the request by fax or mail, on or before 04/28/2004. Please allow for appropriate mailing time. We strongly recommend that you keep a copy of the document and proof of mailing/faxing for your records.

If you are eligible, the family and medical leave entitlement will run concurrently with any approved disability absence. The enclosed document describes your rights and responsibilities under the family and medical leave entitlement(s) to which you are entitled. You have no further obligation to provide clinical documentation for FMLA as long as your absence is being reviewed for or is approved for short-term disability benefits. If your short-term disability is not approved for the full length of your absene, the attached certification form must be completed by your physician and returned to CORE within 7 business days of the STD decision.

Please remember that you are responsible for reporting all absences, changes and extensions to your manager and CORE throughout any absence period.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

Enc. Family and medical leave certification form
Rights and responsibilities

E 501.0

BRO 00020

# What you Should Know About Your Leave of Absence

- Cendant Corporation provides a generous program to assist employees who are unable to work for a period of time. However, as open-ended leaves of absences are not an option, it is your responsibility to coordinate a reasonable return to work date.
- Federal leave entitlement is limited to twelve (12) weeks in a rolling twelve-month period looking back from the date leave commences. In states that offer additional benefits, the state law will apply.
- Employees seeking FMLA job protection must return the requested documentation completed no later than the days requested. Otherwise, the company will have no choice but to terminate your employment for excessive absenteeism.
- If your LOA does not meet FMLA criteria, then the protected leave of absence may be denied. However, your disqualificat for FMLA does not affect your eligibility status for short-term (STD) or long-term disability (LTD), or worker's compensation benefits to the extent you may otherwise qualify. You may continue your health benefits for the period of time for which you qualify for STD or for the first six months of worker's compensation eligibility. Thereafter, you will be eligible to continue benefits in accordance with COBRA regulations.
- If the leave is less than the amount of FMLA remaining, you are entitled to restoration to the same or equivalent position up returning from leave provided. However, if you are a key employee, Cendant Corporation will notify you that it may deny reinstatement if substantial and grievous economic injury to the Company would result therefrom. You will be notified if you are a key employee at the time of your absence request.
- If you are out more than thirty (30) days, you will not accrue PTO days during the leave.
- You must contact your manager and Human Resources no less than every thirty days during your leave to advise of your status and intention to return to work.
- If you take a continuous leave because of your own serious health condition, you will be required to present a Physician's Statement of Fitness For Duty Release before you may be restored to employment.
- If you take an intermittent leave, Cendant may temporarily transfer to a position that more suits the needs of your leave, an may temporarily reduce your compensation to a pro rata amount that comports to your time actually worked. Further, you w be expected to attempt to schedule your absences in a manner least disruptive to company operations.
- If you require an accommodation that qualifies under the Americans with Disabilities Act, please notify Cendant and we wil work with you to determine such accommodations as may be necessary to enable you to perform the essential functions of your job.
- If you do not return to work the day following the end of your approved absence, your employment will be administratively terminated on that date for failure to return from leave and treated as a voluntary termination.
- If your employment is administratively terminated, you will receive pay for any unused accrued vacation days, but not for unused sick days.
- Re: Medical LOA Only: Administrative terminations will not affect your eligibility for disability benefits. You will remain eligib to be covered under Cendant's group health coverage through the entire period that you qualify to receive short-term disab benefits, or up to six months if receiving workers compensation. Upon your release from disability, you may re-apply for employment with Cendant Corporation and you will be considered for any available position that suits your background and experience in accordance with business needs.
- While on leave, if you elect to continue health insurance coverage, you will be required to continue to contribute your share the health insurance premiums. Payments will be based on your normal payroll deduction schedule, and will be deducted from your weekly/biweekly disability benefit payment, unless otherwise agreed with employer.

