UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER }
Plaintiff, }
v. }
FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown, } }
Defendants. }

CIVIL ACTION NO. 05-500T

ENLARGEMENT STIPULATION

Plaintiff and defendant Core, Inc. agreed on July 26, 2006 that plaintiff's time to respond to defendant's motion for summary judgment is enlarged up to and including August 10, 2006.

Keven A. McKenna (for MLS)
Keven A. McKenna #662
McKenna Law, PC
23 Acorn Street
Providence, Rhode Island 02903
(401) 273-8200
(410) 521-5820

Date: 7/27/06

And

Michael L. Solitro *(Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877
FAX- 270-3516

Date: 7/27/06

Timothy M. Bliss
Timothy M. Bliss #3585
20 Washinton Place
Providence, RI 02903
(401) 421-3060
Telecopy (401) 272-6803

Date: 7/26/06

ENTER Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/3/06