UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER | } | |
| Plaintiff, | } | CIVIL ACTION NO. 05-500T |
| v. | } | |
| FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown, | } } | ENLARGEMENT STIPULATION |
| Defendants. | } | |

Plaintiff and defendant Fairfield Resorts, Inc. agreed on July 27, 2006 that plaintiff's time to respond to defendant's motion for summary judgment is enlarged up to and including August 10, 2006.

Keven A. McKenna (for MLS)
Keven A. McKenna #662
McKenna Law, PC
23 Acorn Street
Providence, Rhode Island 02903
Tel.401) 273-8200
Fax.(410) 521-5820

Date: July 27, 2006

And

Michael L. Solitro *( Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877
FAX- 270-3516

John D. Doran (for MLS)
John D. Doran (#6415)
Edwards Angel Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
Tel. (401) 274-9200
Telecopy (401) 276-6611

Date: July 27, 2006

ENTER

Ernest C. Torres
Ernest C. Torres
Chief, U.S. District Judge

DATE 8/3/06