UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER<br><br>Plaintiff,<br>v.<br><br>FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown,<br><br>Defendants, | }<br>}<br>}<br>}<br>}<br>} | CIVIL ACTION NO. 05-500T |

MOTION OF PLAINTIFF SHIRLEY SCHUMACHER TO EXCEED PAGE LIMITATIONS

Plaintiff Shirley Schumacher ("Schumacher") moves Pursuant to Local Rule 7, to exceed the twenty page limit applicable to filing objections to summary judgment. Specifically, Schumacher seeks to submit an exhibit of 36 pages in length, which is attached to Schumacher's Statement of Disputed Facts in opposition to defendant Fairfield Resorts, Inc's motion for summary judgment. Plaintiff files herewith a supporting memorandum.

Plaintiff Shirley Schumacher
By her Attorney

Keven A. McKenna #662
McKenna Law P.C
23 Acorn Street
Providence, RI 02903
(401) 273-8200

and

Michael L. Solitro *( Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877
(401) 270-3516 FAX

Dated: July , 2006

CERTIFICATE OF SERVICE

To:

John D. Doran, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence RI 02903

Timothy M. Bliss
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby Certify that I served on the above named counsel of record a copy of the within Motion by mailing first class mail, postage prepaid, on the 31st day of July, 2006.

[signature]

UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER<br>Plaintiff,<br>v.<br>FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown,<br>Defendants, | } | CIVIL ACTION NO. 05-500T |

**MEMORANDUM IN SUPPORT OF PLAINTIFF SHIRLEY SCHUMACHER'S MOTION TO EXCEED PAGE LIMITATIONS**

Plaintiff Shirley Schumacher ("Schumacher") moves for leave to exceed page limitations with respect to her objection to summary judgment.

Schumacher seeks to submit an exhibit appended to her Statement of Disputed Facts consisting of 36 pages of testimony taken at her deposition. In order to adequately support her statement in opposition to defendant Fairfield Resorts Inc.'s motion for summary judgment, Schumacher must exceed the twenty page limit set forth in the Court's Scheduling Order.

Schumacher request that the Court grant leave for her to exceed page limitations as set forth above.

Plaintiff Shirley Schumacher
By her Attorneys

Keven A. McKenna (For MLS)

Keven A. McKenna #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
(401) 273-8200

and

Michael L. Solitro *( Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877
(401) 270-3516 FAX

Dated: July 31 , 2006

CERTIFICATE OF SERVICE

To:

John D. Doran, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Timothy M. Bliss
Vetter & White
20 Washington Place
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Memorandum by mailing first class mail, postage prepaid, on the 31 day of July 2006.

Michael L. Solitro