UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER }
CIVIL ACTION NO. 05-500T
Plaintiff, }
v.
}
FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown, }

Defendants, }

**AFFIDAVIT OF PLAINTIFF SHIRLEY SCHUMACHER IN SUPPORT OF HER OBJECTION TO FAIRFIELD RESORTS INC.,'S MOTION FOR SUMMARY JUDGMENT**

I Shirley Schumacher on oath, depose and says as follows:

1. I am a resident of the State of Rhode Island I am over twenty-one years of age and give this affidavit of my own free will. I have personal knowledge of the information contained in this affidavit.

2. I was employed at Fairfield Resort, Inc. or its predecessor for approximately five and one half years. At the time of my demotion from sales manager to sales associate I was sixty-three years old.

3. Annexed hereto as Exhibit 1 is a true and complete copy of the written employment contract I had with Fairfield. Document Bates Numbered FFR-000328-FFR-000334 produced by Fairfield.

4. Annexed hereto as Exhibit 2 Fairfield Policies and Procedures Manual. Document Bates Numbered FFR-000204 - FFR-000205-FFR-000208-FFR-209 FFR-000212 – FFR00013

5. That when I was demoted from sales management to sales associate I was the only female at Fairfield who held a Sales Management position and I was its' oldest sales manager. Annexed hereto as Exhibit 3 is a true and complete copy of a Document Bates Numbered FFR-000142 produced by Fairfield listing the age and sex of its Sales Mangers.

6. That I had complained to fellow employees that my Supervisor Joseph Hutnick ("Hutnick") called me an old cunt and bitch. Annexed hereto as Exhibit 4 is a true and complete copy of a Document Bates Numbered FFR- 000197 produced by Fairfield which shows an email note drafted by Hutnick on January 26, 2004.

7. That my work performance was satisfactory and in some instances superior to other managers. Annexed hereto as Exhibit 5are true and complete copies of sales reports from April through July 2002. Document Bates Numbered FFR-000163-FFR-000166 produced by Fairfield.

8. That the Notice of Corrective Action dated June 14, 2002 was substantially modified and there were no company policy violations. In addition, the facts that the action were allegedly based upon were inaccurate and were crossed out. Annexed hereto as Exhibit 6 is a true and complete copy of the Notice of Corrective Action document Bates Numbered FFR-000341 produced by Fairfield.

9. That I disputed the notice of Corrective Action of August 15, 2002 because it was based on inaccurate figures.

10. That I did not attempt to instigate a dispute concerning a sales transaction in January, 2004. Jim Amelia approached me because he was upset that there had been a mistake

in rotation that caused him to loose a sale. I advised him to discuss the issue with Mr. Hutnick.

11. Annexed hereto as Exhibit 7 is a true and complete copy of the Personal Action Form (PAF) dated February 11, 2004 authorizing me personal leave until April 11, 2004. Document Bates Numbered FFR-000314 that was produced by Fairfield.

12. Annexed hereto as Exhibit 8 is a true and complete copy of Document Bates Numbered FFR-000027 produced by Fairfield which shows an email note drafted by Hutnick on March 13, 2004 which alleges that I intend to sue Fairfield.

13. That I received a Medical Leave of Absence Notification, dated March 16, 2004, from Jan Weber, Leave & Disability Coordinator for Fairfield. Annexed hereto as Exhibit 9 is a true and complete copy of the Medical Leave of Absence Notification document Bates Numbered FFR-000336 that was produced by Fairfield.

14. That on March 30, 2004 Fairfield contacted me by telephone I advised the caller that I had the Medical Certification Forms for Dr. Gloor and I would see him on April 9, 2004 and return on the 11th. I was advised ok. Annexed hereto as Exhibit 10 is a true and complete copy of a Continuous Performance Appraisal Document Bates Numbered FFR-000335 produced by Fairfield.

15. That I provided Jan Weber Fairfield's leave coordinator with a Disability Certificate From Dr, Gloor dated April 10, 2004 I also advised her that Dr. Gloor would be mailing other information. Annexed hereto as Exhibit 11 is a true and complete copy of the Disability Certificate and note Document Bates Numbered FFR-000382 produced by Fairfield.

16. That my Medical Certification Forms were mailed from the office of Dr. Gloor. Annexed hereto as Exhibit 12 is a true and complete copy of the Physician's Certification Form found in my medical file that was mailed April 16, 2004 by his office. (Gloor Deposition, Exhibit, 1.)

17. Annexed hereto as Exhibit 13 is a true and complete copy of that same Physician's Certification Form provided by Dr. Gloor and mailed April 16, 2004 by his office. Document Bates Numbered FFR-000383 produced by Fairfield as part of my personnel file.

18. Annexed hereto as Exhibit 14 is a true and complete copy of the Medical Certification Form provided by Dr. Gloor. Document Bates Numbered FFR 000309-FFR000310 produced by Fairfield as part of my personnel file.

19. That Fairfield notified me of my termination in a letter dated April 21, 2004 five days after Dr. Gloor's office mailed the Physicians Certification subsequently produced by Fairfield. Annexed hereto as Exhibit 15 is a true and complete copy of the letter of termination Document Bates Numbered FFR-000379 produced by Fairfield.

20. Annexed hereto as Exhibit 16 is a true and complete copy of a letter from Core dated April 20, 2004. Core mailed this letter to the wrong address and I never received it. Document Bates Numbered BRO 00017-BRO 000 produced by Core as part of Schumacher's file.

21. That it was Mr. Hutnic who terminated my employment. Annexed hereto as Exhibit 17 is a true and complete copy of Fairfield's answer to Plaintiff' Interrogatory No. 13.

22. I did not make application for short-term disability through Core. Inc. ("Core")

23 I contacted Core on April 30, 2004 after receiving my termination notice dated April 21, 2004 from Fairfield advising me that Core had denied my FMLA leave. Annexed hereto as Exhibit 18 is a true and complete copy of the Core note pad entry Document Bates Numbered BRO- 00050 produced by Core.

24. I contacted Core on February 26, 2004 advising it that I had been approved for TDI benefits and that I was not filing a claim for short-term disability through Core. Annexed hereto as Exhibit 18 is a true and complete copy of the Core note pad entry Document Bates Numbered BRO- 00050 produced by Core.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Shirley Schumacher

Shirley Schumacher

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

Subscribed and sworn to before me this 7th day of August, 2006

Michael L. Solitro

Notary Public # 33940

My Commission Expires 8/31/2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 10th, 2006, I caused a true copy of the forgoing to be served by first class mail, postage prepaid, to the following counsels of record:

John D. Doran, Esq.
Edwards Angel Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Timothy M. Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

Michael L. Selitto