CENDANT
*Timeshare Resort Group*

# Human Resources Policies and Procedures Manual

CON[illegible]AL

**First Published: March 2003**

**Last Quarterly Revision: November 2004**

# ACKNOWLEDGEMENT FORM

This is to acknowledge that I am aware that the Fairfield Resorts' Policies and Procedures Handbook is available on the Company Outlook, Public Folder at Public Folders/All Public Folders/Human Resources/Policy and Procedure Handbook and in hard copy by request to the Human Resources Department. I understand that it contains important information on the Company's general personnel policies and on my privileges and obligations as an employee.

I acknowledge that I am expected to read, understand, and adhere to the Company policies and will familiarize myself with the material in this Handbook. I understand that this Handbook supersedes any and all previous Fairfield Resorts' Policies and Procedures Handbooks. I also acknowledge that neither this Handbook nor any other company guidelines, policies, or practices create an employment contract. The Company has the right, with or without notice, in an individual case or generally, to change any of its guidelines, policies, practices, working conditions or benefits at any time.

Also, I understand that the employment relationship is based on mutual consent of each employee and the Company. Accordingly, either the Company or I may terminate the employment relationship at will, at any time, with or without cause or advance notice.

______________________________

Employee Name/Work Location/Department (Print)

______________________________

Employee Signature

______________________________

Date

CONFIDENTIAL

FFR-000205

CONFIDENTIAL



# TABLE OF CONTENTS


Acknowledgement Form ..... i
Preface ..... ii
Cendant Code of Conduct (*The Road to Integrity*) (Revised 10/09/03) ..... iii

## 100 Core Policies

101 Employment at Will ..... 101-1
102 Equal Employment Opportunity ..... 102-1
103 Standards of Work-Related Behavior ..... 103-1
104 Sexual Harassment ..... 104-1
105 Substance Abuse (Revised 06/30/04) ..... 105-1
106 Business Systems (Revised 06/30/04) ..... 106-1
107 Business Ethics ..... 107-1
108 Workplace Violence ..... 108-1
109 External Communication ..... 109-1
110 Nepotism ..... 110-1

## 200 Employment and Staffing

201 Recruitment and Selection ..... 201-1
202 Job Postings (Revised 10/09/03) (Added 06/30/04) (Revised 07/14/04) ..... 202-1
203 Rehire Policy and Process (Revised 06/30/04) ..... 203-1
204 Disability Accommodation ..... 204-1
205 Probationary Period ..... 205-1
206 Transfers (Revised 06/30/04) ..... 206-1
207 Separation of Employment ..... 207-1
208 Non-Union Philosophy ..... 208-1
209 Outside Employment (Added 11/15/04) ..... 209-1
210 Conflict with Statutes (Added 11/15/04) ..... 210-1

## 300 Wage and Salary Administration

301 Salary and Wages ..... 301-1
302 Paid Time Off (Revised 05/30/03) (Revised 07/17/03) (Revised 03/10/04) (Revised 06/30/04) (Revised 11/15/04) (Added 11/15/04) ..... 302-1
303 Leaves of Absence (LOA) (Revised 10/09/03) ..... 303-1
304 Benefits ..... 304-1
305 Benefits (COBRA) ..... 305-1
306 Relocation ..... 306-1
307 Timekeeping ..... 307-1
308 Payroll ..... 308-1
309 Rest and Meal Periods ..... 309-1
310 Overtime ..... 310-1
311 Severance Pay ..... 311-1

## 400 Performance Guidelines

401 Employee Conduct and Behaviors ..... 401-1
402 Strictly Prohibited Conduct (Revised 07/17/03) ..... 402-1
403 Anti-Fraternization ..... 403-1
404 Work Schedules and Attendance Expectations (Revised 06/30/04) ..... 404-1
405 Personal Appearance ..... 405-1
406 Corrective Action (Revised 06/30/04) ..... 406-1
407 Problem Resolution ..... 407-1

