FFR-000142

Sales Managers
2003-2004

| NAME | WWID | JOB TITLE/History | ORIG HIRE DATE | REHIRE DATE | TERM DATE | TERM REASON | ETHNICITY | GENDER | BIRTHDATE | STATUS | WORKSITE NAME | DEPT NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEARBORN, RICHARD C | 248096 | 5/17/04-Sales Associate | 05/19/2003 | | 06/30/2004 | Misconduct/Theft/Viol of Polic | WH | M | 05/05/1963 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| " | | 5/19-8/18/03-Sales Associate | | | | | | | | | | |
| " | | 8/18/03-Sales Manager | | | | | | | | | | |
| " | | | | | | | | | | | | |
| FINN, MICHAEL F | 118590 | 4/24/04-Sales Associate | 03/01/2001 | 04/28/2004 | | Other Voluntary | WH | M | 11/14/1947 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| | | 3/1/01-4/28/04-Sales Manager | | | | | | | | | | |
| GOODALL, DAVID N. | 105614 | Sales Manager | 02/28/1998 | 05/01/2000 | | | WH | M | 09/30/1955 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| IVERSON,MICHAEL G | 167815 | Sales Manager | 07/16/1992 | 03/06/2004 | | Other Involuntary | WH | M | 12/31/1953 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| KAHN, KENNETH P | 253105 | 11/6/04-Sales Associate | 07/16/2003 | | | | WH | M | 04/02/1947 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| | | 7/16/03-Sales Associate | | | | | | | | | | |
| | | 6/10/04- Sales Manager | | | | | | | | | | |
| KENNEY III, EDWARD F | 104573 | 9/11/04-Sales Associate | 06/12/2000 | | | | WH | M | 02/21/1959 | Full Time Regular (Ben Elig) | WMSBURG-KINGSGATE | SALES-KINGSGATE |
| " | | 6/12/00-Sales Associate | | | | | | | | | | |
| " | | 6/23/01- Sales Manager | | | | | | | | | | |
| " | | 7/9/01- Sales Associate | | | | | | | | | | |
| " | | 9/1/02- Sales Manager | | | | | | | | | | |
| " | | 10/26/03; Sales Director | | | | | | | | | | |
| MCKENNA,ROBERT RICHARD | 204374 | Sales Manager | 03/25/2002 | | | | WH | M | 06/18/1942 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| [illegible]TON,RICHARD L | 105228 | Sales Manager | 04/24/2000 | | 09/22/2003 | Other Voluntary | WH | M | 05/07/1967 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| PU[illegible]RT,GERARD | 205126 | Sales Manager | 07/27/1998 | | 05/31/2003 | Accept Better/New Career Opt | WH | M | 05/05/1957 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| RIGGILLO,ROBERT J | 223548 | Sales Manager | 09/10/2002 | 03/03/2003 | 08/10/2003 | Misconduct/Theft/Viol of Polic | WH | M | 05/31/1958 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| SACCO, PAUL | 204731 | Sr. Sales Associate | 01/04/1989 | | | | WH | M | 04/28/1952 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| SCHUMACHER,SHIRLEY | 204914 | Sales Manager | 08/17/1998 | | 03/30/2004 | Other Voluntary | WH | F | 12/12/1939 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| " | | 2/1/03 Discovery manager | | | | | | | | | | |
| " | | 1/1/04 Sales manager (30 days) | | | | | | | | | | |
| " | | 1/31/04- Sales associate | | | | | | | | | | |

CONFIDENTIAL