**Hutnick, Joe**

| | |
|---|---|
| **Subject:** | Shirley |
| **Start:** | Mon 1/26/2004 12:00 AM |
| **End:** | Tue 1/27/2004 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |

Two reps came to me today (John Coppa and Dave Lemlar) claiming Shirley is spreading rumors claiming I called her names in public, because I was angry she called Wisconsin Dells. She said, "all she was trying to do was seek help and advice on how to do her job better." She went on to say, "she told me she was prepared to fly out there, willing to pay her own way if that's what it took to get better." Supposedly that's when I lost my cool and called her names. Apparently, John Coppa said the rumor she is spreading, is that I called her a bitch. According to Dave Lemlar, Shirley came to him complaining I called he an "old cuss,"— whatever that is. Shirley told Dave she believes I meant something else by it. I will not repeat it here.

Shirley is getting out of hand. It is my understanding that Shirley behaves in this manner all the time, i.e., spreading rumors and gossiping trying to undermine people. This, in an attempt to remove people and keep her job. I was warned about this behavior by Mike Iverson, my predecessor.

CONFIDENTIAL

FFR-000197