E-1

DATE: 02-AUG-02 TIME: 11:12 July 1 to [illegible]

Equivest Finance, Inc.
TOUR MULTI-ANALYSIS REPORT

USER: PELLIS PAGE 0002

TEAM

| | APPTS BOOKED | TOURS SHOWED | TOURS QUAL | TOURS NQ | GROSS SLS | GROSS WKS | CANCELS SLS | CANCELS WKS | NET SLS | NET WKS | VOLUME GROSS | VOLUME CANCEL | VOLUME FDI | VOLUME NET | CLS% GRS | CLS% NET | EFFCY NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * INVALID AC | 287 | 159 | 133 | 26 | 5 | 5 | 3 | 3 | 2 | 2 | 61,900 | 31,500 | 0 | 30,400 | 4 | 1.5 | 228 |
| RHODE ISLAND | 2 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 2 | 17,400 | 0 | 0 | 17,400 | 100 | 100.0 | 8700 |
| RHODE ISLAND | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| JERRY POMERT | 373 | 373 | 349 | 24 | 26 | 26 | 7 | 7 | 19 | 19 | 307,100 | 75,200 | 0 | 231,900 | 7 | 5.4 | 664 |
| MIKE IVERSON | 301 | 301 | 279 | 22 | 19 | 19 | 6 | 6 | 13 | 13 | 241,060 | 72,000 | 0 | 169,060 | 7 | 4.7 | 605 |
| SHIRLEY SCHU | 298 | 298 | 280 | 18 | 44 | 44 | 17 | 17 | 27 | 27 | 353,700 | 205,900 | 0 | 347,800 | 16 | 9.6 | 1242 |
| STEVE SALERN | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| | 1263 | 1135 | 1045 | 90 | 96 | 96 | 33 | 33 | 63 | 63 | 1,181,160 | | | | | | |

as you Can See
my Volume was
more then the
2 other reps.

CONFIDENTIAL

SALES TEAM

| | APPTS | ------TOURS------- | | | GROSS | | CANCELS | | NET | | ---------------VOLUME--------------- | | | | CLS% | | EFFCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOOKED | SHOWED | QUAL | NQ | SLS | WKS | SLS | WKS | SLS | WKS | GROSS | CANCEL | FDI | NET | GRS | NET | NET |
| DE ISLAND | | | | | | | | | | | | | | | | | |
| INVALID | 250 | 110 | 90 | 20 | 6 | 6 | 1 | 1 | 5 | 5 | 68,200 | 10,700 | 0 | 57,500 | 7 | 5.6 | 638 |
| HODE ISLA | 5 | 5 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| ERRY POME | 262 | 262 | 249 | 13 | 24 | 24 | 1 | 1 | 23 | 23 | 319,600 | 15,700 | 0 | 303,900 | 10 | 9.2 | 1220 |
| IKE IVERS | 201 | 201 | 191 | 10 | 15 | 15 | 5 | 5 | 10 | 10 | 185,020 | 73,920 | 0 | 111,100 | 8 | 5.2 | 581 |
| HIRLEY SC | 301 | 300 | 286 | 14 | 43 | 43 | 6 | 6 | 37 | 37 | 551,350 | 69,200 | 0 | 482,150 | 15 | 12.9 | 1685 |
| | 1019 | 878 | 820 | 58 | 88 | 88 | 13 | 13 | 75 | 75 | 1,124,170 | 169,520 | 0 | 954,650 | 11 | 9.1 | 1164 |
| | 1019 | 878 | 820 | 58 | 88 | 88 | 13 | 13 | 75 | 75 | 1,124,170 | 169,520 | 0 | 954,650 | 11 | 9.1 | 1164 |

