# NOTICE OF CORRECTIVE ACTION

**EMPLOYEE'S NAME:** Shirley Schumacher **TODAY'S DATE:** June 14, 2002

**Type of Corrective Action (Circle one):** Verbal / Written / Termination

CONFIDENTIAL

**Date of Infraction:** noted during April & May 2002

- Please understand that a written step is the **most serious corrective action** taken just short of dismissal.
- Please note that repetition of this issue can lead to additional corrective action up to and including termination.

**WHAT HAPPENED?**

NOT ACCURATE JT

(~~Noted on repeated occasions failure to interview prospective sales reps~~) cover front desk assistant's duties, and had a number of occasions when sales reps requested another manager for a T.O.

Also, projects a negative image when sales goals are not being met.

**POLICY THAT WAS VIOLATED?** (JT)

~~Duties, as described in "Best Practices for Team Managers", require immediate improvement.~~

**REQUIRED IMPROVEMENT?**

Take proactive part in recruiting, training, and collateral duties such as front desk assignment, regular audio taping of representatives and review of tapes with them, and must be recognized as competent T.O. Must project positive image especially when sales goals are not being met.

Must review "Best Practices for Team Managers" manual to make sure that although being the T.O. is an important part of the job, she must also be a manager.

By signing below, I am simply acknowledging that I have read the above and understand it.

Shirley Schumacher

Signature of Employee Date

John McThomas 6/14/02

Signature of person who issued corrective action Date

Witness (as needed) Date

FFR-000341

C:\Documents and Settings\dvancouyghen\My Documents\JT\Notice of Corrective Action -ss6302.doc