# Personnel Action Form (PAF)

Fairfield Resorts

RECEIVED FEB 24 2004

CONFIDENTIAL

**Transaction Type:** LOA Begin

**Effective Date:** February 11, 2004

**Name:** Schumacher,Shirley
Last, First, Middle (as shown on Social Security Card)

**Social Security #:** 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

**WWID#:** 204914

**Hire Date:** 08/17/98

**Worksite # & Name:** 2231 - LONG WHARF,NEWPORT (SALES)

**Address:**
Street | Apt. # | City | State | Zip Code

**Home Phone:**

**If REHIRE, prior dates of service:**

*If source was an Employee Referral->* **Referring Employee's Name:**

**SS#**

**LOA Begin Date:** 02/11/04

**LOA Return Date:** 04/11/04

**Leave Type:** ~~Medical (non FMLA) (LO/LX)~~ LS

**Reason for Termination:**

**Last Day Worked:**

**Job Title:**

**Eligible for Rehire?**

**Why NO?**

| | |
|---|---|
| **Employment type:** | **Employment type:** |
| **Pay Class:** | **Pay Class:** |
| **Status:** | **Status:** |
| Hrs/week: | Hrs/week: |
| **Worksite #/Name:** | **Worksite #/Name:** |
| **Dept Code/Name:** | **Dept Code/Name:** |
| **Job Title:** Sales Associate | **Job Title:** |
| **Job Code:** | **Job Code:** |
| **Base Pay Rate:** per **Grade:** | **Base Pay Rate:** per hour **Grade:** #### |
| **Incentive Plan:** ☐ No ☐ Yes **Tip Eligible :** ☐ No ☐ Yes | **Incentive Plan:** ☐ No ☐ Yes **Tip Eligible :** ☐ No ☐ Yes |
| **Kronos Rule:** **Union Code:** | **Kronos Rule:** **Union Code:** |
| **Supervisor Name & Title** | **Supervisor Name & Title** |

☐ **Is Employee filling a NEW Supv Position? -** ***Attach list of employees reporting to this supervisor.***

☐ **Is Employee REPLACING an existing supv: Former Supervisor:**

**FFR-000314**

(Type in name and job title)

**Preparer** [signature] * Jan Weber **Date** 2-19-04

**1st Level Approval** Employee's Mgr/Supv [signature] * **Date** 2-19-04

**2nd Level Approval** Manager's Mgr [signature] * Joe Hutnick **Date** 2-19-04

***Email Address for PAFs = FairfieldHRPAF@fairfieldresorts.com***

**HUMAN RESOURCE USE ONLY** ENTERED FEB 25 2004 EK

**Lawson Input:**

3

 8427 SouthPark Circle, Orlando, FL 32819 Fax (407) 248-4184