**Subject:** Shirley Schumacher

**Start:** Sat 3/13/2004 12:00 AM
**End:** Sun 3/14/2004 12:00 AM
**Show Time As:** Free

**Recurrence:** (none)

T Goldstein came to me today asking me if I have heard from Shirley Schumacher. She asked because she spoke with Shirley, who told T that I haven't called her. She went on to say that she could not believe that I haven't called her, and that she was planning to sue Fairfield. For what reason I do not know. She just told T, who didn't want to go into detail, that she had it all planned and worked out. What I did not tell T is that we, myself included, have made several attempts to call Shirley but her phone was/is disconnected. We spoke with Bill Sbrocco, explaining to him the circumstances surrounding her leave. Shirley took her scheduled and approved vacation, and was to return to work, working as a Front-line rep on Dick McKenna's team. On the day of her return I came into work only to find an envelope with my name on it. Enclosed in the envelope was a doctors note stating that Shirley was to be out of work from this date to that date. Nothing else was enclosed. Again we tried to contact her several times with no success. That is when Bill suggested we send her a certified letter with a return receipt. The letter simply stated that she needed to contact us, and or TAP to follow the proper procedure for a medical leave of absence. It also went on to say that if she did not contact us or TAP that she would be terminated.

CONFIDENTIAL