**Date March 16, 2004**

**RE: Medical Leave of Absence Notification**

Dear ______Shirley Schumacher______,

You have requested a Medical Leave to commence on 2-11-2004 and end in an estimated _30_ days, on 4-11___. We also require that you and your physician complete the attached "Medical Certification" form. We will determine the length of approved leave based on the information provided on this form. Please note that the approval of the Medical Leave of Absence does not guarantee you any return to employment in your current position or an equivalent position.

In the event you do not return to work on the day your physician releases you to return to work, and do not receive an extension of your leave of absence, your employment will be administratively terminated on that day for failure to return from leave and treated as a voluntary termination. Your health and welfare benefits will end at the end of that month. You may reapply for employment with Cendant Corporation.

**What you should know:**

- A Medical Leave of Absence may be granted based on information provided on the Medical Certification form by your physician.
- A Medical Leave of Absence is an absence without pay.
- You must use your accrued and unused sick, vacation and personal days at the beginning of you medical leave, doing so will allow you to be compensated during a portion of your leave. Payroll can provide your current PTO accrued time.
- If you are maintaining health and welfare benefits during the leave, you are required to pay the employee portion of the premium payment.
- If you currently have an outstanding 401k loan, you are required to make loan repayments as stated in your amortization schedule.
- During your leave you are required to contact Fairfield Resorts Human Resources Representative and Supervisor/Manager every 15 days regarding your status and intention to return to work.
- Upon return to work, you must first present a "Fitness For Duty" form completed by your physician.
- If you require additional time, please contact me to arrange for a possible extension of your leave, however, Cendant is not obligated to grant such additional time and cannot guarantee that such a request will be granted.
- Your health and welfare benefits will continue through the duration of your approved leave. If you do not return to work, your health and welfare benefits will end on the last day of the month following the last day of the approved leave. Thereafter, you will be eligible to elect the following: COBRA health coverage, conversion of basic life insurance and port or convert supplemental life insurance. At that time Cendant will provide you with additional information regarding the continuation and termination of benefits.

If you require my assistance or have any questions, please call me at _401-845-1020_

Sincerely,

Jan Weber
Leave & Disability Coordinator
cc: Joe Hutnick

FFR-000336