# Continuous Performance Appraisal

**Employee Name:** Shirley Schumacher **Date of Hire:** ______

**Employee Position:** Sales Rep **Manager:** ______

CONFIDENTIAL

Type: P = Performance C = Conduct A = Attendance
Action: DWE = Discussed w/ Employee DO = Documented Only CC = Corrective Communication D = Dismissed

| Type | Action | Date | Performance Observations | Follow-up Date |
|---|---|---|---|---|
| DWE | | 3/30 | called Shirley - claims she | |
| | | | has forms for Se. will | |
| | | | see them on 9th & bring | |
| | | | back on 11th - advised OK. | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FFR-000335