CONFIDENTIAL

Jan,

My Doctor is maily you all the information you need I was to him Last wk.

Thank you

Shirley

**WICKFORD JUNCTION MEDICAL WALK-IN**

1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222

**JAMES D. GLOOR, M.D.**

**DISABILITY CERTIFICATE**

This is to certify that Shirley Schumacher Date 4-10-04

has been under my care for Sit. stress

and is / was unable to perform his / her regular job duties:

Total Disability: From 4/10/04 Through 5-11-04

Light Duty: From ____ Through ____

Restrictions: ____

Remarks: ____

Dr. James D. Gloor MD

FFR-000382