# Physician's Statement Of Fitness-For-Duty Release

Patient (Employee) Name: SHIRLEY N. SCHUMACHER Date:

[redacted]

Employee Position (copy of job description attached):

## Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee): Shirl Schumacher

Date Signed: 3-29-04

## Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04.

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? _____ Yes ✓ No

   Date patient (employee) is released to return to work: UNKNOWN.

3. Please describe any work-related physical and/or mental limitations. UNABLE TO FOCUS/CONCENTRATE; DECREASED [illegible]

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.

   N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

James D. Gloor, M.D.
Print or Type Physician's Name
Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
Street Address
North Kingstown, RI 02852

Physician's Signature: [signature]

City/State/Zip

Telephone Number (401) 294-8200

Mailed 4-16-04 YH