Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

CONFIDENTIAL

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

FFR-000379