Cendant

04/20/2004

EE

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

Dear SHIRLEY SCHUMACHER:

CORE, INC. has reviewed the documentation relating to the following dates of absence. After careful review, and based on the FMLA entitlement guidelines, the following determination has been made:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The request has been denied because CORE did not receive the family and medical leave certification form from the employee's provider.

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

| | | | | |
|---|---|---|---|---|
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The request has been denied because CORE did not receive the family and medical leave certification form from the employee's provider.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

Because you are denied, job protection under these entitlements does not apply.

You may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information.

Our office must receive the request via fax or mail on or before 04/26/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the document and proof of faxing/mailing for your records.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

E 202.0