UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER

vs. C.A. NO. 05-500T

FAIRFIELD RESORTS, INC., a foreign Corporation, doing business in RI; and CORE, INC., a foreign corporation, doing business in RI and A, B, C; unknown

DEPOSITION OF SHIRLEY SCHUMACHER, the Plaintiff in the above-entitled case, taken on behalf of the Defendant, Fairfield, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of Edwards Angell Palmer & Dodge, LLP, 2800 Financial Plaza, Providence, Rhode Island on May 22, 2006 at 10:00 A.M.

APPEARANCES:

FOR THE PLAINTIFF....M.L. SOLITRO & ASSOCIATES
BY: MICHAEL L. SOLITRO, ESQ.
553B DYER AVENUE
CRANSTON, RI 02920

FOR THE DEFENDANT....EDWARDS ANGELL PALMER & DODGE, LLP
(Fairfield)
BY: MARTIN W. ARON, ESQUIRE
51 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078

FOR THE DEFENDANT....VETTER & WHITE
(CORE)
BY: TIMOTHY M. BLISS, ESQUIRE
20 WASHINGTON PLACE
PROVIDENCE, RI 02903

Q. Could it have been CORE that you found that out from?
A. I don't know. It could be.
Q. After you found out -- after you decided not to apply for short-term disability benefits, did you ever speak with anyone at CORE regarding family medical leave?
A. I must have spoken to someone because they sent me applications, and I followed through on what I was supposed to on that.
Q. Who sent you applications?
A. I don't know. Whatever I received, I filled out and sent to the proper place.
Q. Did you receive applications from CORE or from Fairfield?
A. I can't tell you. I don't know.
Q. I'm going to show you the document that was marked as Exhibit 12, Defendant's Exhibit 12, that's the medical certification form completed in part by you and in part by Dr. Gloor?
A. Yes.
Q. Did you ever submit that document to CORE?
A. My physician submitted it. I did not. I don't know where he submitted it to.
Q. You don't know if he submitted it to CORE?

or after?

A. I don't recall.

Q. Why did you contact CORE?

A. I don't know.

Q. Do you know if you ever did contact CORE?

A. I spoke with someone at CORE at one time.

Q. How was that?

A. I don't remember all of the details.

Q. How did that contact come about? Did you contact them or did they contact you?

A. I don't remember.

Q. Did you apply for short-term disability benefits from CORE?

A. Short-term disability? No, I went with TDI.

Q. Did you ever discuss short-term disability benefits with CORE?

A. I found out how much I was going to get through short-term disability through Fairfield, and it was less money than I would get with TDI from the State, so I chose the TDI.

Q. How did you find out how much you would get from short-term disability benefits?

A. You know, I really can't be sure, but it could be that I may have found that out from Fairfield. I'm not sure.

Q. Did you talk to Mr. Hutnick at all?
A. No.
Q. Did you call anyone at Fairfield Resorts to let them know that you were going to need to be out for a leave of absence?
A. I had talked with Linda Weber (sic).
Q. When did you speak to Ms. Weber?
A. I don't specifically recall.
Q. What is Ms. Weber's title?
A. I believe she was the administration -- manager of admin.
Q. Was she somebody that you knew at the Newport facility?
A. No.
Q. Was she located at another facility?
A. No.
Q. She was at Newport?
A. Yes.
Q. But you didn't know her?
A. No.
Q. To your knowledge, was she someone that was responsible for administering leaves of absence?
A. I don't know.
Q. You didn't know. Did you submit any other forms in connection with taking a leave of absence?

Q. One of the options that he talked to you about was that you would --

A. He didn't talk to me about that then.

Q. I'm confused. Who talked to you before you went out on your leave of absence, Mr. Hutnick?

A. Joe Hutnick, yes.

Q. And you just said a few moments ago that Mr. Hutnick discussed with you the fact that he would be making some changes?

A. And he would discuss it with me when I come back.

Q. Did he discuss with you what the potential changes would be?

A. Not really, no.

Q. Did he tell you that you would no longer be a manager?

A. Yes.

Q. Did he tell you that he was considering having you work with Dick McKenna as a front line rep.?

A. No.

Q. Are you still in touch with Tea?

A. I think I heard from her about four months ago.

Q. Is she a friend of yours?

A. Somebody I've worked with for years, but

A. I just didn't.
Q. Did you have discussions with any of your co-workers about Mr. Hutnick?
A. I had mentioned what he did to me to a couple of workers.
Q. Was that Dave Lemlar, L-e-m-l-a-r?
A. Yes.
Q. Anyone else?
A. I believe Coppa heard, I believe he heard some of what went on because his table was there.
Q. Where did this discussion take place when you say --
A. In the sales office.
Q. It was in the sales office?
A. In the sales lounge.
Q. That was the discussion you were talking about earlier where you believe Mr. -- from your observations that Mr. Hutnick was angry and called you an offensive name?
A. Correct.
Q. Now you had a scheduled vacation at the end of January of 2004; is that correct?
A. Yes.
Q. You were going to Florida?
A. Yes.