worked 1224 hours in the past 12 months. Please note this information is needed to determine the employee's eligibility for federal and state FMLA entitlements. In accordance with FMLA law, the employee will be deemed eligible for this absence if CORE does not receive due reply within two business days from the date of this request. Thanks & Regards.

2/19/2004 01:25 P.M. created by MATT HEMEON

EE works T-Th, Sa-Su: 9-5p

2/19/2004 11:20 A.M. created by KELLY MORRISON

TCF EE to advise her address has been changed to 478 Pergatory Rd Middleton, RI 02824.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant_inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 201.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 202.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 204.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 204.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 202.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant_inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 201.0 has been sent to cendant_inbox@coreinc.com.

* Note - EE's call in absence via TAP center, so no support for date called in. Assumption is 2/19, which generated the letter