**WICKFORD JUNCTION MEDICAL WALK-IN**
1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222
**JAMES D. GLOOR, M.D.**

**DISABILITY CERTIFICATE**

Date 2-11-04

This is to certify that Shirley Schumacher
has been under my care for Medical Reason
and is / was unable to perform his / her regular job duties:
Total Disability: From 2-11-04 Through 4-11-04
Light Duty: From ______ Through ______
Restrictions: ______

Remarks: ______

Dr. James Gloor MD/[illegible]

#13140 — ©Medical Arts Press® 1-800-328-2179

**WICKFORD JUNCTION MEDICAL WALK-IN**
1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222
**JAMES D. GLOOR, M.D.**

**DISABILITY CERTIFICATE**

Date 4-10-04

This is to certify that SHirLey Schumacher
has been under my care for Sit. stress
and is / was unable to perform his / her regular job duties:
Total Disability: From 4/10/04 Through 5-11-04
Light Duty: From ______ Through ______
Restrictions: ______

Remarks: ______

Dr. James D Gloor MD[illegible]

CONFIDENTIAL