Cendant

02/25/2004

EE

SHIRLEY SCHUMACHER
478 PURGATORY ROAD
MIDDLETON, RI 02824

Dear SHIRLEY SCHUMACHER:

Your reported absence beginning 01/31/2004 is being reviewed for short-term disability benefit(s). CORE, INC. has reviewed these dates for possible job protection under your available family and medical leave entitlements(s).

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

BRO 0007

| | | | | |
|---|---|---|---|---|
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

If you have been found ineligible for any entitlement, you or your manager may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information.

Our office must receive the request via fax or mail, on or before 03/02/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the request and proof of mailing/faxing for your records.

If you are eligible, the family and medical leave entitlement will run concurrently with any approved disability absence. The enclosed document describes your rights and responsibilities under the family and medical leave entitlement(s) to which you are entitled. You have no further obligation to provide clinical documentation for FMLA as long as your absence is being reviewed for or is approved for short term disability benefits. If your short-term disability is not approved for the full length of your absence, the attached certification form must be completed by your physician and returned to CORE within 7 business days of the STD decision.

You are responsible for communicating with your manager throughout any absence, especially if there is a cancellation, extension or change to any approved period of absence.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626 or log onto our Web site at www.coreworkability.com if you have access.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
901 Washington Ave. Suite 103
Portland, ME 04103
Phone: 1-866-537-7626
Fax: 1-207-228-2947

Enc. Family and medical leave certification form
Rights and responsibilities

E 501.0