# Medical Certification Form

PLEASE PRINT CLEARLY

CONFIDENTIAL

**EMPLOYEE** to complete **SECTION A**: Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

**Reason for Leave:**

☒ A serious health condition that makes you unable to perform the essential functions of your job.

☐ A serious health condition affecting your family member for which you are needed to provide care.

_______________ / _______________ / _______________

Full Name of Relative / Relationship to Employee / If child, Date of Birth

☐ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___
I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.

☐ Does this employer also employ your spouse? yes ☐ no ☒

If YES, then: Name of Spouse _______________ Spouse's SS# or ID # _______________

☐ Pregnancy Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2/18/04 through 05/11/04 Expected (actual if known) return to work on ___/___/___

**OR**

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ___/___/___

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member** (**if absence is to care for the family member over 18**) _______________ Date 3/30/04

**Signature of Employee** Shirley Schumacher Date 3/30/04

**HEALTH CARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as**: The inability to perform one or more job functions OR perform regular daily activities due to a serious health condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

☐ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___

☐ **Pregnancy:** Any period of **incapacity** due to pregnancy or for prenatal care. EDC ___/___/___

☒ **Absence Plus Treatment (Acute)** The period of **incapacity** exceeds three (3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)

☐ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of **incapacity**.

☐ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)

☐ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **incapacity** of more than 3 consecutive calendar days without medical treatment of intervention)

☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee.

2. Patient was last seen on 04/10/04 **Next scheduled appointment** 05/11/04

FFR-000309

CONFIDENTIAL

3. **Treatment:**
Follow-up treatments are scheduled to commence on 4 / 10 / 04 through ___/___/___

The treatment is WEEKLY times per — MONTHLY (day, week, month).

The approximate length of the actual treatment is 1 HR. (minutes, hours).

4. **Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**
PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

5. **Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
MEDICAL FACTS: PATIENT IS AGITATED ; UNABLE TO FOCUS ; INCREASED SITUATIONAL STRESS . RECENT DEATH OF SPOUSE

**Choose One:**

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
yes [x] no [ ]
- If leave is to care for a child over the age of 18, is the child **incapable** of self-care in three or more of the activities of daily living?
yes [ ] no [ ]
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort?
yes [ ] no [ ]

6. **You are providing medical certification for: Choose One**

[x] **The current absence only:** Starting 02/ 08/ 04 and Ending ___/___/___. May return to work on: UNKNOWN ___/___/___

[ ] **The current absence from** ___/___/___ to ___/___/___ **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ________ times per ____________ (7 days, 30 days, 6 months), each absence lasting approximately ____________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

[ ] **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ________ times per ____________ (7 days, 30 days, 6 months) each absence lasting approximately ____________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

I (Health Care Provider's Signature) [signature] **certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or at the expected frequency I have entered above.** Date Signed 04 / 12 / 04

Health Care Provider's Printed Name **James D. Gloor, M.D.** Specialty GENERAL MEDICINE

Health Care Provider's Address **Wickford Junction Medical Walk-In**
**1051 Ten Rod Road, Unit B-2/10**
**North Kingstown, RI 02852**

Health Care Provider's Phone Number (401) 294 - 8200 Health Care Provider's Fax Number (401) 294 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. **INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE.** This may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 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

Employer: Fairfield Resorts Inc