UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER }
Plaintiff, }
v.
}
FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and }
CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown, }
Defendants, }

CIVIL ACTION NO. 05-500T

**STATEMENT OF DISPUTED MATERIAL FACTS IN OPOSITION TO DEFENDANT CORE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56, Plaintiff Shirley Schumacher ("Schumacher") submits the following Statement of Disputed Material Facts in support of her Objection to Defendant Core Inc's. ("Core") Motion for Summary Judgment.

1. Schumacher denies the allegation in paragraph 12 of Core's Statement of Undisputed Facts ("Core's Statement") and states that Core's letter of February, 25 2004 advised her that her "family and medical leave entitlements would run concurrently with any approved disability absence".("Schumacher Affidavit") ¶ 4, Exhibit 4; attached hereto as Exhibit A)

2. Schumacher denies the alleged facts in paragraph 13 of Core's Statement and states that she did not return a Medical Leave Certification Form to Core because Fairfield had authorized her leave after receiving her Disability Certificate. That Fairfield provided her with a Medical Certification Form to be completed and returned. (Schumacher Affidavit, Exhibit 10)

3. Schumacher denies the alleged facts in paragraph 14 of Core's Statement and states that she did not receive a letter dated April 20, 2004 regarding her denial of FMLA benefits and therefore was not advised by Core of her ability to appeal. (Schumacher Affidavit, ¶ 6 Exhibit, 6)

Plaintiff Shirley Schumacher
By her Attorneys

Keven A. McKenna (For MLS)
Keven A. McKenna #662
McKenna Law, PC
23 Acorn Street
Providence, Rhode Island 02903
(401) 273-8200

and

Michael L. Solitro *(Admitted Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877

DATE; August 10, 2006