IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SHUMACHER
Plaintiff,

v.

FAIRFIELD RESORTS, INC., a foreign Corp. doing business in R.I., Core, Inc. a foreign corp. doing business in R.I., and A, B, C. unknown and unascertained defendants whose identities may or shall become known, each as their interest may or shall appear,
Defendants.

C.A. No. 05-500T

**CORE, INC.'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Defendant CORE, Inc. ("CORE") moves pursuant to Local Rule 29(b) for an extension to September 7, 2006 in which to file its reply to plaintiff's objection to CORE's motion for summary judgment.

CORE submits herewith a supporting memorandum of law.

/s/ Timothy M. Bliss
Brooks R. Magratten, Esq., #3585
bmagratten@vetterandwhite.com
Timothy M. Bliss, Esq., #6228
tbliss@vetterandwhite.com
VETTER & WHITE
Attorneys for Defendant CORE, Inc.
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 18, 2006

**CERTIFICATE OF SERVICE**

To:

Kevin A. McKenna, Esq.
Kevin A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

John D. Doran, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

Martin W. Aron, Esq.
Edwards Angell Palmer & Dodge LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5066

I hereby certify that I electronically filed the within Core, Inc.'s Motion For Extension of Time to Reply to Plaintiff's Objection to Motion For Summary Judgment on August 18, 2006. The Motion is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 18, 2006 I had caused to be served on above counsel the within Motion by mailing first class mail, postage prepaid.

/s/ Timothy M. Bliss

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY SHUMACHER<br>Plaintiff,<br>v.<br><br>FAIRFIELD RESORTS, INC., a foreign Corp. doing business in R.I., Core, Inc. a foreign corp. doing business in R.I., and A, B, C. unknown and unascertained defendants whose identities may or shall become known, each as their interest may or shall appear,<br>Defendants. | C.A. No. 05-500T |

**MEMORANDUM IN SUPPORT OF DEFENDANT CORE, INC.'S MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGMENT**

Defendant CORE, Inc. ("CORE") moves to extend the time to September 7, 2006 in which to file its reply to plaintiff's objection to CORE's motion for summary judgment.

CORE requests that the Court grant this motion to allow it additional time in which to obtain an affidavit from a CORE employee who is currently on vacation. CORE submits that the affidavit is necessary for it to properly respond to plaintiff's objection. Counsel for CORE has spoken with plaintiff's counsel, both of whom have indicated that they have no objection to this motion.

/s/ Timothy M. Bliss

Brooks R. Magratten, Esq., #3585
bmagratten@vetterandwhite.com
Timothy M. Bliss, Esq., #6228
tbliss@vetterandwhite.com
VETTER & WHITE
Attorneys for Defendant CORE, Inc.
20 Washington Place
Providence, RI 02903
(401) 421-3060
(401) 272-6803 FAX

Dated: August 18, 2006

**CERTIFICATE OF SERVICE**

To:

Kevin A. McKenna, Esq.
Kevin A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

John D. Doran, Esq.
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

Martin W. Aron, Esq.
Edwards Angell Palmer & Dodge LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5066

I hereby certify that I electronically filed the within Memorandum in Support of Defendant Core's Motion For Extension of Time to Reply to Plaintiff's Objection to Motion For Summary Judgment on August 18, 2006. The Memorandum is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above listed counsel of record has been effectuated by electronic means. In addition the undersigned certifies that on August 18, 2006 I had caused to be served the within Memorandum by mailing first class mail, postage prepaid.

/s/ Timothy M. Bliss