UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 05-500-T |
| | : | |
| FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing business in RI; and A,B,C: Unknown, | : | |
| | : | |
| Defendants. | : | |

**FAIRFIELD RESORTS, INC.'S ASSENTED TO MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Pursuant to Federal Rule of Civil Procedure Rule 6(b)(1) and Local Rule 7, Defendant Fairfield Resorts Inc. ("Fairfield") hereby moves for an enlargement of time in which to file a reply to Plaintiff's Opposition to Fairfield's Motion for Summary Judgment until September 7, 2006. In support of this motion, Fairfield states that this brief extension of time is necessary in order to adequately respond to the arguments raised by Plaintiff in her Opposition. Furthermore, this extension will not delay the proceedings as the Court has granted the parties until September 8, 2006, in which to file a supplement to their respective statement of facts. Plaintiff's counsel assents to this motion.

FAIRFIELD RESORTS, INC.

By its Attorneys,

/s/ John Doran ______________________________
John D. Doran (#6415)
EDWARDS ANGELL PALMER & DODGE, LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611

Martin W. Aron (*Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER & DODGE, LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel. 973- 376-7700
Telecopy 973-376-3380

**Certificate of Service**

I hereby certify that on the 18th day of August 2006 a copy of the foregoing Assented to Motion for Enlargement of Time to File Reply Brief was served electronically through the ECF system on the following counsel of record:

Keven A. McKenna, Esq.
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903

Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, RI 02920

Brooks Magratten, Esq.
Timothy Bliss, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

__/s/ John Doran____________________________