# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHIRLEY SHUMACHER<br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESORTS, INC., a foreign Corp. doing business in R.I., Core, Inc. a foreign corp. doing business in R.I., and A, B, C. unknown and unascertained defendants whose identities may or shall become known, each as their interest may or shall appear,<br>Defendants. | C.A. No. 05-500T |

STATE OF MAINE )
) ss:
COUNTY OF CUMBERLAND )

**SUPPLEMENTAL AFFIDAVIT OF ANDREW J. BERNSTEIN**

I, Andrew J. Bernstein, being duly sworn, states:

1. I am over the age of 18 years and am a resident of Cape Elizabeth, Maine. I have personal knowledge of the matters stated in this affidavit and, if called as a witness, could and would competently testify thereto.

2. I have been employed by CORE since 2001. I am currently employed as its Vice President, General Counsel.

3. It is CORE's regular practice to permit an individual to appeal the denial of a request for leave pursuant to the FMLA (an "Appeal") within six days after a letter is sent to the individual notifying him or her of the denial.

4. On April 20, 2004, CORE sent correspondence to Shumacher advising her that her request for Leave had been denied. The April 20th letter to Shumacher also stated, "You may request administrative review of this decision by submitting the request *in writing* to CORE,

along with any substantiating information. Our office must receive the request via fax or mail on or before 4/26/2004" (emphasis in original).

5. The right to request administrative review explained in CORE's April 20th letter to Shumacher was consistent with CORE's regular practice regarding appeals from the denial of a request for leave pursuant to the FMLA.

I declare under penalty of perjury that the foregoing is true and correct.

________________________

Subscribed and sworn to before me this 25 day of August, 2006.

________________________

NOTARY PUBLIC

My Commission Expires Donna L. Karkos, Notary Public
~~State of~~ Maine
My Commission Expires 9/1/2008