# Exhibit B

A. Yes.
Q. That means she would have been unable to return to work before September 13th?
A. Correct.
Q. And going ahead a couple of more records to the record of July 29, 2005?
THE WITNESS: September 20th?
MR. DORAN: July 29th.
THE WITNESS: I am not finding July.
MR. DORAN: This is '05.
THE WITNESS: Yes, I'm sorry.
Q. Now, on the top section where it says the patient information such as Ms. Schumacher's name; do you see that?
A. Yes.
Q. And there, the employer is listed as retired?
A. Yes.
Q. And in all of the previous records, the employer was listed Eastern Resorts?
A. Yes.
Q. Would that have been self-reported by Ms. Schumacher?
A. Yes.
Q. Now, I told you this was a collection of your medical records that I put together, and there appears to be a large gap between September 20th, 2004 and July 29th,

*Wickford Junction Medical Walk-In*
*1051 Ten Rod Road*
*North Kingstown, RI 02852*
*Phone: (401) 294-8200 Fax: (401) 294-8222*
*James D. Gloor, MD*

DEFENDANT'S EXHIBIT G
Dr. Gloor
LS NP 6/9/06

Date of Request: 3-1-04

Patient: Shirley Schumacher

I hereby authorize Wickfor Junction to release:

- [x] Medical Records
- [x] X-rays
- [x] Laboratory Results
- [x] Machine Tests
- [x] Other

To: Core Workability

For the Purpose of: ______

______
(Patient, parent or guardian) Date

______
(Witness) Date

Pt prefers to not have the core workability forms faxed out as 3/1/04