# EXHIBIT A

UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER<br><br>Plaintiff,<br>v.<br><br>FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown,<br><br>Defendants, | }<br>}<br>}<br>}<br>}<br>} | CIVIL ACTION NO. 05-500T |

**AFFIDAVIT OF PLAINTIFF SHIRLEY SCHUMACHER IN SUPPORT OF HER OBJECTION TO CORE INC.'S MOTION FOR SUMMARY JUDGMENT**

I Shirley Schumacher on oath, depose and says as follows:

1. I am a resident of the State of Rhode Island I am over twenty-one years of age and give this affidavit of my own free will. I have personal knowledge of the information contained in this affidavit.

2. On February 19, 2004 I notified Core that my address had been changed to Purgatory, Rd. Middletown Rhode Island. Annexed hereto as Exhibit 1 a true copy of an electronic event log recording my call produced by Core. Bates Numbered BRO-0002

3. That I submitted a medical Disability Certificate to Fairfield Dated February 11, 2004. Annexed hereto as Exhibit 2 is a true copy produced by Fairfield. Bates Numbered FFR-000020

4. That I was placed on authorized leave by Fairfield as of February 11, 2004 through April 11, 2004. Annexed hereto as Exhibit 3 is a true copy produced by Fairfield. Bates Numbered FFR-0000314

5. Annexed hereto as Exhibit 4 is a true copy of the Core Letter Dated February 25, 2004 informing me that "family and medical leave entitlements will run concurrently with any approved disability absence". Bates Numbered BRO-0007-BRO-0008

6. On February 26, 2004 I contacted core to inform them that I was not making application for short term disability through Core. That I elected instead to receive disability benefits from State of Rhode Island. Annexed hereto as Exhibit 5 is a true copy of an electronic event log recording my call produced by Core. Bates Numbered BRO- 00050

7. Core advised me it would get back to me regarding my short-term disability status. (Exhibit 5, annexed hereto)

8. I did not make application for short term disability to Core.

9. I did not have any further contact with Core until I contacted it on April 30, 2004. (Exhibit 5, annexed hereto)

10. I was not informed by Core that my application for FMLA had been denied. Core's letter of April 20, 2004 was mailed to the wrong address and I did not receive it. Annexed hereto is a true copy of that letter produced by Core. Bates Numbered BRO 00017 ( Exhibit, 6 attached hereto)

11. Fairfield notified me of my denial of FMLA leave by letter Dated April 21, 2004. Bates Numbered FFR-000379 (Exhibit 7, attached hereto)

12. I contacted Core on May 6, 2004 to appeal my denial and was advised of appeal process. ( Exhibit, 5 annexed hereto)

13. Annexed hereto is a copy of my appeal to Core. Bates Numbered BRO 00041 -00045 (Exhibit, 8 )

14. Annexed hereto is a copy of the denial of my appeal by Core also mailed to the wrong address Bates Numbered BRO 00029 - BRO00030 (Exhibit, 9)

15. Annexed hereto is a true copy of the Medical Certification Form submitted to Fairfield. Bates Numbered FFR- 000309 - FFR000310 (Exhibit, 10)

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Shirley Schumacher
Shirley Schumacher

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

Subscribed and sworn to before me this 19th day of ~~August~~ September, 2006

Michael L. Solitro
Notary Public

My Commission Expires 8/31/07
ID# 33940

# EXHIBIT 1

worked 1224 hours in the past 12 months. Please note this information is needed to determine the employee's eligibility for federal and state FMLA entitlements. In accordance with FMLA law, the employee will be deemed eligible for this absence if CORE does not receive due reply within two business days from the date of this request. Thanks & Regards,

2/19/2004 01:25 P.M. created by MATT HEMEON

EE works F-Th, Sa-Su: 9-5p

2/19/2004 11:20 A.M. created by KELLY MORRISON

✓ TCF EE to advise her address has been changed to 478 Pergatory Rd Middleton, RI 02824.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 201.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 202.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 204.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 204.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 202.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 201.0 has been sent to cendant inbox@coreinc.com.

