# EXHIBIT 1

Sales Managers
2003-2004

| AME | WWID | JOB TITLE/History | ORIG HIRE DATE | REHIRE DATE | TERM DATE | TERM REASON | ETHNICITY | GENDER | BIRTHDATE | STATUS | WORKSITE NAME | DEPT NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EARBORN, RICHARD C | 248096 | 5/17/04-Sales Associate | 05/19/2003 | | 06/30/2004 | Misconduct/Theft/Viol of Polic | WH | M | 05/05/1963 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| " | | 5/19-8/18/03-Sales Associate | | | | | | | | | | |
| " | | 8/18/03-Sales Manager | | | | | | | | | | |
| " | | | | | | | | | | | | |
| INN, MICHAEL F | 118590 | 4/24/04-Sales Associate | 03/01/2001 | 04/28/2004 | | Other Voluntary | WH | M | 11/14/1947 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| | | 3/1/01-4/28/04-Sales Manager | | | | | | | | | | |
| ;OODALL, DAVID N. | 105614 | Sales Manager | 02/28/1998 | 05/01/2000 | | | WH | M | 09/30/1955 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| /ERSON,MICHAEL G | 167815 | Sales Manager | 07/16/1992 | 03/06/2004 | | Other Involuntary | WH | M | 12/31/1953 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| AHN, KENNETH P | 253105 | 11/6/04-Sales Associate | 07/16/2003 | | | | WH | M | 04/02/1947 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| | | 7/16/03-Sales Associate | | | | | | | | | | |
| | | 6/10/04- Sales Manager | | | | | | | | | | |
| ENNEY III, EDWARD F | 104573 | 9/11/04-Sales Associate | 06/12/2000 | | | | WH | M | 02/21/1959 | Full Time Regular (Ben Elig) | WMSBURG-KINGSGATE | SALES-KINGSGATE |
| " | | 6/12/00-Sales Associate | | | | | | | | | | |
| " | | 6/23/01- Sales Manager | | | | | | | | | | |
| " | | 7/9/01- Sales Associate | | | | | | | | | | |
| " | | 9/1/02- Sales Manager | | | | | | | | | | |
| " | | 10/26/03: Sales Director | | | | | | | | | | |
| ICKENNA,ROBERT RICHARD | 204374 | Sales Manager | 03/25/2002 | | | | WH | M | 06/18/1942 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| ...TON,RICHARD L | 105228 | Sales Manager | 04/24/2000 | | 09/22/2003 | Other Voluntary | WH | M | 05/07/1967 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| ...RT,GERARD | 205126 | Sales Manager | 07/27/1998 | | 05/31/2003 | Accept Better/New Career Opt | WH | M | 05/05/1957 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| IGGILLO,ROBERT J | 223548 | Sales Manager | 09/10/2002 | 03/03/2003 | 08/10/2003 | Misconduct/Theft/Viol of Polic | WH | M | 05/31/1956 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| ACCO, PAUL | 204731 | Sr. Sales Associate | 01/04/1989 | | | | WH | M | 04/28/1952 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| CHUMACHER,SHIRLEY | 204914 | Sales Manager | 08/17/1998 | | 03/30/2004 | Other Voluntary | WH | F | 12/12/1939 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| " | | 2/1/03 Discovery manager | | | | | | | | | | |
| " | | 1/1/04 Sales manager (30 days) | | | | | | | | | | |
| " | | 1/31/04- Sales associate | | | | | | | | | | |

CONFIDENTIAL

This report may contain confidential information and is not to be distributed.

# EXHIBIT 2

**Hutnick, Joe**

| | |
|---|---|
| **Subject:** | Shirley |
| **Start:** | Mon 1/26/2004 12:00 AM |
| **End:** | Tue 1/27/2004 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |

Two reps came to me today (John Coppa and Dave Lemlar) claiming Shirley is spreading rumors claiming I called her names in public, because I was angry she called Wisconsin Dells. She said, "all she was trying to do was seek help and advice on how to do her job better." She went on to say, "she told me she was prepared to fly out there, willing to pay her own way if that's what it took to get better." Supposedly that's when I lost my cool and called her names. Apparently, John Coppa said the rumor she is spreading, is that I called her a bitch. According to Dave Lemlar, Shirley came to him complaining I called he an "old cuss,"— whatever that is. Shirley told Dave she believes I meant something else by it. I will not repeat it here.

