UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER, Plaintiff, | : | |
| v. | : | C.A. No. 05-500-T |
| FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing business in RI; and A,B,C: Unknown, Defendants. | : | |

**JOINT MOTION ON BEHALF OF FAIRFIELD RESORTS, INC. AND CORE INC. TO STRIKE PLAINTIFF'S AFFIDAVITS AND EXHIBITS FILED IN SUPPORT OF HER OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Defendants Fairfield Resorts, Inc. and CORE Inc. ("Defendants") hereby move to strike the affidavits and exhibits filed by Plaintiff Shirley Schumacher in support of her oppositions to the Defendants' respective motions for summary judgment. In support of their motion, Defendants rely on the accompanying memorandum of law.

FAIRFIELD RESORTS, INC.

By its Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
rripple@eapdlaw.com

CORE INC.

By its Attorneys,

/s/ Timothy M. Bliss

Brooks R. Magratten (#3585)
Timothy M. Bliss (#6228)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel. 401-421-3060
Telecopy 401-272-6803
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Martin W. Aron (*Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel. 973- 376-7700
Telecopy 973-376-3380
maron@eapdlaw.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing business in RI; and A,B,C: Unknown,<br><br>Defendants. | : | C.A. No. 05-500-T |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS FAIRFIELD RESORTS, INC. AND CORE INC.'S JOINT MOTION TO STRIKE PLAINTIFF'S AFFIDAVITS AND EXHIBITS FILED IN SUPPORT OF HER OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Defendants Fairfield Resorts, Inc. ("Fairfield") and CORE Inc. ("CORE") (collectively, "Defendants") hereby move to strike the affidavits and exhibits filed by Plaintiff Shirley Schumacher ("Plaintiff") in support of her oppositions to Defendants' motions for summary judgment.

On August 22, 2006, this Court issued an Order striking the exhibits and affidavits filed by Fairfield, and its co-defendant, CORE, in support of their respective motions for summary judgment. (A copy of that Order is attached hereto as Exhibit A). As part of that Order, the Court further ordered stricken the exhibits appended to Plaintiff's Opposition to the Defendants' motions for summary judgment. The basis for striking these documents from the record was counsel's failure to comply with the page limits set forth in Chief Judge Torres' Pretrial Order. Pursuant to the Order, the parties were permitted to supplement their filings with affidavits and/or exhibits that complied with the page limits set forth in the Pretrial Order.

Pursuant to the August 22, 2006 Order, on September 6, 2006, CORE filed an Affidavit of Andrew J. Bernstein, replacing its previously filed affidavit. Similarly, on September 7, 2006, Fairfield submitted an Amended Statement of Undisputed Facts, which reduced the number of documents submitted in support of its Motion for Summary Judgment to comply with both the Court's August 22, 2006 Order and Chief Judge Torres' Pretrial Order. Accordingly, Fairfield organized its filing so as to limit its documentary support for its motion to twenty (20) pages.

On or about September 22, 2006, Plaintiff submitted her revised filings in support of her Opposition to the Motion for Summary Judgment. However, despite the directives of the August 22, 2006 Order, Plaintiff filed approximately one-hundred-and-twenty (120) pages in support of her Opposition. According to Chief Judge Torres' Pretrial Order, Plaintiff was only permitted to file twenty (20) pages of documentary evidence in support of a response to a dispositive motion. Consequently, Plaintiff has again failed to comply with the orders of this Court regarding the filings that may be submitted in response to a motion for summary judgment. Because the Plaintiff has refused to comply with the Court's orders, Defendants have been prejudiced. Defendants therefore submit that Plaintiff's exhibits and affidavits in support of her oppositions to Fairfield's Motion for Summary Judgment and CORE's Motion for Summary Judgment should be stricken.

FAIRFIELD RESORTS, INC.

By its Attorneys,

/s/ Raymond M. Ripple

Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER
& DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel. 401-274-9200
Telecopy 401-276-6611
rripple@eapdlaw.com

CORE INC.

By its Attorneys,

/s/ Timothy M. Bliss

Brooks R. Magratten #5385)
Timothy M. Bliss (#6228)
VETTER & WHITE
20 Washington Place
Providence, RI 02903
Tel. 401-421-3060
Telecopy 401-272 6803
bmagratten@vetterandwhite.com
tbliss@vetterandwhite.com

Martin W. Aron (*Admitted Pro Hac Vice)*
EDWARDS ANGELL PALMER
& DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel. 973- 376-7700
Telecopy 973-376-3380
maron@eapdlaw.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that this document has been filed electronically on this 29th day of September, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Timothy M. Bliss, Esq.
tblsiss@vetterandwhite.com

Brooks R. Magratten, Esq.
bmagratten@vetterandwhite.com

Michael L. Solitro, Esq.
MLSolitroEsq@msn.com

Keven A. McKenna, Esq.
KevenM@McKennaLaw.com

/s/ Raymond M. Ripple
Raymond M. Ripple