# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY SCHUMACHER,

Plaintiff,

v. C.A. No. 05-500T

FAIRFIELD RESORTS, INC., a foreign corporation doing business in Rhode Island, and CORE, INC., a foreign corporation doing business in Rhode Island,

Defendants.

**ORDER**

The parties' motions to exceed page limits with respect to exhibits submitted in support of, or in opposition to, Defendants' motions for summary judgment are all hereby DENIED. However, each party shall be allowed to submit a supplement to the statement of facts it filed with respect to the summary judgment motions. Such supplemental statements shall not exceed five (5) pages each and shall be filed not later than September 8, 2006.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 8/14/06