**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY SCHUMACHER

Plaintiff,

v. C.A. 05-500T

FAIRFIELD RESORTS INC., a foreign corporation doing business in RI, and CORE INC., a foreign corporation doing business in RI; and A, B, C: unknown,

Defendants.

**ORDER AFFIRMING THE DECISION OF MAGISTRATE JUDGE DAVID L. MARTIN**

The Order of Magistrate Judge David L. Martin entered October 25, 2006, granting defendants' motion to strike plaintiff's affidavits and exhibits is hereby AFFIRMED.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge

Date: November 30 , 2006