UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHIRLEY SCHUMACHER<br><br>Plaintiff,<br>v.<br><br>FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown,<br><br>Defendants. | }<br>}<br>}<br>}<br>}<br>} | CIVIL ACTION NO. 05-500T |

<u>MOTION FOR LEAVE TO FILE AMENDED RESPONSES TO DEFENDANTS' FAIRFIELD RESORTS, INC. AND CORE INC,'S MOTIONS FOR SUMMARY JUDGMENT</u>

Plaintiff Shirley Schumacher ("Plaintiff") hereby moves to amend her responses in opposition to Defendants' respective motions for summary judgment. In support of her motion, Plaintiff relies on the accompanying memorandum of law.

Plaintiff Shirley Schumacher
By her Attorneys

<u>/s/ Keven A. McKenna</u>
Keven A. McKenna #662
McKenna Law, PC
23 Acorn Street
Providence, Rhode Island 02903
(401) 273-8200

And

<u>/s/ Michael L. Solitro</u>
Michael L. Solitro *( Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-7914

UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER }
CIVIL ACTION NO. 05-500T
Plaintiff, }
v.
}
FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and }
CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown, }

Defendants, }

MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND HER RESPONSES IN OPPOPSITION TO DEFENDANTS' FAIRFIELD RESORTS, INC. AND CORE, INC.'S RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT

Plaintiff Shirley Schumacher ("Plaintiff") hereby moves for leave to amend her responses in opposition to Defendants' respective motions for summary judgment.

On October 25, 2006 Magistrate Judge David L. Martin ("Judge Martin") issued an order granting Defendants' joint motion to strike the affidavits and exhibits filed by Plaintiff in opposition to Defendants' respective motions for summary judgment. (A copy of that Order is attached hereto as Exhibit A). Plaintiff thereafter appealed Judge Martin's ruling to Chief Judge Torres who sustained the ruling in an Order dated November 31, 2006.

The basis for striking these documents from the record was the Plaintiff's failure to comply with the page limits set fourth in Chief Judge Torres' Pretrial Order. In his Order granting Defendants' motion to strike, Judge Martin also recommended that Plaintiff be given another opportunity to file amended opposition responses to Defendants' respective motions for summary judgment if his Order to strike was sustained.

Plaintiff therefore request leave to file amended opposition responses to Defendants' respective motions for summary judgment, based on the following grounds:

(1) Plaintiff's failure to comply with Chief Judge Torres' Pretrial Order was not the result of bad faith or dilatory motive on the part of the Plaintiff.

(2) Amending Plaintiffs' opposition responses to Defendants' respective motions for summary judgment is necessary to enable Plaintiff to establish her cause of action against Defendants and therefore the requested amendments will achieve the ends of justice.

(3) Since no hearing date on the pending motions for summary judgment has yet been scheduled, Defendants will not be unduly prejudiced by Plaintiff amending her opposition responses.

Respectfully Submitted,

Plaintiff Shirley Schumacher
By her Attorneys

/s/ Keven A. McKenna
Keven A. McKenna #662
Keven A. McKenna, P.C.
23 Acorn Street
Providence, RI 02903
(401) 273-8200

/s/ Michael L. Solitro
Michael L. Solitro *( Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877
(401) 270-3516 FAX

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document has been filed electronically on this 10th day of December, 2006 and is available for viewing and downloading to the ECF registered counsel of record:

Raymond M. Ripple, Esq.
rripple@eapdlaw.com

Timothy M. Bliss, Esq.
tbliss@vetterandwhite.com

Brooks R. Magratten, Esq.
bmagratten@vetterandwhite.com

Keven A. McKenna, Esq.
KevenM@MckennaLaw.com

/s/ Michael L. Solitro
Michael L. Solitro