UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER,
Plaintiff,

v. : CA 05-500 T

FAIRFIELD RESORTS INC., a foreign corporation doing business in RI, and CORE INC., a foreign corporation doing business in RI; and A, B, C: unknown,
Defendants.

**NOTICE AND ORDER**

In its Order Granting Joint Motion to Strike (Document ("Doc.") #62) ("Order of 10/25/06"), the Court stated that if Plaintiff appealed that order, it would schedule a hearing on Defendants' pending motions for summary judgment after Senior Judge Torres had ruled on the appeal. See Order of 10/25/06 at 4 n.4. Judge Torres has since affirmed the Order of 10/25/06. See Order Affirming the Decision of Magistrate Judge David L. Martin (Doc. #65). Thereafter, Plaintiff filed a Motion for Leave to File Amended Responses to Defendants[] Fairfield Resorts, Inc. and CORE Inc[.]'s Motions for Summary Judgment[1] (Doc. #66), which Judge Torres granted on January 8, 2007. See Docket.

Accordingly, the Court hereby schedules a hearing on Defendant Fairfield Resorts Inc.'s Motion for Summary Judgment (Doc. #24) and the Motion for Summary Judgment of Defendant CORE, Inc. (Doc. #26), on **Tuesday, February 13, 2007, at 10:00 a.m.**

---

[1] In its Order of 10/25/06, the Court had recommended that, if its ruling were appealed and sustained, Plaintiff should be given another opportunity to file amended responses to the motions for summary judgment which comply with the page limits contained in the Order of 8/22/06 (Doc. #41) and the Scheduling Order (Doc. #12). See Order of 10/25/06 at 4 n.3.

**Plaintiff shall file her amended responses to the motions for summary judgment on or before January 26, 2007. Defendants shall file their responses**, if any, to Plaintiff's filings **on or before February 6, 2007.**

So ordered.

ENTER:

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
January 11, 2007

BY ORDER:

Deputy Clerk