UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER

Plaintiff,

CIVIL ACTION NO. 05-500T

v.

FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown,

Defendants,

**PLAINTIFF SHIRLEY SCHUMACHER'S SECOND AMENDED OBJECTION TO FAIRFIELD RESORT, INC.'S MOTION FOR SUMMARY JUDGEMENT**

Shirley Schumacher ("Schumacher"), through counsel hereby objects to the Motion for Summary Judgment filed by Fairfield Resorts, Inc. ("Fairfield"), in its entirety in that there are material facts in dispute that would deny a summary judgment motion as a mixed question of fact and law. In support hereof, Schumacher submits the accompanying Memorandum of Law and the accompanying Statement of Disputed Material Facts with Appendix of Exhibits.

Plaintiff Shirley Schumacher
by her Attorneys

/s/ Keven A. McKenna
Keven A. McKenna #662
McKenna Law, PC
23 Acorn Street
Providence, Rhode Island 02903
(401) 273-8200

/s/ Michael L. Solitro
Michael L. Solitro (Pro Hac Vice)
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877
Fax-(401) 270-3516

## CERTIFICATE OF SERVICE

I the undersigned, hereby certify that on the 24th day of January, 2007 a copy of the within was served by ECF on the following counsel of record:

Raymond M. Ripple, Esq.
Edwards Angel Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Timothy M. Bliss, Esq. Brooks
Magratten, Esq. Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Michael L. Solitro