UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER }
CIVIL ACTION NO. 05-500T
Plaintiff, }
v.
}
FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and }
CORE INC., a foreign Corporation doing Business in RI ; and A,B,C: Unknown, }

Defendants, }

**AFFIDAVIT OF PLAINTIFF SHIRLEY SCHUMACHER IN SUPPORT OF HER OBJECTION TO FAIRFIELD RESORTS INC.,'S MOTION FOR SUMMARY JUDGMENT**

I Shirley Schumacher on oath, depose and says as follows:

1. I am a resident of the State of Rhode Island I am over twenty-one years of age and give this affidavit of my own free will. I have personal knowledge of the information contained in this affidavit.

2. That when I was demoted from sales management to sales associate I was the only female at Fairfield who held a Sales Management position and I was its' oldest sales manager. Annexed hereto as Exhibit 1 is a true and complete copy of a Document Bates Numbered FFR-000142 produced by Fairfield listing the age and sex of its Sales Mangers.

3. That I had a written employment contract with Fairfield.

4. That my Supervisor Joseph Hutnick ("Hutnick") called me an old cunt and bitch and I complained to fellow employees about it. Annexed hereto as Exhibit 2 is a true and complete copy of a Document Bates Numbered FFR- 000197 produced by Fairfield .

5. That my work performance was satisfactory and in some instances superior to other managers. Annexed hereto as Exhibit 3 are true and complete copies of sales reports from April through ~~July~~ May 2002. Document Bates Numbered FFR-000163-FFR-000164 produced by Fairfield.

6. That the Notice of Corrective Action dated June 14, 2002 was substantially modified and there were no company policy violations. In addition, the facts that the action was allegedly based upon were inaccurate and were crossed out. Annexed hereto as Exhibit 4 is a true and complete copy of the Notice of Corrective Action document Bates Numbered FFR-000341 produced by Fairfield.

7. That I requested medical leave from Fairfield to begin February 11, 2004 until April 11, 2004. Annexed hereto as Exhibit 6 is a true and complete copy of the Medical Leave of Absence Notification acknowledging that request. Document Bates Numbered FFR-000336 that was produced by Fairfield.

8. Annexed hereto as Exhibit 5 is a true and complete copy of the Personal Action Form (PAF) dated February 11, 2004 authorizing me that leave until April 11, 2004. Document Bates Numbered FFR-000314 that was produced by Fairfield.

9. That I received a Medical Leave of Absence Notification, dated March 16, 2004, from Jan Weber, Leave & Disability Coordinator for Fairfield. Annexed hereto as Exhibit 6 is a true and complete copy of the Medical Leave of Absence Notification document Bates Numbered FFR-000336 that was produced by Fairfield.

10. That on March 30, 2004 Fairfield contacted me by telephone I advised the caller that I had the Medical Certification Forms for Dr. Gloor and I would see him on April 9, 2004 and return on the 11th. I was advised ok. Annexed hereto as Exhibit 7 is a true

and complete copy of a Continuous Performance Appraisal Document Bates Numbered FFR-000335 produced by Fairfield.

11. That I provided Jan Weber Fairfield's leave coordinator with a Disability Certificate From Dr, Gloor dated April 10, 2004 I also advised her that Dr. Gloor would be mailing other information. Annexed hereto as Exhibit 8 is a true and complete copy of the Disability Certificate and note Document Bates Numbered FFR-000382 produced by Fairfield.

12. That my Medical Certification Forms were mailed from the office of Dr. Gloor. Annexed hereto as Exhibit 9 is a true and complete copy of the Physician's Certification Form contained in my medical file that was mailed April 16, 2004 by his office. (Gloor Deposition, Exhibit, 1.)

13. Annexed hereto as Exhibit 10 is a true and complete copy of the Physician's Certification Form provided by Dr. Gloor and mailed April 16, 2004 by his office. It was produced by Fairfield as part of my personnel file. Document Bates Numbered FFR-000383

14. Annexed hereto as Exhibit 11 is a true and complete copy of the Medical Certification Form provided by Dr. Gloor. Document Bates Numbered FFR 000309-FFR000310 produced by Fairfield as part of my personnel file.

15. That it was Mr. Hutnic who terminated my employment. Annexed hereto as Exhibit 12 is a true and complete copy of Fairfield's answer to Plaintiff' Interrogatory No. 13.

16 Annexed hereto as Exhibit 13 is a true and complete copy of the April 21, 2004 letter terminating my employment by Fairfield. Document Bates Numbered FFR 000379 produced by Fairfield as part of my personnel file.

~~16.~~ 17. Core did not advise me that my medical leave application had been denied nor did it contact me regarding my leave status. Annexed hereto as Exhibit 14 is a true and complete copy of the Core note pad entry Document Bates Numbered BRO-00050 produced by Core

~~17~~ 18. I did not make application for short-term disability through Core. Inc. Annexed hereto as Exhibit 14 is a true and complete copy of the Core note pad entry Document Bates Numbered BRO-00050 produced by Core

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Shirley Schumacher

Shirley Schumacher

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

Subscribed and sworn to before me this 19th day of ~~August~~ September, 2006

Michael [signature]

Notary Public

My Commission Expires 8/31/07
ID# 33940