Sales Managers
2003-2004

| AME | WWID | JOB TITLE/History | ORIG HIRE DATE | REHIRE DATE | TERM DATE | TERM REASON | ETHNICITY | GENDER | BIRTHDATE | STATUS | WORKSITE NAME | DEPT NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EARBORN, RICHARD C | 248096 | 5/17/04-Sales Associate | 05/19/2003 | | 06/30/2004 | Misconduct/Theft/Viol of Polic | WH | M | 05/05/1963 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| " | | 5/19-8/18/03-Sales Associate | | | | | | | | | | |
| " | | 8/18/03-Sales Manager | | | | | | | | | | |
| " | | | | | | | | | | | | |
| INN, MICHAEL F | 118590 | 4/24/04-Sales Associate | 03/01/2001 | 04/28/2004 | | Other Voluntary | WH | M | 11/14/1947 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| | | 3/1/01-4/28/04-Sales Manager | | | | | | | | | | |
| OODALL, DAVID N. | 105614 | Sales Manager | 02/28/1998 | 05/01/2000 | | | WH | M | 09/30/1955 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| ERSON,MICHAEL G | 167815 | Sales Manager | 07/16/1992 | 03/06/2004 | | Other Involuntary | WH | M | 12/31/1953 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| AHN, KENNETH P | 253105 | 11/6/04-Sales Associate | 07/16/2003 | | | | WH | M | 04/02/1947 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| | | 7/16/03-Sales Associate | | | | | | | | | | |
| | | 6/10/04- Sales Manager | | | | | | | | | | |
| ENNEY III, EDWARD F | 104573 | 9/11/04-Sales Associate | 06/12/2000 | | | | WH | M | 02/21/1959 | Full Time Regular (Ben Elig) | WMSBURG-KINGSGATE | SALES-KINGSGATE |
| " | | 6/12/00-Sales Associate | | | | | | | | | | |
| " | | 6/23/01- Sales Manager | | | | | | | | | | |
| " | | 7/9/01- Sales Associate | | | | | | | | | | |
| " | | 9/1/02- Sales Manager | | | | | | | | | | |
| " | | 10/26/03: Sales Director | | | | | | | | | | |
| ICKENNA,ROBERT RICHARD | 204374 | Sales Manager | 03/25/2002 | | | | WH | M | 06/18/1942 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| TON,RICHARD L | 105228 | Sales Manager | 04/24/2000 | | 09/22/2003 | Other Voluntary | WH | M | 05/07/1967 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| T,GERARD | 205126 | Sales Manager | 07/27/1998 | | 05/31/2003 | Accept Better/New Career Opt | WH | M | 05/05/1957 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| IGGILLO,ROBERT J | 223548 | Sales Manager | 09/10/2002 | 03/03/2003 | 08/10/2003 | Misconduct/Theft/Viol of Polic | WH | M | 05/31/1956 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| ACCO, PAUL | 204731 | Sr. Sales Associate | 01/04/1989 | | | | WH | M | 04/28/1952 | Full Time Regular (Ben Elig) | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| CHUMACHER,SHIRLEY | 204914 | Sales Manager | 08/17/1998 | | 03/30/2004 | Other Voluntary | WH | F | 12/12/1939 | Terminated - Pay Eligible | NEWPORT-LONG WHARF | SALES-EASTERN-TFFUS |
| " | | 2/1/03 Discovery manager | | | | | | | | | | |
| " | | 1/1/04 Sales manager (30 days) | | | | | | | | | | |
| " | | 1/31/04- Sales associate | | | | | | | | | | |

CONFIDENTIAL

This report may contain confidential information and is not to be distributed.

## Hutnick, Joe

| | |
|---|---|
| **Subject:** | Shirley |
| **Start:** | Mon 1/26/2004 12:00 AM |
| **End:** | Tue 1/27/2004 12:00 AM |
| **Show Time As:** | Free |
| **Recurrence:** | (none) |

Two reps came to me today (John Coppa and Dave Lemlar) claiming Shirley is spreading rumors claiming I called her names in public, because I was angry she called Wisconsin Dells. She said, "all she was trying to do was seek help and advice on how to do her job better." She went on to say, "she told me she was prepared to fly out there, willing to pay her own way if that's what it took to get better." Supposedly that's when I lost my cool and called her names. Apparently, John Coppa said the rumor she is spreading, is that I called her a bitch. According to Dave Lemlar, Shirley came to him complaining I called he an "old cuss,"— whatever that is. Shirley told Dave she believes I meant something else by it. I will not repeat it here.

