UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER

Plaintiff,

v.

CIVIL ACTION NO. 05-500T

FAIRFIELD RESORTS INC., a foreign Corporation doing business in RI and CORE INC., a foreign Corporation doing Business in RI; and A,B,C: Unknown,

Defendants,

**SECOND AMENDED STATEMENT OF DISPUTED MATERIAL FACTS IN OPOSITION TO DEFENDANT CORE, INC.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56, Plaintiff Shirley Schumacher ("Schumacher") submits the following Statement of Disputed Material Facts in support of her Objection to Defendant Core Inc's. ("Core") Motion for Summary Judgment.

1. Schumacher denies the allegation in paragraph 12 of Core's Statement of Undisputed Facts ("Core's Statement") and states that Core's letter of February, 25 2004 did not explain that she would be required to submit a completed Family Medical Certification Form if Core closed her file. What it said was that if her Short– term disability is not approved that the Medical Certification form must be completed and returned to Core. The letter also advised Schumacher that that her "family and medical leave entitlements would run concurrently with any approved disability absence" (Exhibit, A Schumacher Affidavit ("Affidavit") ¶ 5, Exhibit 4).

2. Schumacher denies the alleged facts in paragraph 13 of Core's Statement that states she did not submit an application to Core for FMLA leave because Fairfield authorized her leave. (Schumacher Affidavit, ¶ 4, Exhibit 3)

That Fairfield provided her with a Medical Certification Form to be completed and returned. (Schumacher Affidavit, ¶ 15, Exhibit 10)

3. Schumacher denies the alleged facts in paragraph 14 of Core's Statement and states that she did not receive a letter dated April 20, 2004 regarding her denial of FMLA benefits and therefore was not advised by Core of her ability to appeal. (Schumacher Affidavit, ¶ 10 Exhibit, 6)

Plaintiff Shirley Schumacher
By her Attorneys

/s/ Keven A. McKenna
Keven A. McKenna #662
McKenna Law, PC
23 Acorn Street
Providence, Rhode Island 02903
(401) 273-8200

/s/ Michael L. Solitro
Michael L. Solitro *(Admitted Pro Hac Vice)*
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2007, a copy of the within was served by ECF on the following counsel of record;

Raymond M. Ripple, Esq.
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Brooks Magratten, Esq.
Timothy M. Bliss
Vetter & White
20 Washington Place Providence, RI 02903

/s/ Michael L. Solitro