UNITED STATES DICTRICT COURT
DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER }
Plaintiff, }
v.
}
FAIRFIELD RESORTS INC., a foreign
Corporation doing business in RI and }
CORE INC., a foreign Corporation doing
Business in RI ; and A,B,C: Unknown, }
Defendants, }

CIVIL ACTION NO. 05-500T

**AFFIDAVIT OF PLAINTIFF SHIRLEY SCHUMACHER IN SUPPORT OF HER OBJECTION TO CORE INC.'S MOTION FOR SUMMARY JUDGMENT**

I Shirley Schumacher on oath, depose and says as follows:

1. I am a resident of the State of Rhode Island I am over twenty-one years of age and give this affidavit of my own free will. I have personal knowledge of the information contained in this affidavit.

2. On February 19, 2004 I notified Core that my address had been changed to Purgatory, Rd. Middletown Rhode Island. Annexed hereto as Exhibit 1 a true copy of an electronic event log recording my call produced by Core. Bates Numbered BRO-0002

3. That I submitted a medical Disability Certificate to Fairfield Dated February 11, 2004. Annexed hereto as Exhibit 2 is a true copy produced by Fairfield. Bates Numbered FFR-000020

4. That I was placed on authorized leave by Fairfield as of February 11, 2004 through April 11, 2004. Annexed hereto as Exhibit 3 is a true copy produced by Fairfield. Bates Numbered FFR-0000314

5. Annexed hereto as Exhibit 4 is a true copy of the Core Letter Dated February 25, 2004 informing me that "family and medical leave entitlements will run concurrently with any approved disability absence". Bates Numbered BRO-0007-BRO-0008

6. On February 26, 2004 I contacted core to inform them that I was not making application for short term disability through Core. That I elected instead to receive disability benefits from State of Rhode Island. Annexed hereto as Exhibit 5 is a true copy of an electronic event log recording my call produced by Core. Bates Numbered BRO- 00050

7. Core advised me it would get back to me regarding my short-term disability status. (Exhibit 5, annexed hereto)

8. I did not make application for short term disability to Core.

9. I did not have any further contact with Core until I contacted it on April 30, 2004. (Exhibit 5, annexed hereto)

10. I was not informed by Core that my application for FMLA had been denied. Core's letter of April 20, 2004 was mailed to the wrong address and I did not receive it. Annexed hereto is a true copy of that letter produced by Core. Bates Numbered BRO 00017 ( Exhibit, 6 attached hereto)

11. Fairfield notified me of my denial of FMLA leave by letter Dated April 21, 2004. Bates Numbered FFR-000379 (Exhibit 7, attached hereto)

12. I contacted Core on May 6, 2004 to appeal my denial and was advised of appeal process. ( Exhibit, 5 annexed hereto)

13. Annexed hereto is a copy of my appeal to Core. Bates Numbered BRO 00041 -00045 (Exhibit, 8 )

14. Annexed hereto is a copy of the denial of my appeal by Core also mailed to the wrong address Bates Numbered BRO 00029 - BRO00030 (Exhibit, 9)

15. Annexed hereto is a true copy of the Medical Certification Form submitted to Fairfield. Bates Numbered FFR- 000309 - FFR000310 (Exhibit, 10)

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Shirley Schumacher
Shirley Schumacher

STATE OF RHODE ISLAND
PROVIDENCE, Sc.

Subscribed and sworn to before me this 19th day of ~~August~~ September, 2006

Michael L. Solitro
Notary Public

My Commission Expires 8/31/07
ID# 33940