worked 1224 hours in the past 12 months. Please note this information is needed to determine the employee's eligibility for federal and state FMLA entitlements. In accordance with FMLA law, the employee will be deemed eligible for this absence if CORE does not receive due reply within two business days from the date of this request. Thanks & Regards,

2/19/2004 01:25 P.M. created by MATT HEMEON

EE works F-Th, Sa-Su; 9-5p

2/19/2004 11:20 A.M. created by KELLY MORRISON

✓ TCF EE to advise her address has been changed to 478 Pergatory Rd Middleton, RI 02824.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 201.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 202.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 204.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter E 204.0 has been sent to KAREN.HASKEW@FAIRFIELDRESORTS.COM.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 202.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 501.0 has been sent to cendant inbox@coreinc.com.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter: E 501.0 has been printed.

2/19/2004 11:15 A.M. created by MATT HEMEON

Letter C 201.0 has been sent to cendant inbox@coreinc.com.

* Note - EE's call in absence via TAP center, so no support for date called in. Assumption is 2/19, which generated the letter

**WICKFORD JUNCTION MEDICAL WALK-IN**
1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222
**JAMES D. GLOOR, M.D.**

**DISABILITY CERTIFICATE**

Date 2-11-04

This is to certify that Shirley Schumacher
has been under my care for Medical Reason
and is / was unable to perform his / her regular job duties:

Total Disability: From 2-11-04 Through 4-11-04
Light Duty: From ______ Through ______
Restrictions: ______

Remarks: ______

Dr. James Gloor MD/JH

#13140 — ©Medical Arts Press® 1-800-328-2179

**WICKFORD JUNCTION MEDICAL WALK-IN**
1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222
**JAMES D. GLOOR, M.D.**

**DISABILITY CERTIFICATE**

Date 4-10-04

This is to certify that SHirLey Schumacher
has been under my care for Sit. stress
and is / was unable to perform his / her regular job duties:

Total Disability: From 4/10/04 Through 5-11-04
Light Duty: From ______ Through ______
Restrictions: ______

Remarks: ______

Dr. James D Gloor MD

CONFIDENTIAL

# Personnel Action Form (PAF)

Fairfield Resorts

RECEIVED FEB 2 4 2004

CONFIDENTIAL

**Transaction Type:** LOA Begin

**Effective Date:** February 11, 2004

**Name:** Schumacher,Shirley
Last, First, Middle (as shown on Social Security Card)

**Social Security #:** 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 **WWID#:** 204914

**Hire Date:** 08/17/98

**Worksite # & Name:** 2231 - LONG WHARF,NEWPORT (SALES)

**Address:** Street Apt. # City State Zip Code

**Home Phone:**

**If REHIRE, prior dates of service:**

*If source was an Employee Referral->* **Referring Employee's Name:**

**SS#**

**LOA Begin Date:** 02/11/04

**LOA Return Date:** 04/11/04

**Leave Type:** ~~Medical (non FMLA) (LO/LX)~~ LS

**Reason for Termination:**

**Last Day Worked:**

**Job Title:**

**Eligible for Rehire?**

**Why NO?**

| CURRENT INFORMATION (FROM or New hire/Rehire) | | NEW INFORMATION (TO) | |
|---|---|---|---|
| Employment type: | | Employment type: | |
| Pay Class: | | Pay Class: | |
| Status: | | Status: | |
| Hrs/week: | | Hrs/week: | |
| Worksite #/Name: | | Worksite #/Name: | |
| Dept Code/Name: | | Dept Code/Name: | |
| Job Title: | Sales Associate | Job Title: | |
| Job Code: | | Job Code: | |
| Base Pay Rate: | per | Base Pay Rate: | per hour |
| Grade: | | Grade: | #### |
| Incentive Plan: | ☐ No ☐ Yes | Incentive Plan: | ☐ No ☐ Yes |
| Tip Eligible : | ☐ No ☐ Yes | Tip Eligible : | ☐ No ☐ Yes |
| Kronos Rule: | | Kronos Rule: | |
| Union Code: | | Union Code: | |
| Supervisor Name & Title | | Supervisor Name & Title | |

☐ **Is Employee filling a NEW Supv Position? -** ***Attach list of employees reporting to this supervisor.***

☐ **Is Employee REPLACING an existing supv: Former Supervisor:**

FFR-000314

(*Type in name and job title)

| | | |
|---|---|---|
| **Preparer** | * Jan Weber [signature] | Date 2-19-04 |
| **1st Level Approval** Employee's Mgr/Supv | * [signature] | Date 2-19-04 |
| **2nd Level Approval** Manager's Mgr | * Joe Hutnick [signature] | Date 2-19-04 |

***Email Address for PAFs = FairfieldHRPAF@fairfieldresorts.com***

**HUMAN RESOURCE USE ONLY**

**Lawson Input:** ENTERED FEB 25 2004 EK

3

Cendant

02/25/2004

EE

SHIRLEY SCHUMACHER
478 PURGATORY ROAD
MIDDLETON, RI 02824

Dear SHIRLEY SCHUMACHER:

Your reported absence beginning 01/31/2004 is being reviewed for short-term disability benefit(s). CORE, INC. has reviewed these dates for possible job protection under your available family and medical leave entitlements(s).

