Cendant

04/20/2004

EE

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT RI 02840

Dear SHIRLEY SCHUMACHER

CORE, INC has reviewed the documentation relating to the following dates of absence After careful review, and based on the FMLA entitlement guidelines, the following determination has been made:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason The request has been denied because CORE did not receive the family and medical leave certification form from the employee's provider

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

BRO 00017

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

FFR-000379

I wish to appeal
this decision.

On April 21.04 I received the enclosed letter, which was sent to old address & didn't receive till much later.

I spoke with Core in Feb and informed them I had chosen to go with T.D.I. Instead of FMLA. Therefore not using my disability through Fairfield. However see att on 4-6-04 a Physicians Statement was sent to Fairfield (see Att) also doctors Certificates where sent to my Employer.

I am out of work due to these and should not be discharged on these reasons. I need my Coverage because of my Ilness. I feel I should be reinstated & my benefit in tact. I spoke with TDI & they claim I should not be discharged for the reasons given & in the State of R.I you Cannot play double advocate.

Ther for I wish to appeal your decession,

Thank you.
Sheryl Schumacher

P

# Physician's Statement Of Fitness-For-Duty Release

Patient (Employee) Name: Shirley N. Schumacher Date:

Employee Position (copy of job description attached):

## Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee) [signature]

Date Signed 3-29-04

## Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? ____ Yes ✓ No

   Date patient (employee) is released to return to work: UNKNOWN

3. Please describe any work-related physical and/or mental limitations. UNABLE TO FOCUS /CONCENTRATE; DECREASED ROM

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.
   N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

Print or Type Physician's Name: James D. Gloor, M.D.
Wickford Junction Medical Walk-In

Physician's Signature [signature]

Street Address: 1051 Ten Rod Road, Unit B-2/10

City/State/Zip: North Kingstown, RI 02852

Telephone Number (401) 294-8200

BRO 00042

3. **Treatment:**
Follow-up treatments are scheduled to commence on 4 / 10 / 04 through UNKNOWN ___/___/___.
The treatment is WEEKLY times per — MONTHLY (day, week, month).
The approximate length of the actual treatment is 1 HR. (minutes, hours).

4. **Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**
PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

5. **Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
MEDICAL FACTS: PATIENT IS AGITATED ; UNABLE TO FOCUS ; INCREASED SITUATIONAL STRESS - RE: DEATH OF SPOUSE

Choose One:

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job? yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child incapable of self-care in three or more of the activities of daily living? yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort? yes ☐ no ☐

6. You are providing medical certification for: Choose One

☑ The current absence only: Starting 02 / 08 / 04 and Ending ___/___/___. May return to work on: UNKNOWN ___/___/___.

☐ The current absence from ___/___/___ to ___/___/___ AND future intermittent absences:
The likely frequency of episodes of incapacity is ________ times per ________ (7 days, 30 days, 6 months), each absence lasting approximately ________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ________ times per ________ (7 days, 30 days, 6 months) each absence lasting approximately ________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

I (Health Care Provider's Signature) [signature] certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or the expected frequency I have entered above. Date Signed 02 / 12 / 04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 294 - 8000 Health Care Provider's Fax Number (401) 294 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE. may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 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

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

# Medical Certification Form

PLEASE PRINT CLEARLY

EMPLOYEE to complete SECTION A: Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

Reason for Leave:

- ☒ A serious health condition that makes you unable to perform the essential functions of your job.
- ☐ A serious health condition affecting your family member for which you are needed to provide care.

_______________ / _______________ / _______________

Full Name of Relative — Relationship to Employee — If child, Date of Birth

- ☐ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___ I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoptio
- ☐ Does this employer also employ your spouse? yes ☐ no ☒

If YES, then: Name of Spouse _______________ Spouse's SS# or ID # _______________

☐ Pregnancy Estimated Date of Delivery ___/___/___

DATES OF ABSENCE

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2 / 8 / 04 through 05 / 11 / 04 Expected (actual if known) return to work on ___/___/___

OR

Individual dates of absence for this condition: ___/___/___ ___/___/___ ___/___/___ ___/___/___

I have not been absent for this condition at this time. Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

Signature of Family Member (if absence is to care for the family member over 18) _______________ Date 3/20/04

Signature of Employee *Shirley Schumacher* Date 3/20/04

BRO 00045

HEALTH CARE PROVIDER to complete SECTION B:

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as:** The inability to perform one or more job functions OR perform regular daily activities due to a serious hea condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

- ☐ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.
- ☐ **Pregnancy:** Any period of **Incapacity** due to pregnancy or for prenatal care. EDC ___/___/___
- ☑ **Absence Plus Treatment (Acute)** The period of **Incapacity** exceeds three (3) consecutive calendar days and involves treatment two (2 or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)
- ☐ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of **Incapacity**.
- ☐ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)
- ☐ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **Incapacity** of more than 3 consecutive calendar days without medical treatment of intervention)
- ☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee

