# Conti uous Performance A praisal

**Employee Name:** Shirley Schumacher **Date of Hire:** ______

**Employee Position:** Sales Rep **Manager:** ______

CONFID

Type: P = Performance C = Conduct A = Attendance
Action: DWE = Discussed w/ Employee DO = Documented Only CC = Corrective Communication D = Dismissed

| Type | Action | Date | Performance Observations | Follow-up Date |
|---|---|---|---|---|
| DWE | | 3/30 | called Shirley - claims she has forms for Dr. will see them on 9th & bring back on 11th - advised OK. | |

CONFIDENTIAL

Jan.

My Doctor is mailing you all the information you need I was to him last wk.

Thank you

Shirley

**WICKFORD JUNCTION MEDICAL WALK-IN**

1051 Ten Rod Road, Unit B-2/10
North Kingstown, Rhode Island 02852
Tel: (401) 294-8200 Fax: (401) 294-8222

**JAMES D. GLOOR, M.D.**

**DISABILITY CERTIFICATE**

This is to certify that SHIRLEY Schumacher Date 4-10-04

has been under my care for Sit. stress

and is / was unable to perform his / her regular job duties:

Total Disability: From 4/10/04 Through 5-11-04

Light Duty: From ______ Through ______

Restrictions: ______

Remarks: ______

Dr. James D. Gloor MD

FFR-0000382

Physician's Statement Of Fitness-For-Duty Release



Patient (Employee) Name: SHIRLEY N. SCHUMACHER Date:

Employee Position (copy of job description attached):

PLAINTIFF'S EXHIBIT 1 Dr. Gloor LISNP 6/9/06

## Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee): Shirley Schumacher

Date Signed: 3-29-04

## Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04.

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? ____ Yes ✓ No

   Date patient (employee) is released to return to work: UNKNOWN.

3. Please describe any work-related physical and/or mental limitations. UNABLE TO FOCUS / CONCENTRATE ; DECREASED MOOD

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.
   N/A

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

Print or Type Physician's Name: James D. Gloor, M.D. Wickford Junction Medical Walk-In

Physician's Signature: [signature]

Street Address: 1051 Ten Rod Road, Unit B-2/10 North Kingstown, RI 02852

City/State/Zip:

Telephone Number: (401) 294-8200

# Physician's Statement Of Fitness-For-Duty Release

CONFIDENTIAL

Patient (Employee) Name: SHIRLEY N. SCHUMACHER Date:

Employee Position (copy of job description attached):

## Patient's Authorization

I authorize the Company's designated representative to contact my physician(s) to confirm any information provided regarding my physical or mental fitness to return to work. I authorize my physician(s) (or his/her representative) to release any information related to my fitness to return to work.

Signature of Patient (Employee): Shirley Schumacher
Date Signed: 3-29-04

## Physician's Certification

1. Please specify the date you last examined the patient (employee). 04/10/04.

2. Is this patient (employee) physically and mentally fit to return to work and perform the essential duties of his/her position with or without accommodation? ____Yes ✓ No

   Date patient (employee) is released to return to work: UNKNOWN.

3. Please describe any work-related physical and/or mental limitations. UNABLE TO FOCUS /CONCENTRATE ; DECREASED MOOD.

4. If the patient (employee) needs accommodation to enable him/her to perform the essential functions of the position, please describe the type of accommodation.
   N/A.

5. Does the patient's condition (s) pose a direct threat to the health or safety of any other employee? Please specify. No

Print or Type Physician's Name: James D. Gloor, M.D.
Wickford Junction Medical Walk-In
Physician's Signature: [signature]

Street Address: 1051 Ten Rod Road, Unit B-2/10

City/State/Zip: North Kingstown, RI 02852

Telephone Number: (401) 294-8200

PLEASE PRINT CLEARLY

CONFIDENTIAL

**EMPLOYEE** to complete **SECTION A:** Also complete the bottom of page 2 (Employee Name and ID Number)

| Employee's Name | Employee SS Number or ID Number | Date of Birth |
|---|---|---|
| Shirley H. Schumacher | 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 | 12/12/39 |

**Reason for Leave:**

- [x] A serious health condition that makes you unable to perform the essential functions of your job.
- [ ] A serious health condition affecting your family member for which you are needed to provide care.

_______________ / _______________ / _______________
Full Name of Relative / Relationship to Employee / If child, Date of Birth

- [ ] The birth of your child, or the placement of a child with you for adoption or foster care for the period beginning ___/___/___.
  I understand that I must attach documentation supporting the date of my child's birth, or the date of foster placement or adoption.
- [ ] Does this employer also employ your spouse? yes [ ] no [x]

If YES, then: Name of Spouse _______________ Spouse's SS# or ID # _______________

- [ ] Pregnancy Estimated Date of Delivery ___/___/___

**DATES OF ABSENCE**

Note this example: Friday & Monday are considered "consecutive" if your regular days off are Saturday & Sunday

Consecutive Dates of Absence: 2/8/04 through 05/11/04 Expected (actual if known) return to work on ___/___/___

