**CERTIFICATE OF SERVICE**

I the undersigned, hereby certify that on the 26th day of January, 2007 a copy of Plaintiff Schumacher's Affidavit in support of her Objection to Core, Inc.'s Motion for Summary Judgment was served by ECF on the following counsel of record:

Raymond M. Ripple, Esq.
Edwards Angel Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903

Timothy M. Bliss, Esq.
Brooks Magratten, Esq.
Vetter & White
20 Washington Place
Providence, RI 02903

/s/ Michael L. Solitro
Michael L. Solitro, Esq.
553 Dyer Avenue
Cranston, Rhode Island 02920
(401) 946-0877
Fax-(401) 270-3516