# EXHIBIT A

CENDANT
*Timeshare Resort Group*

**Cendant Timeshare Resort Group, Inc.**
Office of the General Counsel
8427 SouthPark Circle
Orlando, FL 32819
Tel: 407 370-5200

CONFIDENTIAL

**PETER WENDZEL**
**SENIOR COUNSEL**

**TELEPHONE: 407-370-5302**
**TELECOPIER: 407-370-5147**
**E-MAIL:** peter.wendzel@cendant-trg.com

May 27, 2005

**Via Overnight Mail**

Ms. Allison G. Cote
Senior Compliance Officer
Rhode Island Commission for Human Rights
180 Westminster Street
Providence, RI 02903

Re: Schumacher v. Fairfield Resorts, Inc.
RICHR #05 EAG 044-25/50
EEOC No. 16JA400291

Dear Ms. Cote:

I write in response to the request for further information in the above referenced matter. As you are aware from prior communications with my office, we have run into some difficulty in securing all of the information requested. Rest assured that Ms. Schumacher's charge is a priority. Indeed, part of the delay has been my desire to ensure that we supply you with fully accurate information in a form that makes sense. Please accept my apologies.

As indicated, we are providing you with information today and will supplement this submission in the near future.

1. A copy of Ms. Schumacher's file is attached as Exhibit 1.

2. The affidavits of Michael Iverson, John Coppa and Dave Lemler are attached as Exhibit 2. We are still in the process of obtaining Joe Hutnick's affidavit.

3. The requested policies are attached as Exhibit 3. Please note that "CORE" is an outside vendor that is the decision-maker for FMLA requests. It is not a policy.

4. The job description is attached as Exhibit 4.

5. We object to the request for information regarding Mr. Riggillo. Mr. Riggillo did not replace complainant. Indeed, he was discharged in August 2003, five months before complainant left Fairfield on leave.

8. The Sales Manager information is attached as Exhibit 5. It is well-worth noting that several of the sales managers are in their 50's and 60's. Indeed, with one exception, all of them are 40 or older.

Very truly yours,

Peter M. Wendzel
Senior Counsel

CONFIDENTIAL

Enclosures

cc: Leo Paul Attilli, Esq. (counsel for complainant)

**UPS Next Day Air®**
**UPS Worldwide Express℠**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER** 1Z 7E0 7W7 22 1024 2779

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. 7E07W7

REFERENCE NUMBER 010-55207-568 (Shirley Schumacher)

NAME Erika P. Diaz TELEPHONE 407-370-5200

COMPANY FAIRFIELD RESORTS

STREET ADDRESS 8427 SOUTHPARK CIR #500

CITY AND STATE ORLANDO ZIP CODE FL 32819-9058

**2 EXTREMELY URGENT DELIVERY TO**

NAME Leo Paul Attilio, Esq. TELEPHONE (401) 781-1144

COMPANY

STREET ADDRESS 891 Warwick Ave. DEPT./FLR. Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) Warwick, RI ZIP CODE 02888

**3 WEIGHT** Enter "LTR" if Letter: LTR | DIMENSIONAL WEIGHT If Applicable | LARGE AIR PACKAGE | **4** SHIPPER RELEASE

| | | CHARGES |
|---|---|---|
| **5 TYPE OF SERVICE** | [X] NEXT DAY AIR; EXPRESS (INT'L); FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value. DOCUMENTS ONLY | $ |
| **6 OPTIONAL SERVICES** | SATURDAY PICKUP See instructions.; SATURDAY DELIVERY See instructions. | $ |
| | DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions. $ AMOUNT | $ |
| | C.O.D. If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package. $ AMOUNT | $ |
| **7 ADDITIONAL HANDLING CHARGE** | An Additional Handling Charge applies for certain items. See instructions. | $ |
| **TOTAL CHARGES** | | $ |
| **8 METHOD OF PAYMENT** | [X] BILL SHIPPER'S ACCOUNT NUMBER IN SECTION 1; BILL RECEIVER; BILL THIRD PARTY (DOMESTIC ONLY); CREDIT CARD American Express Diner's Club MasterCard Visa (RECORD ACCOUNT NO. IN SECTION 9) | CHECK |

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. EXPIRATION DATE /

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10** SHIPPER'S SIGNATURE X [signature]

All shipments are subject to the terms contained in the UPS Tariff and Terms and Conditions of Service, which are available at ups.com and local UPS offices.

DATE OF SHIPMENT 5/27/05

0101911202609 1/05 S CONFIDENTIAL UPS COPY

---

**UPS Next Day Air®**
**UPS Worldwide Express℠**

**Shipping Document**

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and Terms and Conditions.

**TRACKING NUMBER** 1Z 7E0 7W7 22 1024 2760

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. 7E07W7

REFERENCE NUMBER 010-55207-568 (Shirley Schumacher)

NAME Erika P. Diaz TELEPHONE 407-370-5200

COMPANY FAIRFIELD RESORTS

STREET ADDRESS 8427 SOUTHPARK CIR #500

CITY AND STATE ORLANDO ZIP CODE FL 32819-9058

**2 EXTREMELY URGENT DELIVERY TO**

NAME Allison G Cote, Senior Compliance Officer TELEPHONE

COMPANY Rhode Island Commission for Human Rights

STREET ADDRESS 180 Westminster St. DEPT./FLR. Residential Delivery

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL) Providence, RI ZIP CODE [illegible]

**3 WEIGHT** Enter "LTR" if Letter: LTR | DIMENSIONAL WEIGHT If Applicable | LARGE AIR PACKAGE | **4** SHIPPER RELEASE

| | | CHARGES |
|---|---|---|
| **5 TYPE OF SERVICE** | [X] NEXT DAY AIR; EXPRESS (INT'L); FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value. DOCUMENTS ONLY | $ |
| **6 OPTIONAL SERVICES** | SATURDAY PICKUP See instructions.; SATURDAY DELIVERY See instructions. | $ |
| | DECLARED VALUE FOR CARRIAGE Contents are automatically protected up to $100. For declared value over $100, see instructions. $ AMOUNT | $ |
| | C.O.D. If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package. $ AMOUNT | $ |
| **7 ADDITIONAL HANDLING CHARGE** | An Additional Handling Charge applies for certain items. See instructions. | $ |
| **TOTAL CHARGES** | | $ |
| **8 METHOD OF PAYMENT** | [X] BILL SHIPPER'S ACCOUNT NUMBER IN SECTION 1; BILL RECEIVER; BILL THIRD PARTY (DOMESTIC ONLY); CREDIT CARD American Express Diner's Club MasterCard Visa (RECORD ACCOUNT NO. IN SECTION 9) | CHECK |

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. EXPIRATION DATE /

THIRD PARTY'S COMPANY NAME

FFR-000012

STREET ADDRESS

CITY AND STATE ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**10** SHIPPER'S X [signature]