**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY SCHUMACHER

Plaintiff,

v. C.A. No. 05-500T

FAIRFIELD RESORTS INC., a foreign corporation doing business in RI, and CORE INC., a foreign corporation doing business in RI; and A, B, C: unknown,

Defendants.

**NOTICE OF HEARING ON PLAINTIFF'S MOTION TO MODIFY THE COURT'S SCHEDULING ORDER**

A hearing on the Plaintiff's Motion to Modify the Court's Scheduling Order and Grant Her Leave to Amend Her First Amended Complaint will be held on Tuesday, April 10, 2007 at 10:00 AM. The pendency of this motion shall not delay the Magistrate Judge's Report and Recommendation with respect to the Defendants' motions for summary judgment.

IT IS SO ORDERED,

Ernest C. Torres
U.S. District Judge Ernest C. Torres
Date: March 22, 2007