UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER,
Plaintiff

v. CA No. 05-500-T

FAIRFIELD RESORTS INC., a foreign corporation doing business in RI, and CORE, INC., a foreign corporation doing business in RI; and A, B, C: unknown,
Defendants

**ORDER GRANTING SUMMARY JUDGMENT**

For the reasons stated in the magistrate judge's very comprehensive and well-reasoned Report and Recommendation ("R&R"), defendant Core, Inc.'s motion for summary judgment is hereby granted; and the claims against defendant A, B and C are hereby dismissed.

In addition, defendant Fairfield Resorts, Inc.'s motion for summary judgment is granted for the following reasons:

1. With respect to those claims other than the claims set forth in counts 1, 2, 4 and 5, the motion is granted for the reasons stated in the R&R.

2. With respect to the claims for discriminatory "demotion" the motion is granted because the plaintiff has failed to present any evidence that:

   (a) An adverse employment action was taken against her inasmuch as she never returned to work after being told that, following her scheduled vacation, she would be relieved of her managerial duties;

   (b) Being relieved of her managerial duties involved any change in her working conditions, salary or other terms of employment;

   (c) She sustained any damage or loss as a result of the prospect that she would be relieved of her managerial duties upon returning to her employment.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 3/25/08