**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SHIRLEY SCHUMACHER,
Plaintiff

v. C.A. No. 05-500T

FAIRFIELD RESORTS INC., a foreign corporation doing business in RI, and CORE, INC., a foreign corporation doing business in RI; and A, B, C: unknown,
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment hereby enters for the Defendants Fairfield Resorts Inc., Core, Inc., and A, B, C (unknown) and against Plaintiff Shirley Schumacher pursuant to this Court's Order granting Defendants' Motions for Summary Judgment, dated March 25th, 2008.

Enter:

Deputy Clerk

Dated: March 27, 2008