UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SHIRLEY SCHUMACHER,
Plaintiff

v. CA No. 05-500-T

FAIRFIELD RESORTS INC., a
foreign corporation doing business in RI, and
CORE, INC., a foreign corporation doing
business in RI; and A, B, C: unknown,
Defendants

**ORDER DENYING MOTION TO ALTER OR AMEND JUDGMENT**

Plaintiff's motion to alter or amend the judgment in favor of Fairfield Resorts, Inc. is hereby denied for the reasons set forth in the Defendant's memorandum in opposition to said motion.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 4/30/08