BRO 00021

# What you Should Know About Your Disability Benefits

- Short Term Disability (STD) benefits are based on your length of service.
- Eligibility for STD benefit payments will begin after a seven (7) day elimination period. Benefit payments may continue for to twenty-six (26) weeks (including the elimination period). Accrued sick days must be used during the elimination period. I the absence of available sick days, you may use your accrued vacation, personal or floating holidays, if any. If you do not

h b e b e e e e c f e h f e

have any accrued time available, the elimination period will be unpaid.

- Your STD benefit payment will begin when your health care provider has certified that your disability prevents you from performing the duties required of your position with Cendant. CORE may require that your health care practitioner re-certif your disability from time to time.
- Your STD benefit payment will be paid through Cendant payroll. Assuming you are approved, your benefit amount will be based on your current plan design
- You will receive disability benefit payments for any paid holidays that occur during your leave of absence.
- Your premium payments for your elected health and welfare benefits will be deducted from your biweekly benefit payment.
- If you currently have an outstanding loan from the Cendant Employee Savings Plan, you are required to continue to make your loan repayments, as stated in your amortization schedule.

## If the LOA is related to pregnancy:

- CT, CA and TN employees only: Leaves of absence due to a pregnancy related disability will run concurrently with time available under both state and federal law. However, in the event you exhaust or otherwise do not have time available unde state or federal law, such absences will remain protected until the date upon which your physician releases you to return to work. If you have not otherwise exhausted your protected leave and you plan to remain on leave to bond with your child yo must advise the company as soon as possible and complete a separate Family Leave of Absence request form.
- You must contact Cendant Benefits at 1-877-236-2366 within thirty-one (31) days following the birth of your child to arrang for additional coverage under the Cendant Health Benefits Plan.

CORE Inc. 1 Riverfront Plaza, Westbrook, ME 04092 PHONE: 866-537-7626 FAX:781-270-8646

**Family and Medical Leave Act(FMLA) Medical Certification Form**
PLEASE PRINT CLEARLY

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| | | |

**Reason for Leave:**

❑ A serious health condition that makes you unable to perform the essential functions of your job.

❑ A serious health condition affecting your family member for which you are needed to provide care.

__________ / __________ / __________

Full Name of Relative Relationship to Employee If child, Date of Birth

❑ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___.

I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.

❑ Does this employer also employ your spouse? ☐ yes ☐ no

If YES, then: Name of Spouse __________ Spouse's SS# or ID # __________

❑ Pregnancy Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: ___/___/___ through ___/___/___ Expected (actual if known) return to work on ___/___/___

**OR**

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ___/___/___

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member (If absence is to care for the family member over 18)** __________ **Date** ___/___/___

**Signature of Employee** __________ **Date** ___/___/___

**HEALTHCARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as:** The inability to perform one or more job functions OR perform regular daily activities due to a serious health condit treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

**1.** Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving **one** of the following that prevents the employee from performing an essential function of their job

❑ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequen such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.

❑ **Pregnancy:** Any period of **incapacity** due to pregnancy or for prenatal care. EDC ___/___/___

❑ **Absence Plus Treatment(Acute)** The period of **incapacity** exceeds three(3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatm Prescription drugs,PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye,or dental examinations.)

❑ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues ov an extended period of time, and the condition may cause episodic rather than a continuing period of **incapacity** .

❑ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)

❑ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **incapacity** of more than 3 consecu calendar days without medical treatment of intervention)

☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentatio required. Please sign the form and return to CORE or the employee.

**2. Patient was last seen on** ___/___/___ **Next scheduled appointment** ___/___/___

**3. Treatment:**

Follow-up treatments are scheduled to commence on___/___/___ through ___/___/___.

The treatment is ______ times per ______ (day,week, month). Each treatment lasts approximately _______ (minutes, hours).