## TABLE OF CONTENTS *(CONTINUED)*


500 Workplace Guidelines

501 Personnel Files.......501-1
502 Access to Personnel Files.......502-1
503 Reference and Employee Information Requests.......503-1
504 Emergency Closings.......504-1
505 Employee Safety.......505-1
506 Care and Return of Property.......506-1
507 Smoking.......507-1
508 Solicitation.......508-1
509 Business Travel Expenses.......509-1
510 Visitors in the Workplace.......510-1
511 Arrests and Convictions.......511-1
512 Tape Recordings (Revised 06/30/04).......512-1
513 Call Monitoring (Added 06/30/04).......513-1
514 Personal Telephone Use (Added 06/30/04).......514-1


CONFIDENTIAL

FFR-000209

# 102 EQUAL EMPLOYMENT OPPORTUNITY

*(See also Section 204 Disability Accommodation)*

## Policy

Fairfield Resorts is committed to providing Equal Employment Opportunity ("EEO") to all applicants and employees without regard to race, color, religion, sex, sexual preference/orientation, age, marital status, national origin, citizenship, physical or mental disability, or status as a disabled or Vietnam Era Veteran or any other characteristic protected by law. In addition, the Company will reasonably accommodate known disabilities of employees and qualified applicants unless such accommodation would impose undue hardship on the Company's operation.

This policy relates to every aspect of employment — recruitment, testing, selection, compensation, benefits, training and development, promotion, transfer, termination, and all other privileges, terms and conditions of employment.

As part of its commitment to maintaining a discrimination-free work environment, Fairfield Resorts encourages employees to discuss questions and concerns affecting their employment with their management or other appropriate individuals.

In order to address employee concerns involving possible discrimination, Fairfield Resorts utilizes the internal EEO complaint procedure set forth herein. Fairfield Resorts will take appropriate action to ensure that the rights of individuals to file complaints (whether through the internal process or with a federal, state, or local agency) will be respected and not interfered with in any manner.

Employees who believe they have been discriminated against or unlawfully harassed should discuss their concerns with their supervisor or if this is not appropriate, contact their Human Resources manager or call the toll-free Employee Relations Hotline at 1-877-756-HELP. In addition, this procedure is available for any employee who believes he or she has been harassed in any way on the basis of his or her race, gender, color, national origin, religion, disability, age, or any other characteristic protected by law. Human Resources will accept, investigate, and attempt to resolve all internal employee or candidate complaints. Further, the Company will not retaliate against any individual who either raises concerns of a violation of this EEO policy, or who participates in the investigation of such concerns.

CONFIDENTIAL

# 103 STANDARDS OF WORK-RELATED BEHAVIOR

*(See also Sections 401 Employee Conduct & Behaviors and 402 Strictly Prohibited Conduct)*

## POLICY

Each employee has an obligation to observe and follow the Company's policies and to maintain proper standards of conduct at all times. If an individual's behavior interferes with the orderly and efficient operation of a department, or any part of the Company, corrective action will be taken, up to and including termination of employment.

While the Company reserves the right to impose corrective action or performance management for certain types of conduct, employment with Fairfield Resorts is at-will. Consequently, certain conduct may warrant, in the Company's sole discretion, immediate termination. Disciplinary action short of termination may include a verbal warning, and written warnings, depending upon the circumstances. The Company shall decide in all cases what disciplinary action is appropriate, and all steps may not be taken in all cases.

Examples of more serious conduct warranting immediate termination include, but are not limited to, the following:

- Harassment of or discrimination against an employee;
- Falsification of Company records, including but not limited to, employment application, time cards, and expense reports;
- Dishonesty or misrepresentation;
- Conduct which compromises the safety of the employees or security of the workplace;
- Theft, fraud, or gambling;
- Possession of weapons or explosives in the workplace;
- Threatening or intimidating conduct, including fighting, horseplay and practical jokes which adversely affect operations, damaging Company property or endangering persons on the Company's premises, or any other conduct which the Company deems improper, unprofessional, or unbusinesslike;
- Use of threatening, intimidating, coercive or abusive language in the workplace;
- Insubordination (refusal to comply with reasonable business instructions) or failure to perform reasonable duties as assigned;
- Indecent conduct in the workplace;
- Possession, distribution, sales, transfer, use or being under the influence of, alcohol or drugs in violation of the Company's Substance Abuse Policy;
- Serious violation of any other Company policy.

***The above list is not exhaustive, and may change depending upon the operating unit.***

CONFIDENTIAL



FFR-000213