CONFIDENTIAL

Equivest Finance, Inc.
TOUR MULTI-ANALYSIS REPORT

USER: EBROWN PAGE 0002

OFFICE / SALES TEAM

| | | APPTS BOOKED | TOURS SHOWED | TOURS QUAL | TOURS NQ | GROSS SLS | GROSS WKS | CANCELS SLS | CANCELS WKS | NET SLS | NET WKS | VOLUME GROSS | VOLUME CANCEL | VOLUME FDI | VOLUME NET | CLS% GRS | CLS% NET | EFFCY NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 RHODE ISLAND | | | | | | | | | | | | | | | | | | |
| | * INVALID | 657 | 77 | 56 | 21 | 2 | 2 | 0 | 0 | 2 | 2 | 15,700 | 0 | 0 | 15,700 | 4 | 3.6 | 280 |
| 101 | RHODE ISLA | 10 | 10 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| 13 | COCONUT MA | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| 13S | SUE ROSEN | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| 1J | JERRY POME | 288 | 285 | 266 | 19 | 22 | 22 | 4 | 4 | 18 | 18 | 294,900 | 47,100 | 0 | 247,800 | 8 | 6.8 | 931 |
| 1M | MIKE IVERS | 291 | 291 | 275 | 16 | 17 | 17 | 3 | 3 | 14 | 14 | 216,100 | 37,300 | 0 | 178,800 | 6 | 5.1 | 650 |
| 1S | SHIRLEY SC | 410 | 407 | 367 | 40 | 33 | 33 | 5 | 5 | 28 | 28 | 407,700 | 62,100 | 0 | 345,600 | 9 | 7.6 | 941 |
| | | 1658 | 1072 | 975 | 97 | 74 | 74 | 12 | 12 | 62 | 62 | 934,400 | 146,500 | 0 | 787,900 | 8 | 6.4 | 808 |
| | | 1658 | 1072 | 975 | 97 | 74 | 74 | 12 | 12 | 62 | 62 | 934,400 | 146,500 | 0 | 787,900 | 8 | 6.4 | 808 |

- .r 23

CONFIDENTIAL

FICE / SALES TEAM

| | | APPTS BOOKED | TOURS SHOWED | TOURS QUAL | TOURS NQ | GROSS SLS | GROSS WKS | CANCELS SLS | CANCELS WKS | NET SLS | NET WKS | VOLUME GROSS | VOLUME CANCEL | VOLUME PDI | VOLUME NET | CLS% GRS | CLS% NET | EFFCY NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 RHODE ISLAND | | | | | | | | | | | | | | | | | | |
| | * INVALID | 1055 | 185 | 135 | 50 | 2 | 2 | 1 | 1 | 1 | 1 | 37,800 | 18,900 | 0 | 18,900 | 1 | .7 | 140 |
| 1 | RHODE ISLA | 182 | 181 | 170 | 11 | 14 | 14 | 1 | 1 | 13 | 13 | 176,200 | 10,400 | 0 | 165,800 | 8 | 7.6 | 975 |
| 101 | RHODE ISLA | 10 | 10 | 10 | 0 | 1 | 1- | 1 | 1 | 0 | 2- | 10,400 | 10,400 | 0 | 0 | 10 | .0 | 0 |
| 1J | JERRY POME | 362 | 360 | 318 | 42 | 33 | 33 | 2 | 2 | 31 | 31 | 420,600 | 26,100 | 0 | 394,500 | 10 | 9.7 | 1240. |
| 1M | MIKE IVERS | 90 | 87 | 83 | 4 | 10 | 10 | 0 | 0 | 10 | 10 | 122,100 | 0 | 0 | 122,100 | 12 | 12.0 | 1471 |
| 1S | SHIRLEY SC | 400 | 397 | 356 | 41 | 39 | 39 | 9 | 9 | 30 | 30 | 464,650 | 118,600 | 0 | 346,050 | 11 | 8.4 | 972 |
| | | 2099 | 1220 | 1072 | 148 | 99 | 97 | 14 | 14 | 85 | 83 | 1,231,750 | 184,400 | 0 | 1,047,350 | 9 | 7.9 | 977 |
| | | 2099 | 1220 | 1072 | 148 | 99 | 97 | 14 | 14 | 85 | 83 | 1,231,750 | 184,400 | 0 | 1,047,350 | 9 | 7.9 | 977 |

CONFIDENTIAL

FFR-000166