* Note - EE's call in absence via TAP center, so no support for date called in. Assumption is 2/19, which generated the letter

# EXHIBIT 2

**WICKFORD JUNCTION MEDICAL WALK-IN**
1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222
**JAMES D. GLOOR, M.D.**

## DISABILITY CERTIFICATE

Date 2-11-04

This is to certify that Shirley Schumacher
has been under my care for Medical Reason
and is / was unable to perform his / her regular job duties:

Total Disability: From 2-11-04 Through 4-11-04
Light Duty: From ____ Through ____
Restrictions: ____

Remarks: ____

Dr. James Gloor MD/[illegible]

#13140 — ©Medical Arts Press® 1-800-328-2179

**WICKFORD JUNCTION MEDICAL WALK-IN**
1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222
**JAMES D. GLOOR, M.D.**

## DISABILITY CERTIFICATE

Date 4-10-04

This is to certify that SHirLey Schumacher
has been under my care for Sit. stress
and is / was unable to perform his / her regular job duties:

Total Disability: From 4/10/04 Through 5-11-04
Light Duty: From ____ Through ____
Restrictions: ____

Remarks: ____

Dr. James D Gloor MD[illegible]

CONFIDENTIAL

FFR-000020

# EXHIBIT 3

# Personnel Action Form (PAF)

Fairfield Resorts

RECEIVED FEB 24 2004

CONFIDENTIAL

**Transaction Type:** LOA Begin

**Effective Date:** February 11, 2004

**Name:** Schumacher,Shirley
Last, First, Middle (as shown on Social Security Card)

**Social Security #:** 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 **WWID#:** 204914

**Hire Date:** 08/17/98

**Worksite # & Name:** 2231 - LONG WHARF,NEWPORT (SALES)

**Address:**
Street Apt. # City State Zip Code

**Home Phone:**

**If REHIRE, prior dates of service:**

*If source was an Employee Referral->* **Referring Employee's Name:**

**SS#**

**LOA Begin Date:** 02/11/04

**LOA Return Date:** 04/11/04

**Leave Type:** ~~Medical (non FMLA) (LO/LX)~~ LS

**Reason for Termination:**

**Last Day Worked:** **Job Title:**

**Eligible for Rehire?**

**Why NO?**

| CURRENT INFORMATION (FROM or New hire/Rehire) | | NEW INFORMATION (TO) | |
|---|---|---|---|
| Employment type: | | Employment type: | |
| Pay Class: | | Pay Class: | |
| Status: | | Status: | |
| Hrs/week: | | Hrs/week: | |
| Worksite #/Name: | | Worksite #/Name: | |
| Dept Code/Name: | | Dept Code/Name: | |
| Job Title: | Sales Associate | Job Title: | |
| Job Code: | | Job Code: | |
| Base Pay Rate: | per | Base Pay Rate: | per hour |
| Grade: | | Grade: | #### |
| Incentive Plan: | ☐ No ☐ Yes | Incentive Plan: | ☐ No ☐ Yes |
| Tip Eligible : | ☐ No ☐ Yes | Tip Eligible : | ☐ No ☐ Yes |
| Kronos Rule: | | Kronos Rule: | |
| Union Code: | | Union Code: | |
| Supervisor Name & Title | | Supervisor Name & Title | |

☐ **Is Employee filling a NEW Supv Position?** - *Attach list of employees reporting to this supervisor.*

☐ **Is Employee REPLACING an existing supv: Former Supervisor:**

FFR-000314

(*Type in name and job title)

| | | |
|---|---|---|
| **Preparer** | [signature] * Jan Weber | Date 2-19-04 |
| **1st Level Approval** Employee's Mgr/Supv | [signature] * | Date 2-19-04 |
| **2nd Level Approval** Manager's Mgr | [signature] * Joe Hutnick | Date 2-19-04 |

*Email Address for PAFs = FairfieldHRPAF@fairfieldresorts.com*

**HUMAN RESOURCE USE ONLY**

**Lawson Input:**

ENTERED FEB 25 2004 EK

3

# EXHIBIT 4

Cendant

02/25/2004

EE

SHIRLEY SCHUMACHER
478 PURGATORY ROAD
MIDDLETON, RI 02824

Dear SHIRLEY SCHUMACHER:

Your reported absence beginning 01/31/2004 is being reviewed for short-term disability benefit(s). CORE, INC. has reviewed these dates for possible job protection under your available family and medical leave entitlements(s).