Shirley is getting out of hand. It is my understanding that Shirley behaves in this manner all the time, i.e., spreading rumors and gossiping trying to undermine people. This, in an attempt to remove people and keep her job. I was warned about this behavior by Mike Iverson, my predecessor.

CONFIDENTIAL

FFR-000197

# EXHIBIT 3

ATE: 02-AUG-02 TIME: 11:12 July 1 to 6 Equivest Finance, Inc. USER: PELLIS PAGE 0002

TOUR MULTI-ANALYSIS REPORT

TEAM

| | APPTS | TOURS | | | GROSS | | CANCELS | | NET | | VOLUME | | | | CLS% | | EFFCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOOKED | SHOWED | QUAL | NQ | SLS | WKS | SLS | WKS | SLS | WKS | GROSS | CANCEL | FDI | NET | GRS | NET | NET |
| * INVALID AC | 287 | 159 | 133 | 26 | 5 | 5 | 3 | 3 | 2 | 2 | 61,900 | 31,500 | 0 | 30,400 | 4 | 1.5 | 228 |
| RHODE ISLAND | 2 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 2 | 17,400 | 0 | 0 | 17,400 | 100 | 100.0 | 8700 |
| RHODE ISLAND | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| JERRY POMERT | 373 | 373 | 349 | 24 | 26 | 26 | 7 | 7 | 19 | 19 | 307,100 | 75,200 | 0 | 231,900 | 7 | 5.4 | 664 |
| MIKE IVERSON | 301 | 301 | 279 | 22 | 19 | 19 | 6 | 6 | 13 | 13 | 241,060 | 72,000 | 0 | 169,060 | 7 | 4.7 | 605 |
| SHIRLEY SCHU | 298 | 298 | 280 | 18 | 44 | 44 | 17 | 17 | 27 | 27 | 553,700 | 205,900 | 0 | 347,800 | 16 | 9.6 | 1242 |
| STEVE SALERN | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| | 1263 | 1135 | 1045 | 90 | 96 | 96 | 33 | 33 | 63 | 63 | 1,181,160 | | | | | | |

as you can see my volume was more then the 2 other mgrs.

CONFIDENTIAL

FFR-000163

08-JUL-02 TIME: 15:24 June

aivest Finance, Inc.
TOUR MULTI-ANALYSIS REPORT

USER: EBROWN PAGE 0002

ALES TEAM

| | APPTS BOOKED | TOURS SHOWED | TOURS QUAL | TOURS NQ | GROSS SLS | GROSS WKS | CANCELS SLS | CANCELS WKS | NET SLS | NET WKS | VOLUME GROSS | VOLUME CANCEL | VOLUME FDI | VOLUME NET | CLS% GRS | CLS% NET | EFFCY NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E ISLAND | | | | | | | | | | | | | | | | | |
| !NVALID | 250 | 110 | 90 | 20 | 6 | 6 | 1 | 1 | 5 | 5 | 68,200 | 10,700 | 0 | 57,500 | 7 | 5.6 | 638 |
| CDE ISLA | 5 | 5 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| RRY POME | 262 | 262 | 249 | 13 | 24 | 24 | 1 | 1 | 23 | 23 | 319,600 | 15,700 | 0 | 303,900 | 10 | 9.2 | 1220 |
| KE IVERS | 201 | 201 | 191 | 10 | 15 | 15 | 5 | 5 | 10 | 10 | 185,020 | 73,920 | 0 | 111,100 | 8 | 5.2 | 581 |
| IRLEY SC | 301 | 300 | 286 | 14 | 43 | 43 | 6 | 6 | 37 | 37 | 551,350 | 69,200 | 0 | 482,150 | 15 | 12.9 | 1685 |
| | 1019 | 878 | 820 | 58 | 88 | 88 | 13 | 13 | 75 | 75 | 1,124,170 | 169,520 | 0 | 954,650 | 11 | 9.1 | 1164 |
| | 1019 | 878 | 820 | 58 | 88 | 88 | 13 | 13 | 75 | 75 | 1,124,170 | 169,520 | 0 | 954,650 | 11 | 9.1 | 1164 |