Shirley is getting out of hand. It is my understanding that Shirley behaves in this manner all the time, i.e., spreading rumors and gossiping trying to undermine people. This, in an attempt to remove people and keep her job. I was warned about this behavior by Mike Iverson, my predecessor.

CONFIDENTIAL

FFR-000197

ATE: 02-AUG-02 TIME: 11:17 July 1 to 10 Equivest Finance, Inc. USER: PELLIS PAGE 0002

✓TOUR MULTI-ANALYSIS REPORT

TEAM

| | APPTS BOOKED | TOURS SHOWED | TOURS QUAL | TOURS NQ | GROSS SLS | GROSS WKS | CANCELS SLS | CANCELS WKS | NET SLS | NET WKS | VOLUME GROSS | VOLUME CANCEL | VOLUME FDI | VOLUME NET | CLS% GRS | CLS% NET | EFFCY NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| * INVALID AC | 287 | 159 | 133 | 26 | 5 | 5 | 3 | 3 | 2 | 2 | 61,900 | 31,500 | 0 | 30,400 | 4 | 1.5 | 228 |
| RHODE ISLAND | 2 | 2 | 2 | 0 | 2 | 2 | 0 | 0 | 2 | 2 | 17,400 | 0 | 0 | 17,400 | 100 | 100.0 | 8700 |
| RHODE ISLAND | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| JERRY POMERT | 373 | 373 | 349 | 24 | 26 | 26 | 7 | 7 | 19 | 19 | 307,100 | 75,200 | 0 | 231,900 | 7 | 5.4 | 664 |
| MIKE IVERSON | 301 | 301 | 279 | 22 | 19 | 19 | 6 | 6 | 13 | 13 | 241,060 | 72,000 | 0 | 169,060 | 7 | 4.7 | 605 |
| SHIRLEY SCHU | 298 | 298 | 280 | 18 | 44 | 44 | 17 | 17 | 27 | 27 | 553,700 | 205,900 | 0 | 347,800 | 16 | 9.6 | 1242 |
| STEVE SALERN | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| | 1263 | 1135 | 1045 | 90 | 96 | 96 | 33 | 33 | 63 | 63 | 1,181,160 | | | | | | |

↑

as you Can See
my Volume was
more then the
2 other mgrs.

CONFIDENTIAL

08-JUL-02 TIME: 15:24 JUNE ivest Finance, Inc. USER: EBROWN PAGE 0002

TOUR MULTI-ANALYSIS REPORT

ALES TEAM

| | APPTS | TOURS | | | GROSS | | CANCELS | | NET | | VOLUME | | | | CLS% | | EFFCY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | BOOKED | SHOWED | QUAL | NQ | SLS | WKS | SLS | WKS | SLS | WKS | GROSS | CANCEL | FDI | NET | GRS | NET | NET |
| E ISLAND | | | | | | | | | | | | | | | | | |
| INVALID | 250 | 110 | 90 | 20 | 6 | 6 | 1 | 1 | 5 | 5 | 68,200 | 10,700 | 0 | 57,500 | 7 | 5.6 | 638 |
| ODE ISLA | 5 | 5 | 4 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| RRY POME | 262 | 262 | 249 | 13 | 24 | 24 | 1 | 1 | 23 | 23 | 319,600 | 15,700 | 0 | 303,900 | 10 | 9.2 | 1220 |
| KE IVERS | 201 | 201 | 191 | 10 | 15 | 15 | 5 | 5 | 10 | 10 | 185,020 | 73,920 | 0 | 111,100 | 8 | 5.2 | 583 |
| IRLEY SC | 301 | 300 | 286 | 14 | 43 | 43 | 6 | 6 | 37 | 37 | 551,350 | 69,200 | 0 | 482,150 | 15 | 12.9 | 1685 |
| | 1019 | 878 | 820 | 58 | 88 | 88 | 13 | 13 | 75 | 75 | 1,124,170 | 169,520 | 0 | 954,650 | 11 | 9.1 | 1164 |
| | 1019 | 878 | 820 | 58 | 88 | 88 | 13 | 13 | 75 | 75 | 1,124,170 | 169,520 | 0 | 954,650 | 11 | 9.1 | 1164 |