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Start Time | End Time | Transaction # | Eligibility |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/03/2004 - 02/05/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/07/2004 - 02/08/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/10/2004 - 02/12/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/14/2004 - 02/15/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/17/2004 - 02/19/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/21/2004 - 02/22/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/24/2004 - 02/26/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 02/28/2004 - 02/29/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/02/2004 - 03/04/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/06/2004 - 03/07/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/09/2004 - 03/11/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

BRO 0007

| | | | | |
|---|---|---|---|---|
| 03/13/2004 - 03/14/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/16/2004 - 03/18/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/20/2004 - 03/21/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/23/2004 - 03/25/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/27/2004 - 03/28/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |
| 03/30/2004 | 9:00 AM | 5:00 PM | 200000051265 | Eligible |

Reason: The employee is ineligible because the employee has not worked the minimum hours required in the 12 months preceding the first day of this absence.

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

If you have been found ineligible for any entitlement, you or your manager may request an administrative review of this decision by submitting the request *in writing* to CORE, along with any substantiating information.

Our office must receive the request via fax or mail, on or before 03/02/2004. Please allow for appropriate mailing time. We strongly recommend that you retain a copy of the request and proof of mailing/faxing for your records.

If you are eligible, the family and medical leave entitlement will run concurrently with any approved disability absence. The enclosed document describes your rights and responsibilities under the family and medical leave entitlement(s) to which you are entitled. You have no further obligation to provide clinical documentation for FMLA as long as your absence is being reviewed for or is approved for short term disability benefits. If your short-term disability is not approved for the full length of your absence, the attached certification form must be completed by your physician and returned to CORE within 7 business days of the STD decision.

You are responsible for communicating with your manager throughout any absence, especially if there is a cancellation, extension or change to any approved period of absence.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626 or log onto our Web site at www.coreworkability.com if you have access.

Thank you,

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
901 Washington Ave. Suite 103
Portland, ME 04103
Phone: 1-866-537-7626
Fax: 1-207-228-2947

Enc. Family and medical leave certification form
Rights and responsibilities

E 501.0

| | | | | |
|---|---|---|---|---|
| 05/18/2004 10:25:16 | Unknown | Fax | Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF Task to CO, fwd to FML inbox. | Incoming |
| 05/06/2004 14:24:26 | Inquiry | Phone | TCF EE to ask about appeal informed of denial and appeal process | Incoming |
| 04/30/2004 13:24:36 | Inquiry | Phone | TCF EE stating that she does not understand why she was denied by CORE because she did not request disability thru CORE. EE states that she was paid her full salary thru RI disability. EE states that she has been administratively termed at this time. Advised EE per AM that she does not need to have STD thru CORE if she is already receiving full pay thru RI. | Incoming |
| 04/19/2004 16:47:34 | Inquiry | Fax | | Outgoing |
| 03/08/2004 08:45:13 | Notification | Letter | Cendant No Response Denial | Outgoing |
| 02/27/2004 08:11:32 | Follow Up Call | Phone | TCT EE to inform that CORE needs to follow STD claim even though EE has rec'd RI State Dis. No answer and unable to leave message. | Outgoing |
| 02/27/2004 07:12:29 | Case Owner | Fax | Brenda Mower Tebo | Outgoing |
| 02/26/2004 06:34:03 | Notification | Phone | TCF EE stating that she does not want CORE to manage her claim and that she has already been approved to rec'v RI state benefits. Advised EE that CORE manages claim and offsets RI benefit. EE states that she doesn't want CORE following claim. Advised EE will check with AM regarding issue and have AM contact her. | Incoming |
| 02/20/2004 10:58:30 | Unknown | Fax | fax to ap office. Facsimile Transmittal To: Dr. Gloor ` Fax: 401-294-8222 From: Brenda Mower-Teboe RN BA BSN Fax: 207-228-2947 Phone: 877-489-9782, Ext. 2452 Date: 02/20/2004 Pages (including cover): 4 RE: Shirley Schumacher ma □ Urgent □ For Review □ Please C... | Outgoing |
| 02/20/2004 10:52:27 | Notification | Letter | Cendant APS EE | Outgoing |
| 02/20/2004 10:51:20 | Unknown | Phone | attempted to call ee. phone not in service. | Outgoing |
| 02/20/2004 10:50:52 | Unknown | Phone | tct ap office. sw cindy. requesting faxed request and mr 401-294-8222. | Outgoing |