Cendant

05/25/2004

EE

SHIRLEY SCHUMACHER
24 MARY ST
APT 215
NEWPORT, RI 02840

Dear SHIRLEY SCHUMACHER:

CORE, INC. has received your request for reconsideration of a previously denied request. CORE has reviewed the additional information supplied and is unable to overturn its earlier decision for the following absences:

**Federal Family and Medical Leave Act (FMLA)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame.

**Rhode Island Parental and Family Medical Leave Act (RIFML)**

| Date(s) of Absence | Transaction # | Start Time | End Time | Status |
|---|---|---|---|---|
| 01/31/2004 - 02/01/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/03/2004 - 02/05/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/07/2004 - 02/08/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/10/2004 - 02/12/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/14/2004 - 02/15/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/17/2004 - 02/19/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/21/2004 - 02/22/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/24/2004 - 02/26/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 02/28/2004 - 02/29/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/02/2004 - 03/04/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

BRO 00029

| | | | | |
|---|---|---|---|---|
| 03/06/2004 - 03/07/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/09/2004 - 03/11/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/13/2004 - 03/14/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/16/2004 - 03/18/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/20/2004 - 03/21/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/23/2004 - 03/25/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/27/2004 - 03/28/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |
| 03/30/2004 | 200000051265 | 9:00 AM | 5:00 PM | Denied |

Reason: The denial will be upheld because the appeal request was received after the allowable time frame. ~~EE was date~~ Appeal was due 4.26.04. EE submitted on 5/14

Estimated date you will become eligible if you continue to work a normal work schedule: 2/17/2004.

Because you are denied, job protection under these entitlement(s) does not apply

No further opportunity to reconsider these denials will be offered based on CORE's agreement with Cendant.

If you have any questions about your FMLA request or would like to report changes in your absence, please call 1-866-537-7626.

Thank you.

CORE, INC.
Family Leave Absence Manager

CORE-Portland (Cendant)
1 Riverfront Plaza
Westbrook, ME 04092
Phone: 1-866-537-7626
Fax: 1-781-270-8646

E 204.0

# Medical Certification Form

PLEASE PRINT CLEARLY

CONFIDENTIAL

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

**Reason for Leave:**

☒ A serious health condition that makes you unable to perform the essential functions of your job.

☐ A serious health condition affecting your family member for which you are needed to provide care.

_____ / _____ / _____
Full Name of Relative — Relationship to Employee — If child, Date of Birth

☐ The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___.
I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.

☐ Does this employer also employ your spouse? yes ☐ no ☒

If YES, then: Name of Spouse ______________ Spouse's SS# or ID # ______________

☐ Pregnancy — Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2 / 8 / 04 through 05 / 11 / 04 Expected (actual if known) return to work on ___/___/___

OR

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ___/___/___

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or ☐ Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member (if absence is to care for the family member over 18)** ______________ Date 3/30/04

**Signature of Employee** Shirley Schumacher Date 3/30/04

## HEALTH CARE PROVIDER to complete SECTION B:

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as**: The inability to perform one or more job functions OR perform regular daily activities due to a serious health condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving one of the following that prevents the employee from performing an essential function of their job

☐ **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.

☐ **Pregnancy:** Any period of **incapacity** due to pregnancy or for prenatal care. EDC ___/___/___

☑ **Absence Plus Treatment (Acute)** The period of **incapacity** exceeds three (3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)

☐ **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of **incapacity**.

☐ **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)

☐ **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **incapacity** of more than 3 consecutive calendar days without medical treatment of intervention)

☐ **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee.

2. Patient was last seen on 04 / 10 / 04 Next scheduled appointment 05 / 11 / 04

CONFIDENTIAL

3. Treatment:
Follow-up treatments are scheduled to commence on 4 / 10 / 04 through UNKNOWN __/__/__.
The treatment is WEEKLY times per – MONTHLY (day, week, month).
The approximate length of the actual treatment is 1 HR. (minutes, hours).

**4. Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**
PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

**5. Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
**MEDICAL FACTS:** PATIENT IS AGITATED ; UNABLE TO FOCUS ; INCREASED SITUATIONAL STRESS – RECENT DEATH OF SPOUSE

**Choose One:**

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child incapable of self-care in three or more of the activities of daily living?
yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort?
yes ☐ no ☐

**6. You are providing medical certification for: Choose One**

☑ **The current absence only:** Starting 02/ 08/ 04 and Ending __/__/__. May return to work on: UNKNOWN __/__/__.

☐ **The current absence from** __/__/__ to __/__/__ **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months), each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from __/__/__ through __/__/__

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ______ times per ______ (7 days, 30 days, 6 months) each absence lasting approximately ______ (minutes, hours, days) each time.
Certification for future absences is requested from __/__/__ through __/__/__

I (Health Care Provider's Signature) [signature] **certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or at the expected frequency I have entered above.** Date Signed 04 / 12 / 04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 294 - 8200 Health Care Provider's Fax Number (401) 294 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE. This may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 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

Employer: Fairfield Resorts Inc

FFR-000310