**OR**

Individual dates of absence for this condition: ___/___/___, ___/___/___, ___/___/___, ___/___/___, ___/___/___

**I have not been absent for this condition at this time.** Form is being submitted for expected future absence(s) on ___/___/___ through ___/___/___ or [ ] Unknown Dates

By placing my signature below, I authorize my health care provider to (a) complete this form and (b) to provide clarification of the information, verbally or in writing

**Signature of Family Member** (**if absence is to care for the family member over 18**) _______________ Date 3/30/04

**Signature of Employee** Shirley Schumacher Date 3/30/04

**HEALTH CARE PROVIDER** to complete **SECTION B:**

**Please ensure all applicable areas on both pages are fully completed, or the form will be returned.**

**INCAPACITY is defined as**: The inability to perform one or more job functions OR perform regular daily activities due to a serious health condition, treatment for the condition or recovery from the condition. **PROVIDE THE SUPPORTING MEDICAL FACTS ON PAGE 2.**

1. Does your patient's condition qualify as a "Serious Health Condition" defined in the Federal Statute as: an illness, injury, physical or mental condition involving **one** of the following that prevents the employee from performing an essential function of their job

- [ ] **Inpatient Care:** (Overnight stay in a hospital, hospice or residential medical care facility & subsequent treatment in connection with, or consequent to, such inpatient care.) Date of Admission: ___/___/___ Discharge expected/occurred on: ___/___/___.
- [ ] **Pregnancy**: Any period of **incapacity** due to pregnancy or for prenatal care. EDC ___/___/___
- [x] **Absence Plus Treatment (Acute)** The period of **incapacity** exceeds three (3) consecutive calendar days and involves treatment two (2) or more times by the health care provider, or treatment on at least one occasion which resulted in a regimen of continuing treatment. (Examples of treatment: Prescription drugs, PT, OT, examinations to determine if a serious health condition exists and evaluations of the condition. Treatment does NOT include routine physical, eye, or dental examinations.)
- [ ] **Chronic Condition Requiring Treatment** The patient requires periodic visits to the health care provider for treatment, the condition continues over an extended period of time, and the condition may cause episodic rather than a continuing period of **incapacity**.
- [ ] **Permanent/ Long Term Condition Requiring Supervision** (Example: Alzheimer's, Severe Stroke, terminal stages of disease)
- [ ] **Multiple Treatments and/or Follow-up Appointments** (Examples of treatments include: Dialysis, Physical Therapy Chemotherapy and recovery there-from; restorative surgery following accident or injury or a condition that would likely result in a period of **incapacity** of more than 3 consecutive calendar days without medical treatment of intervention)
- [ ] **None of the Above** If "none of the above", then the patient's condition does not qualify as a serious health condition and no further documentation is required. Please sign the form and return to the employee.

2. Patient was last seen on 04/10/04 Next scheduled appointment 05/11/04

CONFIDENTIAL

3. **Treatment:** UNKNOWN
Follow-up treatments are scheduled to commence on 4 / 10 / 04 through ___/___/___.

The treatment is WEEKLY times per – MONTHLY (day, week, month).

The approximate length of the actual treatment is 1 HR. (minutes, hours).

4. **Provide a description of the continuing regimen of treatment such as therapy, prescription medications, etc.**
PRESCRIPTION MEDICATIONS
PSYCHOTHERAPEUTIC COUNSELING

5. **Provide the medical facts that support your identification of this illness as a serious health condition as defined.**
**MEDICAL FACTS:** PATIENT IS AGITATED; UNABLE TO FOCUS; INCREASED SITUATIONAL STRESS - RECENT DEATH OF SPOUSE

**Choose One:**

- If for the employee's own condition, does the condition keep the employee from performing the essential functions of his/her job?
yes ☑ no ☐
- If leave is to care for a child over the age of 18, is the child incapable of self-care in three or more of the activities of daily living?
yes ☐ no ☐
- If the employee requires leave to care for a family member with a serious health condition, does the patient require assistance for: Basic Medical or Personal Needs, Safety, Transportation or Psychological Comfort?
yes ☐ no ☐

6. **You are providing medical certification for: Choose One**

☑ **The current absence only:** Starting 02/ 08/ 04 and Ending ___/___/___. May return to work on: UNKNOWN ___/___/___.

☐ **The current absence from** ___/___/___ to ___/___/___ **AND future intermittent absences:**
The likely frequency of episodes of incapacity is ________ times per ____________ (7 days, 30 days, 6 months), each absence lasting approximately ____________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

☐ **Future intermittent absences only:**
The likely frequency of episodes of incapacity is ________ times per ____________ (7 days, 30 days, 6 months) each absence lasting approximately ____________ (minutes, hours, days) each time.
Certification for future absences is requested from ___/___/___ through ___/___/___

I (Health Care Provider's Signature) [signature] **certify that the above information is true and correct and the above named employee is unable to perform the basic functions of his/her job for the dates indicated above and/or at the expected frequency I have entered above.** Date Signed 04 / 12 / 04

Health Care Provider's Printed Name James D. Gloor, M.D. Specialty GENERAL MEDICINE

Health Care Provider's Address Wickford Junction Medical Walk-In
1051 Ten Rod Road, Unit B-2/10
North Kingstown, RI 02852

Health Care Provider's Phone Number (401) 294 - 8200 Health Care Provider's Fax Number (401) 294 - 8222

We strongly recommend that you retain a copy of this form in the event clarification of its content is needed. INCOMPLETE FORMS WILL BE RETURNED TO THE EMPLOYEE. This may result in a delay of approval or a denial. You may return this form to your patient.