Must the employee be absent from work for the treatment? ________(Yes/No)

**4. Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**

______________________________________________

______________________________________________

______________________________________________

**5. Provide the medical facts that support the identification of this illness as a serious health condition as defined on Page 1.**

______________________________________________

______________________________________________

______________________________________________

**Choose One:**

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
  yes ☐ no ☐
- If leave is to care for a child over the age of 18, is the child **incapable** of self-care in three or more of the activities of daily living?
  yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical o Personal Needs, Safety, Transportation or Psychological Comfort?
  yes ☐ no ☐

**6. You are providing medical certification for: Choose One**

☐ **The current absence only:** Starting ___/___/___ and Ending ___/___/___. May return to work on: ___/___/___.

☐ **The current absencefrom** ___/___/___ **to** ___/___/___ **AND future intermittent absences:**
The **likely** frequency of episodes of incapacity is ________ times every ____________ (7days, 30 days or 6 months), each absence lasting approximately ___________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

☐ **Future intermittent absences only:**
The **likely** frequency of episodes of incapacity is ________ times every ____________ (7days, 30 days or 6 months), each absence lasting approximately ___________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

---

I (Health Care Provider's Signature)______________________________ **certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or at the expec frequency I have entered above.** Date Signed _____/_____/_____

HealthCare Provider's Printed Name______________________________ Specialty____________________

HealthCare Provider's Address______________________________________________

HealthCare Provider's Phone Number ( ) ______-________ Health Care Provider's Fax Number ( ) ______-________

BRO 00024

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. **INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE.** This may resu

h b e b e e e e c f e h f e

delay of FMLA approval or a denial of the employee's job protection under FMLA. You may return this form to your patient or mail/fax to CORE.

Employee Name ______________________ Employee SS/ID# ______________________

**Employer: Cendant**

**Rights and Responsibilities Under Family Medical Leave Act (FMLA)**

Your primary responsibility is to ensure that CORE has the information needed to determine if your absence qualifies for FMLA. Job protection is guarante only if an absence is approved under FMLA. FMLA job protection ensures that your employer returns you to the same or equivalent job upon your return f an approved FMLA leave. Per the FMLA, you are required to give your employer as much advance notice of an absence as reasonable and possible.

When reporting an absence, you must inform CORE if the same employer employs both you and your spouse.

CORE must be notified of any potential FMLA absence. Please call CORE at 866 537-7626 to report an absence or to check the status of a previously reported absence

All absences will be reviewed for both Federal FMLA and any applicable State benefits.

***In order for your absence to qualify under FMLA, the enclosed certification form must be completed and returned to CORE promptly.*** If this abse is for your own serious health condition, your health care provider will need to complete the form. If this absence is to care for a family member with a serio health condition, then his or her health care provider will need to complete the form. If the absence is to bond with a newborn less than 12 months of age o with a child who has been placed with you through adoption or foster care within the past 12 months, please complete the form and attach documentation (Birth certificate or adoption/foster placement documentation).

***You must return the completed form to CORE within 15 days from the date on the letter.*** If CORE does not receive the necessary information timely your absence may not be approved under FMLA. ***It is your responsibility to return the completed form within the time frame noted above; do not re on your health care provider to return the completed form.***

You must sign the medical release portion of the FMLA certification form so that, if necessary, CORE may contact your provider to clarify the medical information. If you do not sign the medical release, CORE cannot contact the health care provider. This may result in the absence not being approved as FMLA.

Once CORE receives the completed certification form, you will be sent a letter informing you whether or not the information provided meets the FMLA crite to support your request. Any incomplete forms will be returned to you. ***It is your responsibility to ensure your health care provider supplies the missin information.***

If you have already submitted a FMLA certification for the same serious health condition, CORE will require re-certification when medically appropriate. Th will not exceed what is legally permissible. CORE will inform you when re-certification is necessary.

All FML time is unpaid. However, you may substitute other paid leave such as personal time or vacation time or disabilty paid for unpaid days.

If you are eligible and have time available, any approved Disability and/or Worker's Comp leave will run concurrently with FMLA and will be counted agains your FMLA entitlement. Call your local Human Resources representative for complete information. If your absence is approved under FMLA, it will be coun against your FMLA entitlement.