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

BRO 0007

| | | | | |
|---|---|---|---|---|
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

If you have been found ineligible for any entitlement, you or your manager may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information.

Our office must receive the request via fax or mail, on or before 03/02/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the request and proof of mailing/faxing for your records.

If you are eligible, the family and medical leave entitlement will run concurrently with any approved disability absence. The enclosed document describes your rights and responsibilities under the family and medical leave entitlement(s) to which you are entitled. You have no further obligation to provide clinical documentation for FMLA as long as your absence is being reviewed for or is approved for short term disability benefits. If your short-term disability is not approved for the full length of your absence, the attached certification form must be completed by your physician and returned to CORE within 7 business days of the STD decision.

You are responsible for communicating with your manager throughout any absence, especially if there is a cancellation, extension or change to any approved period of absence.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626 or log onto our Web site at www.coreworkability.com if you have access.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
901 Washington Ave. Suite 103
Portland, ME 04103
Phone: 1-866-537-7626
Fax: 1-207-228-2947

Enc. Family and medical leave certification form
Rights and responsibilities

E 501.0

# EXHIBIT 5

| | | | | |
|---|---|---|---|---|
| 05/18/2004 10:25:16 | Unknown | Fax | Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF Task to CO, fwd to FML inbox. | Incoming |
| 05/06/2004 14:24:26 | Inquiry | Phone | TCF EE to ask about appeal informed of denial and appeal process | Incoming |
| 04/30/2004 13:24:36 | Inquiry | Phone | TCF EE stating that she does not understand why she was denied by CORE because she did not request disability thru CORE. EE states that she was paid her full salary thru RI disability. EE states that she has been administratively termed at this time. Advised EE per AM that she does not need to have STD thru CORE if she is already receiving full pay thru RI. | Incoming |
| 04/19/2004 16:47:34 | Inquiry | Fax | | Outgoing |
| 03/08/2004 08:45:13 | Notification | Letter | Cendant No Response Denial | Outgoing |
| 02/27/2004 08:11:32 | Follow Up Call | Phone | TCT EE to inform that CORE needs to follow STD claim even though EE has rec'd RI State Dis. No answer and unable to leave message. | Outgoing |
| 02/27/2004 07:12:29 | Case Owner | Fax | Brenda Mower Tebo | Outgoing |
| 02/26/2004 06:34:03 | Notification | Phone | TCF EE stating that she does not want CORE to manage her claim and that she has already been approved to rec'v RI state benefits. Advised EE that CORE manages claim and offsets RI benefit. EE states that she doesn't want CORE following claim. Advised EE will check with AM regarding issue and have AM contact her. | Incoming |
| 02/20/2004 10:58:30 | Unknown | Fax | fax to ap office. Facsimile Transmittal To: Dr. Gloor ` Fax: 401-294-8222 From: Brenda Mower-Teboe RN BA BSN Fax: 207-228-2947 Phone: 877-489-9782, Ext. 2452 Date: 02/20/2004 Pages (including cover): 4 RE: Shirley Schumacher ma ☐ Urgent ☐ For Review ☐ Please C... | Outgoing |
| 02/20/2004 10:52:27 | Notification | Letter | Cendant APS EE | Outgoing |
| 02/20/2004 10:51:20 | Unknown | Phone | attempted to call ee. phone not in service. | Outgoing |
| 02/20/2004 10:50:52 | Unknown | Phone | tct ap office. sw cindy. requesting faxed request and mr 401-294-8222. | Outgoing |

# EXHIBIT 6

Cendant

04/20/2004

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT RI 02840

Dear SHIRLEY SCHUMACHER

CORE, INC has reviewed the documentation relating to the following dates of absence After careful review, and based on the FMLA entitlement guidelines, the following determination has been made:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason The request has been denied because CORE did not receive the family and medical leave certification form from the employee's provider

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

# EXHIBIT 7

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

FFR-000379

# EXHIBIT 8

I wish to appeal
This decision.