CONFIDENTIAL

FFR-000164

EXHIBIT 4

# NOTICE OF CORRECTIVE ACTION

**EMPLOYEE'S NAME:** Shirley Schumacher **TODAY'S DATE:** June 14, 2002

**Type of Corrective Action (Circle one):** Verbal / Written / Termination

**Date of Infraction:** noted during April & May 2002

- Please understand that a written step is the **most serious corrective action** taken just short of dismissal.
- Please note that repetition of this issue can lead to additional corrective action up to and including termination.

**WHAT HAPPENED?**

NOT ACCURATE JT

~~Noted on repeated occasions failure to interview prospective sales reps,~~ cover front desk assistant's duties, and had a number of occasions when sales reps requested another manager for a T.O.

Also, projects a negative image when sales goals are not being met.

**POLICY THAT WAS VIOLATED?** JT

~~Duties, as described in "Best Practices for Team Managers", require immediate improvement.~~

**REQUIRED IMPROVEMENT?**

Take proactive part in recruiting, training, and collateral duties such as front desk assignment, regular audio taping of representatives and review of tapes with them, and must be recognized as competent T.O. Must project positive image especially when sales goals are not being met.

Must review "Best Practices for Team Managers" manual to make sure that although being the T.O. is an important part of the job, she must also be a manager.

By signing below, I am simply acknowledging that I have read the above and understand it.

Shirley Schumacher

Signature of Employee Date

John M. Thomas 6/14/02

Signature of person who issued corrective action Date

Witness (as needed) Date

C:\Documents and Settings\dvancouyghen\My Documents\JT\Notice of Corrective Action -ss6302.doc

FFR-000341

EXHIBIT 5

# Personnel Action Form (PAF)

Fairfield Resorts

RECEIVED FEB 24 2004

CONFIDENTIAL

**Transaction Type:** LOA Begin

**Effective Date:** February 11, 2004

**Name:** Schumacher,Shirley
Last, First, Middle (as shown on Social Security Card)

**Social Security #:** 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 **WWID#:** 204914

**Hire Date:** 08/17/98

**Worksite # & Name:** 2231 - LONG WHARF,NEWPORT (SALES)

**Address:** Street | Apt. # | City | State | Zip Code

**Home Phone:**

**If REHIRE, prior dates of service:**

*If source was an Employee Referral->* **Referring Employee's Name:**

**SS#**

**LOA Begin Date:** 02/11/04

**LOA Return Date:** 04/11/04

**Leave Type:** ~~Medical (non FMLA) (LO/LX)~~ LS

**Reason for Termination:**

**Last Day Worked:**

**Job Title:**

**Eligible for Rehire?**

**Why NO?**

| CURRENT INFORMATION | | NEW INFORMATION | |
|---|---|---|---|
| **Employment type:** | | **Employment type:** | |
| **Pay Class:** | | **Pay Class:** | |
| **Status:** | | **Status:** | |
| Hrs/week: | | Hrs/week: | |
| **Worksite #/Name:** | | **Worksite #/Name:** | |
| **Dept Code/Name:** | | **Dept Code/Name:** | |
| **Job Title:** | Sales Associate | **Job Title:** | |
| **Job Code:** | | **Job Code:** | |
| **Base Pay Rate:** | per | **Base Pay Rate:** | per hour |
| **Grade:** | | **Grade:** | #### |
| **Incentive Plan:** | ☐ No ☐ Yes | **Incentive Plan:** | ☐ No ☐ Yes |
| **Tip Eligible :** | ☐ No ☐ Yes | **Tip Eligible :** | ☐ No ☐ Yes |
| **Kronos Rule:** | | **Kronos Rule:** | |
| **Union Code:** | | **Union Code:** | |
| **Supervisor Name & Title** | | **Supervisor Name & Title** | |

☐ **Is Employee filling a NEW Supv Position?** - *Attach list of employees reporting to this supervisor.*

☐ **Is Employee REPLACING an existing supv: Former Supervisor:**

FFR-000314

(*Type in name and job title)