CONFIDENTIAL

FFR-000164

TOUR MULTI-ANALYSIS REPORT

USER: EBROWN PAGE 0002

OFFICE / SALES TEAM

| | | APPTS BOOKED | TOURS SHOWED | TOURS QUAL | TOURS NQ | GROSS SLS | GROSS WKS | CANCELS SLS | CANCELS WKS | NET SLS | NET WKS | VOLUME GROSS | VOLUME CANCEL | VOLUME FDI | VOLUME NET | CLS% GRS | CLS% NET | EFFCY NET |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 RHODE ISLAND | | | | | | | | | | | | | | | | | | |
| | * INVALID | 657 | 77 | 56 | 21 | 2 | 2 | 0 | 0 | 2 | 2 | 15,700 | 0 | 0 | 15,700 | 4 | 3.6 | 280 |
| 101 | RHODE ISLA | 10 | 10 | 9 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| 13 | COCONUT MA | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| 13S | SUE ROSEN | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | .0 | 0 |
| 1J | JERRY POME | 286 | 285 | 266 | 19 | 22 | 22 | 4 | 4 | 18 | 18 | 294,900 | 47,100 | 0 | 247,800 | 8 | 6.8 | 931 |
| 1M | MIKE IVERS | 291 | 291 | 275 | 16 | 17 | 17 | 3 | 3 | 14 | 14 | 216,100 | 37,300 | 0 | 178,800 | 6 | 5.1 | 650 |
| 1S | SHIRLEY SC | 410 | 407 | 367 | 40 | 33 | 33 | 5 | 5 | 28 | 28 | 407,700 | 62,100 | 0 | 345,600 | 9 | 7.6 | 941 |
| | | 1658 | 1072 | 975 | 97 | 74 | 74 | 12 | 12 | 62 | 62 | 934,400 | 146,500 | 0 | 787,900 | 8 | 6.4 | 808 |
| | | 1658 | 1072 | 975 | 97 | 74 | 74 | 12 | 12 | 62 | 62 | 934,400 | 146,500 | 0 | 787,900 | 8 | 6.4 | 808 |

- .r 23

CONFIDENTIAL

# NOTICE OF CORRECTIVE ACTION

**EMPLOYEE'S NAME:** Shirley Schumacher **TODAY'S DATE:** June 14, 2002

**Type of Corrective Action (Circle one):** Verbal / Written / Termination

**Date of Infraction:** noted during April & May 2002

- Please understand that a written step is the **most serious corrective action** taken just short of dismissal.
- Please note that repetition of this issue can lead to additional corrective action up to and including termination.

**WHAT HAPPENED?**

NOT ACCURATE JT

~~Noted on repeated occasions failure to interview prospective sales reps,~~ cover front desk assistant's duties, and had a number of occasions when sales reps requested another manager for a T.O.

Also, projects a negative image when sales goals are not being met.

**POLICY THAT WAS VIOLATED?**

JT

~~Duties, as described in "Best Practices for Team Managers", require immediate improvement.~~

**REQUIRED IMPROVEMENT?**

Take proactive part in recruiting, training, and collateral duties such as front desk assignment, regular audio taping of representatives and review of tapes with them, and must be recognized as competent T.O. Must project positive image especially when sales goals are not being met.

Must review "Best Practices for Team Managers" manual to make sure that although being the T.O. is an important part of the job, she must also be a manager.

By signing below, I am simply acknowledging that I have read the above and understand it.

Shirley Schumacher

Signature of Employee Date

John W. Thomas 6/14/

Signature of person who issued corrective action Date

Witness (as needed) Date

C:\Documents and Settings\dvancouyghen\My Documents\JT\Notice of Corrective Action -ss6302.doc