**Employee Name** Shirley Schumacher **Employee SS/ID#** 062 - 28 - 3075

Employer: Fairfield Resorts Inc

and notification concerning termination of her employment, among other things as well as information produced by CORE, Inc. in response to Plaintiff's discovery requests. Please see documents Bates numbered FFR-000309 – FFR-000392.

**Interrogatory and Document Request No. 12:**

When did you first contemplate terminating Plaintiffs employment?

**Response to Interrogatory and Document Request No. 12:**

Fairfield objects to the foregoing interrogatory as vague and not reasonably calculated to lead to the discovery of admissible evidence. Plaintiff's termination was not discussed prior to her failure to return from an unapproved absence. To the extent a Fairfield employee with the authority to terminate Plaintiff's employment "contemplated" that possibility, such information is more appropriately elicited by other means of discovery, namely, depositions.

**Interrogatory and Document Request No. 13:**

Please identify each person who participated in deciding to terminate Plaintiffs employment or who reviewed the decision to terminate Plaintiff's employment.

**Response to Interrogatory and Document Request No. 13:**

The decision to terminate Plaintiff's employment was made by Joseph Hutnick in consultation with Janice Weber. Ms. Weber is a former employee and is not readily available to Fairfield, however, Mr. Hutnick asked Ms. Weber to consult with Fairfield's Human Resources Department to confirm his decision and it is believed that Ms. Weber did so.

Fairfield Resorts
A CENDANT COMPANY

April 21, 2004

CONFIDENTIAL

Dear Shirley:

Our vendor, CORE, has informed us that your application for FMLA was denied on 3-30-2004. As a consequence of this decision, you are being discharged effective 3-30-2004.

If you have any questions on this denial, please contact CORE at 1-866-537-7626. You will receive information on COBRA in the mail in the near future.

You may reapply for a position with the Company when your doctor releases you to work. Please note however that you are not afforded any guarantee of employment in your former position or an equivalent position.

If you have any other questions feel free to contact me.

Sincerely,

Janice Weber

Janice Weber
Administrative Manager
Fairfield Resorts Newport

CC: Joe Hutnick VP Sales and Marketing

Bill Sbrocco – Director Human Resources

FFR-000379

| | | | | |
|---|---|---|---|---|
| 05/18/2004 10:25:16 | Unknown | Fax | Rec'd on 5/14 appeal letter, Fitness for Duty Release, and CF. Task to CO, fwd to FML inbox. | Incoming |
| 05/06/2004 14:24:26 | Inquiry | Phone | TCF EE to ask about appeal informed of denial and appeal process | Incoming |
| 04/30/2004 13:24:36 | Inquiry | Phone | TCF EE stating that she does not understand why she was denied by CORE because she did not request disability thru CORE. EE states that she was paid her full salary thru RI disability. EE states that she has been administratively termed at this time. Advised EE per AM that she does not need to have STD thru CORE if she is already receiving full pay thru RI. | Incoming |
| 04/19/2004 16:47:34 | Inquiry | Fax | | Outgoing |
| 03/08/2004 08:45:13 | Notification | Letter | Cendant No Response Denial | Outgoing |
| 02/27/2004 08:11:32 | Follow Up Call | Phone | TCT EE to inform that CORE needs to follow STD claim even though EE has rec'd RI State Dis. No answer and unable to leave message. | Outgoing |
| 02/27/2004 07:12:29 | Case Owner | Fax | Brenda Mower Tebo | Outgoing |
| 02/26/2004 06:34:03 | Notification | Phone | TCF EE stating that she does not want CORE to manage her claim and that she has already been approved to rec'v RI state benefits. Advised EE that CORE manages claim and offsets RI benefit. EE states that she doesn't want CORE following claim. Advised EE will check with AM regarding issue and have AM contact her. | Incoming |
| 02/20/2004 10:58:30 | Unknown | Fax | fax to ap office. Facsimile Transmittal To: Dr. Gloor ' Fax: 401-294-8222 From: Brenda Mower-Teboe RN BA BSN Fax: 207-228-2947 Phone: 877-489-9782, Ext. 2452 Date: 02/20/2004 Pages (including cover): 4 RE: Shirley Schumacher ma ☐ Urgent ☐ For Review ☐ Please C... | Outgoing |
| 02/20/2004 10:52:27 | Notification | Letter | Cendant APS EE | Outgoing |
| 02/20/2004 10:51:20 | Unknown | Phone | attempted to call ee, phone not in service. | Outgoing |
| 02/20/2004 10:50:52 | Unknown | Phone | tct ap office. sw cindy. requesting faxed request and mr. 401-294-8222. | Outgoing |