If you have health insurance through your employer you will be required to pay the associate premium contribution while on unpaid leave beginning on day your absence. Call Human Resources representative for complete information regarding Cendant's policies and to make payment arrangements.

You are responsible for communicating with Human Resources representative during your absence and for updating your supervisor with your expected return-to-work date during your absence. In addition, CORE must be informed if you do not return to work on the expected date.

**You will be required to provide your employer with a written notice from your health care provider stating that you are "fit for duty".**

If you have any questions please contact CORE by calling 866 537-7626

BRO 00025

h b e b e e e e c f e h f e

BRO 00026

Cendant

04/22/2004

ER

KAREN HASKEW
, FL

Regarding: SHIRLEY SCHUMACHER
Employee ID: 204914

Dear KAREN HASKEW:

The absence for the above-named employee beginning 01/31/2004, is being reviewed for short-term disability benefits. We have also reviewed these dates for job protection under available family and medical leave entiltement(s), and have determined the following:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

BRO 00027

| | | | | |
|---|---|---|---|---|
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date the employee will become eligible if he/she continues to work a normal work schedule: 2/17/2004.

If the employee has been found ineligible for any entitlement, the employee may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information. Our office must receive the request via fax or mail, on or before 04/28/2004. Please allow for appropriate mailing time. We strongly recommend that the employee retain a copy of the request and proof of mailing/faxing for their records.

If eligible, the family and medical leave entitlement(s) will run concurrently with any approved disability absence.

The employee has been advised to communicate with you and CORE throughout any absence, especially if there is a cancellation, extension or change to any approved period of absence.

If you have any questions about this FMLA request or would like to report changes in the employee's absence, please call 1-866-537-7626.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

C 501.0

Cendant

05/25/2004

EE

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

Dear SHIRLEY SCHUMACHER:

CORE, INC. has received your request for reconsideration of a previously denied request. CORE has reviewed the additional information supplied and is unable to overturn its earlier decision for the following absences:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame.

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

BRO 00029

| | | | | |
|---|---|---|---|---|
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame. ~~EE was due~~ Appeal was due 4.26.04. EE submitted on 5/4
Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

Because you are denied, job protection under these entitlement(s) does not apply.

No further opportunity to reconsider these denials will be offered based on CORE's agreement with Cendant.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

E 204.0

5/25/2004 01:08 P.M. created by CHERYL SIKORA

Received Ee's appeal for the dates of 2/8-5/11/2004. Absences remain denied, Ee was sent a letter on 4/20/2004 informing her the dates were denied and she had until 4/26/2004 to appeal. We did not receive appeal untl 5/14/2004, absences remain denied.

5/18/2004 10:26 A.M. created by SHARYN CASSELL

Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF. Task to CO, fwd to FML inbox.

5/3/2004 12:38 P.M. created by BROOKE ANTON

501.0 letter dated 4/22 returned to CORE via US mail due to undeliverable address.

4/30/2004 01:19 P.M. created by SHARYN CASSELL

The eligibility of the absence 1/31/2004 9:00:00 AM - 3/30/2004 5:00:00 PM was inherited from an FML case which has since been adjudicated. The resulting eligibility check has determined that this absence is ineligible; therefore, new absences will not be allowed to inherit their eligibility from this absence.

4/30/2004 01:19 P.M. created by SHARYN CASSELL

The eligibility of the absence 1/31/2004 9:00:00 AM - 3/30/2004 5:00:00 PM was inherited from an FML case which has since been adjudicated. The resulting eligibility check has determined that this absence is ineligible; therefore, new absences will not be allowed to inherit their eligibility from this absence.

4/20/2004 11:17 A.M. created by SHARYN CASSELL

TCF Bill Sprocker in HR checking on EE's FMLA absence. Advised of denial for FMLA as of today.