On April 21. 04 I received the
enclosed letter, which was sent
to old address & didn't receive
till much later.

I Spoke with Core in Feb
And informed them I had chosen
to go with T.D.I. Instead of
FMLA. Therefore not using my
disability through Fairfield.
However see att on 4-6-04
a Physicians Statement was sent
to Fairfield (see Att) also doctors
Certificates where sent to my Employer
I am out of work due to stress
and should not be discharged on
these reasons. I need my Coverage
because of my Illness. I feel
I should be reinstated & my benefits
in tact. I spoke with TDI &
they claim I should not be
discharged for the reasons given
& in the State of R.I you cannot
play double advocates.

Therefor I wish to appeal
your decission,

Thank you,
Shel Schumacher

# Physician's Statement Of Fitness-For-Duty Release

Patient (Employee) Name: Shirley N. Schumacher Date:

Employee Position (copy of job description attached):

## Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee): [signature]

Date Signed: 3-29-04

## Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? ____ Yes ✓ No

   Date patient (employee) is released to return to work: Unknown

3. Please describe any work-related physical and/or mental limitations: Unable to focus/concentrate; decreased flow

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.
   N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

Print or Type Physician's Name: James D. Gloor, M.D.

Physician's Signature: [signature]

Street Address: Wickford Junction Medical Walk-In, 1051 Ten Rod Road, Unit B-2/10

City/State/Zip: North Kingstown, RI 02852

Telephone Number: (401) 294-8200

3. **Treatment:**

Follow-up treatments are scheduled to commence on 4/10/04 through UNKNOWN __/__/__.

The treatment is WEEKLY times per – MONTHLY (day, week, month).

The approximate length of the actual treatment is 1 HR. (minutes, hours).

4. **Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**

PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

5. **Provide the medical facts that support your identification of this illness as a serious health condition as defined.**

MEDICAL FACTS: PATIENT IS AGITATED; UNABLE TO FOCUS; INCREASED SITUATIONAL STRESS - RE: DEATH OF SPOUSE

Choose One:

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
  yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child incapable of self-care in three or more of the activities of daily living?
  yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort?
  yes ☐ no ☐

6. You are providing medical certification for: Choose One

☑ The current absence only: Starting 02/08/04 and Ending __/__/__. May return to work on: UNKNOWN __/__/__.

☐ **The current absence from** __/__/__ to __/__/__ **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months), each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from __/__/__ through __/__/__

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months) each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from __/__/__ through __/__/__

I (Health Care Provider's Signature) [signature] certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or the expected frequency I have entered above. Date Signed 04/12/04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 884 - 8000 Health Care Provider's Fax Number (401) 884 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE. may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 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

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7620. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

# Medical Certification Form

PLEASE PRINT CLEARLY

EMPLOYEE to complete SECTION A: Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

Reason for Leave:

☒ A serious health condition that makes you unable to perform the essential functions of your job.

☐ A serious health condition affecting your family member for which you are needed to provide care.

_____ / _____ / _____

Full Name of Relative — Relationship to Employee — If child, Date of Birth

☐ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___
I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoptio

☐ Does this employer also employ your spouse? yes ☐ no ☒

If YES, then: Name of Spouse _____________ Spouse's SS# or ID # _____________

☐ Pregnancy Estimated Date of Delivery ___/___/___

DATES OF ABSENCE

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2/8/04 through 05/11/04 Expected (actual if known) return to work on ___/___

OR

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___

I have not been absent for this condition at this time. Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

Signature of Family Member (If absence is to care for the family member over 18) _____________ Date 3/30/04

Signature of Employee [signature] Date 3/30/04

HEALTH CARE PROVIDER to complete SECTION B:

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

INCAPACITY is defined as: The inability to perform one or more job functions OR perform regular daily activities due to a serious hea condition, treatment for the condition or recovery from the condition. PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

☐ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.