**Preparer** [signature] * Jan Weber Date 2-19-04

**1st Level Approval** Employee's Mgr/Supv [signature] * Date 2-19-04

**2nd Level Approval** Manager's Mgr [signature] * Joe Hutnick Date 2-19-04

*Email Address for PAFs = FairfieldHRPAF@fairfieldresorts.com*

HUMAN RESOURCE USE ONLY
Lawson Input: ENTERED FEB 25 2004 EK

3

# EXHIBIT 6

CENDANT

Date **March 16, 2004**

**RE: Medical Leave of Absence Notification**

Dear ______Shirley Schumacher_______,

You have requested a Medical Leave to commence on 2-11-2004 and end in an estimated _30_ days, on 4-11__. We also require that you and your physician complete the attached "Medical Certification" form. We will determine the length of approved leave based on the information provided on this form. Please note that the approval of the Medical Leave of Absence does not guarantee you any return to employment in your current position or an equivalent position.

In the event you do not return to work on the day your physician releases you to return to work, and do not receive an extension of your leave of absence, your employment will be administratively terminated on that day for failure to return from leave and treated as a voluntary termination. Your health and welfare benefits will end at the end of that month. You may reapply for employment with Cendant Corporation.

**What you should know:**

- A Medical Leave of Absence may be granted based on information provided on the Medical Certification form by your physician.
- A Medical Leave of Absence is an absence without pay.
- You must use your accrued and unused sick, vacation and personal days at the beginning of you medical leave, doing so will allow you to be compensated during a portion of your leave. Payroll can provide your current PTO accrued time.
- If you are maintaining health and welfare benefits during the leave, you are required to pay the employee portion of the premium payment.
- If you currently have an outstanding 401k loan, you are required to make loan repayments as stated in your amortization schedule.
- During your leave you are required to contact Fairfield Resorts Human Resources Representative and Supervisor/Manager every 15 days regarding your status and intention to return to work.
- Upon return to work, you must first present a "Fitness For Duty" form completed by your physician.
- If you require additional time, please contact me to arrange for a possible extension of your leave, however, Cendant is not obligated to grant such additional time and cannot guarantee that such a request will be granted.
- Your health and welfare benefits will continue through the duration of your approved leave. If you do not return to work, your health and welfare benefits will end on the last day of the month following the last day of the approved leave. Thereafter, you will be eligible to elect the following: COBRA health coverage, conversion of basic life insurance and port or convert supplemental life insurance. At that time Cendant will provide you with additional information regarding the continuation and termination of benefits.

If you require my assistance or have any questions, please call me at _401-845-1020_

Sincerely,

Jan Weber
Leave & Disability Coordinator
cc: Joe Hutnick

FFR-000336

EXHIBIT 7

# Conti uous Performance A praisal

**Employee Name:** Shirley Schumacher **Date of Hire:** ________ CONFIDENTIAL

**Employee Position:** Sales Rep **Manager:** ________

Type: P = Performance C = Conduct A = Attendance
Action: DWE = Discussed w/ Employee DO = Documented Only CC = Corrective Communication D = Dismissed

| Type | Action | Date | Performance Observations | Follow-up Date |
|---|---|---|---|---|
| DWE | | 3/30 | Called Shirley - claims she | |
| | | | has forms for Dr. will | |
| | | | see them on 9th & bring | |
| | | | back on 11th - advised OK. | |

FFR-000335

# EXHIBIT 8

CONFIDENTIAL

Jan.

My Doctor is mailing you all the information you need I was to him last wk.

Thank you

Shirley

**WICKFORD JUNCTION MEDICAL WALK-IN**
1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222
**JAMES D. GLOOR, M.D.**

**DISABILITY CERTIFICATE**

Date 4-10-04

This is to certify that SHIRLEY Schumacher
has been under my care for Sit' stress
and is / was unable to perform his / her regular job duties.

Total Disability: From 4/10/04 Through 5-11-04
Light Duty: From ______ Through ______
Restrictions: ______

Remarks: ______

Dr. James D. Gloor MD

# EXHIBIT 9

# Physician's Statement Of Fitness-For-Duty Release

Patient (Employee) Name: SHIRLEY N. SCHUMACHER Date.