FFR-000341

**Transaction Type:** LOA Begin

**Effective Date:** February 11, 2004

Resorts RECEIVED FEB 24 2004 CONFIDENTIAL

**Name:** Schumacher,Shirley
Last, First, Middle (as shown on Social Security Card)

**Social Security #:** 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 **WWID#:** 204914

**Hire Date:** 08/17/98

**Worksite # & Name:** 2231 - LONG WHARF,NEWPORT (SALES)

**Address:** Street Apt. # City State Zip Code

**Home Phone:** If REHIRE, prior dates of service:

*If source was an Employee Referral->* **Referring Employee's Name:**

**SS#**

**Reason for Termination:**

**LOA Begin Date:** 02/11/04

**LOA Return Date:** 04/11/04

**Last Day Worked:** **Job Title:**

**Leave Type:** ~~Medical (non FMLA) (LO/LX)~~ LS

**Eligible for Rehire?**

**Why NO?**

| CURRENT INFORMATION (FROM or New hire/Rehire) | | NEW INFORMATION (TO) | |
|---|---|---|---|
| Employment type: | | Employment type: | |
| Pay Class: | | Pay Class: | |
| Status: | | Status: | |
| Hrs/week: | | Hrs/week: | |
| Worksite #/Name: | | Worksite #/Name: | |
| Dept Code/Name: | | Dept Code/Name: | |
| Job Title: | Sales Associate | Job Title: | |
| Job Code: | | Job Code: | |
| Base Pay Rate: | per | Base Pay Rate: | per hour |
| Grade: | | Grade: | #### |
| Incentive Plan: | ☐ No ☐ Yes | Incentive Plan: | ☐ No ☐ Yes |
| Tip Eligible: | ☐ No ☐ Yes | Tip Eligible: | ☐ No ☐ Yes |
| Kronos Rule: | | Kronos Rule: | |
| Union Code: | | Union Code: | |
| Supervisor Name & Title | | Supervisor Name & Title | |

☐ Is Employee filling a NEW Supv Position? - *Attach list of employees reporting to this supervisor.*

☐ Is Employee REPLACING an existing supv: Former Supervisor:

FFR-000314

(*Type in name and job title)

Preparer [signature] * Jan Weber Date 2-19-04

1st Level Approval Employee's Mgr/Supv [signature] * Date 2-19-04

2nd Level Approval Manager's Mgr [signature] * Joe Hutnick Date 2-19-04

*Email Address for PAFs = FairfieldHRPAF@fairfieldresorts.com*

HUMAN RESOURCE USE ONLY ENTERED FEB 25 2004 EK

Lawson Input:

3

**Date March 16, 2004**

**RE: Medical Leave of Absence Notification**

Dear ______Shirley Schumacher_______,

You have requested a Medical Leave to commence on 2-11-2004 and end in an estimated _30_ days, on 4-11___. We also require that you and your physician complete the attached "Medical Certification" form. We will determine the length of approved leave based on the information provided on this form. Please note that the approval of the Medical Leave of Absence does not guarantee you any return to employment in your current position or an equivalent position.

In the event you do not return to work on the day your physician releases you to return to work, and do not receive an extension of your leave of absence, your employment will be administratively terminated on that day for failure to return from leave and treated as a voluntary termination. Your health and welfare benefits will end at the end of that month. You may reapply for employment with Cendant Corporation.

**What you should know:**

- A Medical Leave of Absence may be granted based on information provided on the Medical Certification form by your physician.
- A Medical Leave of Absence is an absence without pay.
- You must use your accrued and unused sick, vacation and personal days at the beginning of you medical leave, doing so will allow you to be compensated during a portion of your leave. Payroll can provide your current PTO accrued time.
- If you are maintaining health and welfare benefits during the leave, you are required to pay the employee portion of the premium payment.
- If you currently have an outstanding 401k loan, you are required to make loan repayments as stated in your amortization schedule.
- During your leave you are required to contact Fairfield Resorts Human Resources Representative and Supervisor/Manager every 15 days regarding your status and intention to return to work.
- Upon return to work, you must first present a "Fitness For Duty" form completed by your physician.
- If you require additional time, please contact me to arrange for a possible extension of your leave, however, Cendant is not obligated to grant such additional time and cannot guarantee that such a request will be granted.
- Your health and welfare benefits will continue through the duration of your approved leave. If you do not return to work, your health and welfare benefits will end on the last day of the month following the last day of the approved leave. Thereafter, you will be eligible to elect the following: COBRA health coverage, conversion of basic life insurance and port or convert supplemental life insurance. At that time Cendant will provide you with additional information regarding the continuation and termination of benefits.

If you require my assistance or have any questions, please call me at _401-845-1020_

Sincerely,

Jan Weber
Leave & Disability Coordinator
cc: Joe Hutnick