3/8/2004 08:43 A.M. created by

On 3/8/2004 8:43:15 AM a Fineos Disability update was received which resulted in a WKAB status change from Pend / / Incomplete / Transfer to STD CORE managed to Pend / / Review / Transfer from STD. The STD status has been updated to: Resolved by Fineos and updated by concurrent FML mgt process.

3/8/2004 08:43 A.M. created by

On 3/8/2004 8:43:14 AM a Fineos Disability update was received which resulted in a WKAB status change from Pend / / Incomplete / Transfer to STD CORE managed to Pend / / Review / Transfer from STD. The STD status has been updated to: Resolved by Fineos and updated by concurrent FML mgt process.

2/25/2004 06:04 A.M. created by SHARYN CASSELL

Due to no response from HR within 48 hours, eligibility updated. Email to HR, letter sent to EE.

2/25/2004 06:04 A.M. created by SHARYN CASSELL

-----Original Message----- From: Hemeon, Matt Sent: Thursday, February 19, 2004 2:18 PM To: Karen Haskew (E-mail) Cc: Cendant_Inbox; CendantFMLChecks (E-mail) Subject: EE: Shirley Schumacher - Please verify eligibility within 2 business days Importance: High Good afternoon, Karen! Please verify the hours worked for EE#204914, Shirley Schumacher, for an absence beginning 2/1/04. Our system shows the employee has only worked 1224 hours in the past 12 months. Please note this information is needed to determine the employee's eligibility for federal and state FMLA entitlements. In accordance with FMLA law, the employee will be deemed eligible for this absence if CORE does not receive due reply within two business days from the date of this request. Thanks & Regards,

2/19/2004 01:25 P.M. created by MATT HEMEON

EE works T-Th, Sa-Su: 9-5p

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant_inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 201.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 202.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 202.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 204.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 204.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant_inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 201.0 has been sent to cendant_inbox@coreinc.com.

VCP 3/30/04

# Medical Certification Form

PLEASE PRINT CLEARLY

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

Reason for Leave:

☒ A serious health condition that makes you unable to perform the essential functions of your job.

☐ A serious health condition affecting your family member for which you are needed to provide care.

______ / ______ / ______
Full Name of Relative — Relationship to Employee — If child, Date of Birth

☐ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning __/__/__.
I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.

☐ Does this employer also employ your spouse? yes ☐ no ☒

If YES, then: Name of Spouse ______ Spouse's SS# or ID # ______

☐ Pregnancy Estimated Date of Delivery __/__/__

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2/18/04 through 05/11/04 Expected (actual if known) return to work on __/__/__

OR

Individual dates of absence for this condition: __/__/__ __/__/__ __/__/__ __/__/__ __/__/__

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on __/__/__ through __/__/__ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member** (If absence is to care for the family member over 18) ______ Date 3/30/04

**Signature of Employee** Shirley Schumacher Date 3/30/04

**HEALTH CARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as:** The inability to perform one or more job functions OR perform regular daily activities due to a serious health condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

☐ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: __/__/__ Discharge expected/occurred on: __/__/__.

☐ **Pregnancy:** Any period of Incapacity due to pregnancy or for prenatal care. EDC __/__/__

☒ **Absence Plus Treatment (Acute)** The period of incapacity exceeds three (3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)

☐ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of incapacity.

☐ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)

☐ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of incapacity of more than 3 consecutive calendar days without medical treatment of intervention)

☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee.

BRO 00034

3. **Treatment:**
Follow-up treatments are scheduled to commence on 4/10/04 through UNKNOWN __/__/__
The treatment is WEEKLY times per — MONTHLY (day, week, month).

The approximate length of the actual treatment is 1 HR. (minutes, hours).

4. **Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**
PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

5. **Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
MEDICAL FACTS: PATIENT IS AGITATED; UNABLE TO FOCUS; INCREASED SITUATIONAL STRESS - RE: DEATH OF SPOUSE

**Choose One:**

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child incapable of self-care in three or more of the activities of daily living?
yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort?
yes ☐ no ☐

6. **You are providing medical certification for: Choose One**

☑ **The current absence only:** Starting 02/08/04 and Ending __/__/__. May return to work on: UNKNOWN __/__/__.