☐ **Pregnancy:** Any period of **Incapacity** due to pregnancy or for prenatal care. EDC ___/___/___

☑ **Absence Plus Treatment (Acute)** The period of **incapacity** exceeds three (3) consecutive calendar days and involves treatment two (2 or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)

☐ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of **Incapacity**.

☐ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)

☐ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **Incapacity** of mor than 3 consecutive calendar days without medical treatment of intervention)

☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee

BRO 00045

# EXHIBIT 9

Cendant

05/25/2004

EE

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

Dear SHIRLEY SCHUMACHER:

CORE, INC. has received your request for reconsideration of a previously denied request. CORE has reviewed the additional information supplied and is unable to overturn its earlier decision for the following absences:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame.

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

BRO 00029

| | | | | |
|---|---|---|---|---|
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame. ~~[illegible]~~ Appeal was due 4.26.04. EE submitted on 5/14

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

Because you are denied, job protection under these entitlement(s) does not apply

No further opportunity to reconsider these denials will be offered based on CORE's agreement with Cendant.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626.

Thank you.

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

E 204.0

# EXHIBIT 10

# Medical Certification Form

PLEASE PRINT CLEARLY

CONFIDENTIAL

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

**Reason for Leave:**

☒ A serious health condition that makes you unable to perform the essential functions of your job.

☐ A serious health condition affecting your family member for which you are needed to provide care.

_______________ / _______________ / _______________

Full Name of Relative — Relationship to Employee — If child, Date of Birth

☐ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___.
I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.

☐ Does this employer also employ your spouse? yes ☐ no ☒

If YES, then: Name of Spouse _______________ Spouse's SS# or ID # _______________

☐ Pregnancy Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2 / 8 / 04 through 05 / 11 / 04 Expected (actual if known) return to work on ___/___/___

OR

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ___/___/___

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member** (**if absence is to care for the family member over 18**) _______________ **Date** 3/30/04

**Signature of Employee** Shirley Schumacher **Date** 3/30/04

**HEALTH CARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as:** The inability to perform one or more job functions OR perform regular daily activities due to a serious health condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

☐ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.

☐ **Pregnancy:** Any period of **incapacity** due to pregnancy or for prenatal care. EDC ___/___/___

☑ **Absence Plus Treatment (Acute)** The period of **incapacity** exceeds three (3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)

☐ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of **incapacity**.

☐ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)

☐ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **incapacity** of more than 3 consecutive calendar days without medical treatment of intervention)

☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee.

2. **Patient was last seen on** 04 / 10 / 04 **Next scheduled appointment** 05 / 11 / 04

CONFIDENTIAL

3. **Treatment:**
Follow-up treatments are scheduled to commence on 4 / 10 / 04 through UNKNOWN / / .
The treatment is WEEKLY times per - MONTHLY (day, week, month).
The approximate length of the actual treatment is 1 HR. (minutes, hours).

4. **Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**
PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

5. **Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
MEDICAL FACTS: PATIENT IS AGITATED; UNABLE TO FOCUS; INCREASED SITUATIONAL STRESS - RECENT DEATH OF SPOUSE

**Choose One:**
- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child **incapable** of self-care in three or more of the activities of daily living?
yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort?
yes ☐ no ☐

6. **You are providing medical certification for: Choose One**

☑ **The current absence only:** Starting 02 / 08 / 04 and Ending / / . May return to work on: UNKNOWN / / .

☐ **The current absence from** / / to / / **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months), each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from / / through / /

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months) each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from / / through / /

I (Health Care Provider's Signature) [signature] **certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or at the expected frequency I have entered above.** Date Signed 04 / 12 / 04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 294 - 8200 Health Care Provider's Fax Number (401) 294 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE. This may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 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

Employer: Fairfield Resorts Inc

FFR-000310