Employee Position (copy of job description attached):

PLAINTIFF'S EXHIBIT

## Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee) [signature] Date Signed 3-29-04

## Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? ____ Yes ✓ No

   Date patient (employee) is released to return to work: UNKNOWN

3. Please describe any work-related physical and/or mental limitations. UNABLE TO FOCUS/CONCENTRATE; DECREASED MOOD

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.
   N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

James D. Gloor, M.D.
Print or Type Physician's Name
Wickford Junction Medical Walk-In [signature]
Physician's Signature

Street Address 1051 Ten Rod Road, Unit B-2/10

North Kingstown, RI 02852

City/State/Zip

Telephone Number (401) 294-8200

Mailed 4-16-04 JH

EXHIBIT 10

CONFIDENTIAL

**Physician's Statement Of Fitness-For-Duty Release**

Patient (Employee) Name: SHIRLEY N. SCHUMACHER Date:

Employee Position (copy of job description attached):

**Patient's Authorization**

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee) [signature]    Date Signed 3-29-04

**Physician's Certification**

1. Please specify the date you last examined the patient (employee). 04/10/04.

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? _____Yes ✓ No

   Date patient (employee) is released to return to work: UNKNOWN.

3. Please describe any work-related physical and/or mental limitations. UNABLE TO FOCUS / CONCENTRATE; DECREASED MOOD.

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.
   N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

James D. Gloor, M.D.
Print or Type Physician's Name    Physician's Signature [signature]

Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
Street Address North Kingstown, RI 02852

City/State/Zip

Telephone Number (401) 294-8200

FFR-000383

EXHIBIT 11

# Medical Certification Form

PLEASE PRINT CLEARLY

CONFIDENTIAL

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

**Reason for Leave:**

- [x] A serious health condition that makes you unable to perform the essential functions of your job.
- [ ] A serious health condition affecting your family member for which you are needed to provide care.

_____ / _____ / _____
Full Name of Relative — Relationship to Employee — If child, Date of Birth

- [ ] The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___.
I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.
- [ ] Does this employer also employ your spouse? yes ☐ no ☒

If YES, then: Name of Spouse __________ Spouse's SS# or ID # __________

- [ ] Pregnancy Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2/18/04 through 05/11/04 Expected (actual if known) return to work on ___/___/___

**OR**

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ___/___/___

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member** (if absence is to care for the family member over 18) __________ Date 3/30/04

**Signature of Employee** Shirley Schumacher Date 3/30/04

**HEALTH CARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as**: The inability to perform one or more job functions OR perform regular daily activities due to a serious health condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

- [ ] **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.
- [ ] **Pregnancy**: Any period of **incapacity** due to pregnancy or for prenatal care. EDC ___/___/___
- [x] **Absence Plus Treatment (Acute)** The period of **incapacity** exceeds three (3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)
- [ ] **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of **incapacity**.
- [ ] **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)
- [ ] **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **incapacity** of more than 3 consecutive calendar days without medical treatment of intervention)
- [ ] **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee.

2. **Patient was last seen on** 04/10/04 **Next scheduled appointment** 05/11/04

FFR-000309

CONFIDENTIAL

3. Treatment:
Follow-up treatments are scheduled to commence on 4 / 10 / 04 through UNKNOWN / / .
The treatment is WEEKLY times per - MONTHLY (day, week, month).

The approximate length of the actual treatment is 1 HR. (minutes, hours).

4. **Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**
PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

5. **Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
**MEDICAL FACTS:** PATIENT IS AGITATED ; UNABLE TO FOCUS ; INCREASED SITUATIONAL STRESS - RECENT DEATH OF SPOUSE

**Choose One:**

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child **incapable** of self-care in three or more of the activities of daily living?
yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort?
yes ☐ no ☐

6. **You are providing medical certification for: Choose One**

☑ **The current absence only:** Starting 02 / 08 / 04 and Ending __ / __ / __. May return to work on: UNKNOWN / / .