☐ **The current absence from** __/__/__ to __/__/__ **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months), each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from __/__/__ through __/__/__

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months) each absence lasting approximately ______(minutes, hours, days) each time.
Certification for future absences is requested from __/__/__ through __/__/__

I (Health Care Provider's Signature) [signature] certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or the expected frequency I have entered above. Date Signed 04/12/04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 294-8005 Health Care Provider's Fax Number (401) 294-8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE. may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 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

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

## Physician's Statement Of Fitness-For-Duty Release

Patient (Employee) Name: SHIRLEY N. SCHUMACHER Date:

Employee Position (copy of job description attached):

### Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee): [signature] Date Signed: 3-29-04

### Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04.

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? ____ Yes ✓ No

   Date patient (employee) is released to return to work: UNKNOWN.

3. Please describe any work-related physical and/or mental limitations: UNABLE TO FOCUS/CONCENTRATE; DECREASED MOOD

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.
   N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

James D. Gloor, M.D.
Print or Type Physician's Name: Wickford Junction Medical Walk-In

Physician's Signature: [signature]

Street Address: 1051 Ten Rod Road, Unit B-2/10, North Kingstown, RI 02852

City/State/Zip

Telephone Number: (401) 294-8200

BRO 00037

I wish to Appeal
This decision.

On April 21.04 I received the enclosed letter, which was sent to old address & didn't I receive till much later.

I Spoke with Care in Feb and informed them I had chose to go with T.D.I. Instead of FMLA. Therefore not using my disability through Fairfield. However see att on 4-6-04 a Physicians Statement was sent to Fairfield (see Att) Also doctors Certificates where sent to my Employer.

I am out of work due to stress and should not be discharged for these reasons. I need my Coverage because of my Illness. I feel I should be reinstated & my benefits in tact. I spoke with TDI & they claim I should not be discharged for the reasons given & in the State of R.I. you Cannot play double advocates.

Ther for I wish to appeal your decission.

Thank you.

[signature]

To: Core Inc.

Fax # 781-270-8646

From: Shirley Schumacher

# of pages 5
cover not included

To: Core Inc.

Fax # 781-270-8646

From: Shirley Schumacher

# of pages 5
cover not include

4/20/04
Denied
Appeal process
Due 4/26

Cert Form Due
4/28/04

DiD not receive

I wish to appeal this decision.

On April 21.04 I received the enclosed letter, which was sent to old address & didn't I receive till much later.

I spoke with Care in Feb And informed them I had chosen to go with T.D.I. Instead of FMLA. Therefore not using my disability through Fairfield. However see att on 4-6-04 a Physicians Statement was sent to Fairfield (see Att) Also doctors Certificates where sent to my Employer.

I am out of work due to stress and should not be discharged on these reasons. I need my Coverage because of my Illness. I feel I should be reinstated & my benefits in tact. I spoke with TDI & they claim I should not be discharged for the reasons given & in the State of R.I. you Cannot play double advocate.

There for I wish to Appeal your decision.

Thank you.
Sheryl Schumacher

BRO 00041

# Physician's Statement Of Fitness-For-Duty Release

Patient (Employee) Name: Shirley N. Schumacher Date:

Employee Position (copy of job description attached):

## Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee): Shirley Schumacher

Date Signed: 3-29-04

## Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? _____ Yes ✓ No

   Date patient (employee) is released to return to work: Unknown

3. Please describe any work-related physical and/or mental limitations: Unable to focus/concentrate; decreased ADLs

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation. N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

Print or Type Physician's Name: James D. Gloor, M.D. Wickford Newton Medical Walk-In

Physician's Signature: [signature]

Street Address: 1051 Ten Rod Road, Unit B-2/10 North Kingstown, RI 02852

City/State/Zip

Telephone Number (401) 294-8200

BRO 00042

**3. Treatment:**

Follow-up treatments are scheduled to commence on 4 / 10 / 04 through UNKNOWN / /

The treatment is WEEKLY times per - MONTHLY (day, week, month).