☐ **The current absence from** __ / __ / __ **to** __ / __ / __ **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ____ times per ____ (7 days, 30 days, 6 months), each absence lasting approximately ____ (minutes, hours, days) each time.
Certification for future absences is requested from __ / __ / __ through __ / __ / __

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ____ times per ____ (7 days, 30 days, 6 months) each absence lasting approximately ____ (minutes, hours, days) each time.
Certification for future absences is requested from __ / __ / __ through __ / __ / __

I (Health Care Provider's Signature) [signature] **certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or at the expected frequency I have entered above.** Date Signed 04 / 12 / 04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 294 - 8200 Health Care Provider's Fax Number (401) 294 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. **INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE.** This may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 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

Employer: Fairfield Resorts Inc

FFR-000310

EXHIBIT 12

and notification concerning termination of her employment, among other things as well as information produced by CORE, Inc. in response to Plaintiff's discovery requests. Please see documents Bates numbered FFR-000309 – FFR-000392.

**Interrogatory and Document Request No. 12:**

When did you first contemplate terminating Plaintiff's employment?

**Response to Interrogatory and Document Request No. 12:**

Fairfield objects to the foregoing interrogatory as vague and not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff's termination was not discussed prior to her failure to return from an unapproved absence. To the extent a Fairfield employee with the authority to terminate Plaintiff's employment "contemplated" that possibility, such information is more appropriately elicited by other means of discovery, namely, depositions.

**Interrogatory and Document Request No. 13:**

Please identify each person who participated in deciding to terminate Plaintiff's employment or who reviewed the decision to terminate Plaintiff's employment.

**Response to Interrogatory and Document Request No. 13:**

The decision to terminate Plaintiff's employment was made by Joseph Hutnick in consultation with Janice Weber. Ms. Weber is a former employee and is not readily available to Fairfield, however, Mr. Hutnick asked Ms. Weber to consult with Fairfield's Human Resources Department to confirm his decision and it is believed that Ms. Weber did so.

EXHIBIT 13

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

FFR-000379

EXHIBIT 14

| | | | | |
|---|---|---|---|---|
| 05/18/2004 10:25:16 | Unknown | Fax | Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF. Task to CO, fwd to FML inbox. | Incoming |
| 05/06/2004 14:24:26 | Inquiry | Phone | TCF EE to ask about appeal informed of denial and appeal process | Incoming |
| 04/30/2004 13:24:36 | Inquiry | Phone | TCF EE stating that she does not understand why she was denied by CORE because she did not request disability thru CORE. EE states that she was paid her full salary thru RI disability. EE states that she has been administratively termed at this time. Advised EE per AM that she does not need to have STD thru CORE if she is already receiving full pay thru RI. | Incoming |
| 04/19/2004 16:47:34 | Inquiry | Fax | | Outgoing |
| 03/08/2004 08:45:13 | Notification | Letter | Cendant No Response Denial | Outgoing |
| 02/27/2004 08:11:32 | Follow Up Call | Phone | TCT EE to inform that CORE needs to follow STD claim even though EE has rec'd RI State Dis. No answer and unable to leave message. | Outgoing |
| 02/27/2004 07:12:29 | Case Owner | Fax | Brenda Mower Tebo | Outgoing |
| 02/26/2004 08:34:03 | Notification | Phone | TCF EE stating that she does not want CORE to manage her claim and that she has already been approved to rec'v RI state benefits. Advised EE that CORE manages claim and offsets RI benefit. EE states that she doesn't want CORE following claim. Advised EE will check with AM regarding issue and have AM contact her. | Incoming |
| 02/20/2004 10:58:30 | Unknown | Fax | fax to ap office. Facsimile Transmittal To: Dr. Gloor ` Fax: 401-294-8222 From: Brenda Mower-Teboe RN BA BSN Fax: 207-228-2947 Phone: 877-489-9782, Ext. 2452 Date: 02/20/2004 Pages (including cover): 4 RE: Shirley Schumacher ma □ Urgent □ For Review □ Please C... | Outgoing |
| 02/20/2004 10:52:27 | Notification | Letter | Cendant APS EE | Outgoing |
| 02/20/2004 10:51:20 | Unknown | Phone | attempted to call ee. phone not in service. | Outgoing |
| 02/20/2004 10:50:52 | Unknown | Phone | tct ap office. sw cindy. requesting faxed request and mr. 401-294-8222. | Outgoing |