The approximate length of the actual treatment is 1 HR. (minutes, hours).

**4. Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**

PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

**5. Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
MEDICAL FACTS: PATIENT IS AGITATED ; UNABLE TO FOCUS ; INCREASED SITUATIONAL STRESS - RE: DEATH OF SPOUSE

Choose One:

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job? yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child incapable of self-care in three or more of the activities of daily living? yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort? yes ☐ no ☐

**6. You are providing medical certification for: Choose One**

☑ The current absence only: Starting 02 / 08 / 04 and Ending / / May return to work on: UNKNOWN / /

☐ **The current absence from** / / to / / **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months), each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from / / through / /

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months) each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from / / through / /

I (Health Care Provider's Signature) [signature] certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or the expected frequency I have entered above. Date Signed 02 / 12 / 04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In, 1051 Ten Rod Road, Unit B-2/10, North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 294 - 8088 Health Care Provider's Fax Number (401) 294 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE, may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 062 - 28 - 5075

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

# Medical Certification Form

PLEASE PRINT CLEARLY

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

Reason for Leave:

- [x] A serious health condition that makes you unable to perform the essential functions of your job.
- [ ] A serious health condition affecting your family member for which you are needed to provide care.

______ / ______ / ______
Full Name of Relative — Relationship to Employee — If child, Date of Birth

- [ ] The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___
  I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoptio
- [ ] Does this employer also employ your spouse? yes [ ] no [x]

If YES, then: Name of Spouse ______________________ Spouse's SS# or ID # ______

- [ ] Pregnancy — Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2/18/04 through 05/11/04 Expected (actual if known) return to work on ___/___

OR

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ______

I have not been absent for this condition at this time. Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or [ ] Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member** (If absence is to care for the family member over 18) ______________ Date 3/20/04

Signature of Employee *Shirley Schumacher* Date 3/20/04

**HEALTH CARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as:** The inability to perform one or more job functions OR perform regular daily activities due to a serious hea condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

- [ ] **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.
- [ ] **Pregnancy:** Any period of Incapacity due to pregnancy or for prenatal care. EDC ___/___/___
- [x] **Absence Plus Treatment (Acute)** The period of incapacity exceeds three (3) consecutive calendar days and involves treatment two (2 or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)
- [ ] **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of incapacity.
- [ ] **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)
- [ ] **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of incapacity of more than 3 consecutive calendar days without medical treatment of intervention)
- [ ] **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee.

BRO 00045

WorkAbility Division
CORE

Cendant

05/25/2004

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

Dear SHIRLEY SCHUMACHER:

CORE, INC. has received your request for reconsideration of a previously denied request. CORE has reviewed the additional information supplied and is unable to overturn its earlier decision for the following absences:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame.

BRO 00046

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

| | | | | |
|---|---|---|---|---|
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

Because you are denied, job protection under these entitlement(s) does not apply.

No further opportunity to reconsider these denials will be offered based on CORE's agreement with Cendant.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

E 204.0

BRO 00047

http://prdfwb1dc1:9080/sharedpages/casemanagement/displaycasepage.jsp?ObjectOID=PE:11605:0000043941&URLOnCompletion=/postlogin

| Summary | Claim Details I | Claim Details II | Clinical | PAT History | Assessments | Documents | Tasks | Contacts | Status History |
|---|---|---|---|---|---|---|---|---|---|

## Event Details

Stress Anxiety

STD

Med/Surgery

N/A

## Claim Status & Reason

Status: Denied [illegible] Reason: No respons[illegible] [Change Status]

## Claim Details

LOD Requested

71

Summary | Claim Details I | Claim Details II | Clinical | PAT History | Assessments | Documents | Tasks | Contacts | Status History

| | | | | |
|---|---|---|---|---|
| 02/19/2004 11:16:52 | Inquiry | Phone | Initiated claim for EE, LDW: 1/31; FDA: 2/1; informed EE of info.pkt., MR, TAT, EE resps., RI state benefits, FML inelig. 1224 hrs.; email to HR to check hours worked | Incoming |
| 02/19/2004 11:14:35 | Inquiry | Letter | Cendant STD Intro | Outgoing |
| 02/19/2004 11:14:20 | Inquiry | E-Mail | SHIRLEY SCHUMACHER | Outgoing |

| | | | | |
|---|---|---|---|---|
| 05/18/2004 10:25:16 | Unknown | Fax | Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF. Task to CO, fwd to FML inbox. | Incoming |
| 05/06/2004 14:24:26 | Inquiry | Phone | TCF EE to ask about appeal informed of denial and appeal process | Incoming |
| 04/30/2004 13:24:36 | Inquiry | Phone | TCF EE stating that she does not understand why she was denied by CORE because she did not request disability thru CORE. EE states that she was paid her full salary thru RI disability. EE states that she has been administratively termed at this time. Advised EE per AM that she does not need to have STD thru CORE if she is already receiving full pay thru RI. | Incoming |
| 04/19/2004 16:47:34 | Inquiry | Fax | | Outgoing |
| 03/08/2004 08:45:13 | Notification | Letter | Cendant No Response Denial | Outgoing |
| 02/27/2004 08:11:32 | Follow Up Call | Phone | TCT EE to inform that CORE needs to follow STD claim even though EE has rec'd RI State Dis. No answer and unable to leave message. | Outgoing |
| 02/27/2004 07:12:29 | Case Owner | Fax | Brenda Mower Tebo | Outgoing |
| 02/26/2004 06:34:03 | Notification | Phone | TCF EE stating that she does not want CORE to manage her claim and that she has already been approved to rec'v RI state benefits. Advised EE that CORE manages claim and offsets RI benefit. EE states that she doesn't want CORE following claim. Advised EE will check with AM regarding issue and have AM contact her. | Incoming |
| 02/20/2004 10:58:30 | Unknown | Fax | fax to ap office. Facsimile Transmittal To: Dr. Gloor ` Fax: 401-294-8222 From: Brenda Mower-Teboe RN BA BSN Fax: 207-228-2947 Phone: 877-489-9782, Ext. 2452 Date: 02/20/2004 Pages (including cover): 4 RE: Shirley Schumacher ma ☐ Urgent ☐ For Review ☐ Please C... | Outgoing |
| 02/20/2004 10:52:27 | Notification | Letter | Cendant APS EE | Outgoing |
| 02/20/2004 10:51:20 | Unknown | Phone | attempted to call ee. phone not in service. | Outgoing |
| 02/20/2004 10:50:52 | Unknown | Phone | tct ap office. sw cindy. requesting faxed request and mr. 401-294-8222. | Outgoing |

[illegible] Claimant SSN [illegible] ID [illegible] DOB [illegible] Phone

Summary | Claim Details I | Claim Details II | Clinical | PAT History | Assessments | Documents | Tasks | Contacts

| | | | | |
|---|---|---|---|---|
| 05/20/2004 10:22:59 | Unknown | Letter | appeal letter indicates ee is appealing FMLA denial, letter referencing FMLA denial letter included with appeal. forwarded to FMLA adjudicator. | Internal |
| 05/18/2004 13:38:00 | Unknown | Fax | attempted to call ee to discuss appeal letter. not in service. | Outgoing |
| 05/18/2004 13:37:45 | Unknown | Fax | appeal received by case owner on 5/18/04. | Outgoing |
| 05/18/2004 10:25:16 | Unknown | Fax | Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF. Task to CO, fwd to FML inbox. | Incoming |